B5 (Official Form 5) (12/07)  FORM 5. INVOLUNTARY PETITION

## United States Bankruptcy Court
### Southern District of New York

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| D'Alessio, Michael P. | |

Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)
**3680**

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 12 Water Street<br>Suite 204<br>White Plains, NY 10601 | |

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS
**Westchester**

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box)
Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
■ Individual (Includes Joint Debtor)
☐ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

### VENUE

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

■ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_  
Signature of Petitioner or Representative (State title)  
President + CEO   4/16/2018  
Greater Hudson Bank                  Date Signed  
Name of Petitioner

Name & Mailing Address of Individual Signing in Representative Capacity:  
Greater Hudson Bank  
Ed Lutz  
715 Route 304  
Bardonia, NY 10954

X _[signature]_   4/17/18  
Signature of Attorney                Date  

Cullen and Dykman LLP  
Name of Attorney Firm (If any)  
Bonnie L. Pollack, Esq.  
100 Quentin Roosevelt Blvd.  
Suite 402  
Garden City, NY 11530  
Address  
Telephone No.   516-357-3700

X _____  
Signature of Petitioner or Representative (State title)  

The Westchester Bank  
Name of Petitioner                   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
The Westchester Bank  
John M. Tolomer  
12 Water Street  
White Plains, NY 10601

X _____  
Signature of Attorney                Date  

Emmet, Marvin & Martin, LLP  
Name of Attorney Firm (If any)  
Eric M. Reuben, Esq.  
120 Broadway  
32nd Floor  
New York, NY 10271  
Address  
Telephone No.   212-238-3015

X _____  
Signature of Petitioner or Representative (State title)  

BNB Bank  
Name of Petitioner                   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
BNB Bank  
Stuart M. Fiegelmann  
898 Veterans Memorial Highway  
Suite 200  
Hauppauge, NY 11788

X _____  
Signature of Attorney                Date  

Meyer, Suozzi, English & Klein PC  
Name of Attorney Firm (If any)  
Thomas Slome, Esq.  
900 Stewart Avenue  
Suite 300  
Garden City, NY 11530  
Address  
Telephone No.   516-592-5772

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Greater Hudson Bank<br>715 Route 304<br>Bardonia, NY 10954 | Line of Credit Note-does not include interest, fees and charges | 2,250,000.00 |
| The Westchester Bank<br>12 Water Street<br>White Plains, NY 10601 | Note-does not include interest, fees and charges | 879,026.45 |
| BNB Bank<br>898 Veterans Memorial Highway<br>Suite 200<br>Hauppauge, NY 11788 | Guaranty Claim-does not include interest, fees and charges | 3,234,974.69 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>6,364,001.14 |

0    continuation sheets attached

Name of Debtor: D'Alessio, Michael P.
Case No.

B5 (Official Form 5) (12/07) - Page 2

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____  
Signature of Petitioner or Representative (State title)

**Greater Hudson Bank**  
Name of Petitioner                             Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Greater Hudson Bank  
Ed Lutz  
715 Route 304  
Bardonia, NY 10954

X _/s/ John M. Tolomer_____  
Signature of Petitioner or Representative (State title)

**The Westchester Bank**  
Name of Petitioner                             Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
The Westchester Bank  
John M. Tolomer  
12 Water Street  
White Plains, NY 10601

X _____  
Signature of Petitioner or Representative (State title)

**BNB Bank**  
Name of Petitioner                             Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
BNB Bank  
Stuart M. Fliegelman  
898 Veterans Memorial Highway  
Suite 200  
Hauppauge, NY 11788

X _____  
Signature of Attorney                              Date

**Cullen and Dykman LLP**  
Name of Attorney Firm (If any)  
Bonnie L. Pollack, Esq.  
100 Quentin Roosevelt Blvd.  
Suite 402  
Garden City, NY 11530  
Address  
Telephone No. 516-357-3700

X _/s/ Eric M. Reuben_____  
Signature of Attorney                              Date

**Emmet, Marvin & Martin, LLP**  
Name of Attorney Firm (If any)  
Eric M. Reuben, Esq.  
120 Broadway  
32nd Floor  
New York, NY 10271  
Address  
Telephone No. 212-238-3015

X _____  
Signature of Attorney                              Date

**Meyer, Suozzi, English & Klein PC**  
Name of Attorney Firm (If any)  
Thomas Slome, Esq.  
990 Stewart Avenue  
Suite 300  
Garden City, NY 11530  
Address  
Telephone No. 516-592-5772

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Greater Hudson Bank<br>715 Route 304<br>Bardonia, NY 10954 | Line of Credit Note-does not include Interest, fees and charges | 2,250,000.00 |
| The Westchester Bank<br>12 Water Street<br>White Plains, NY 10601 | Note-does not include Interest, fees and charges | 879,026.45 |
| BNB Bank<br>898 Veterans Memorial Highway<br>Suite 200<br>Hauppauge, NY 11788 | Guaranty Claim-does not include Interest, fees and charges | 3,234,974.69 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>6,364,001.14 |

0 continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor D'Alessio, Michael P.
Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

**Greater Hudson Bank**
Name of Petitioner                               Date Signed

Name & Mailing            Greater Hudson Bank
Address of Individual     Ed Lutz
Signing in Representative 715 Route 304
Capacity                  Bardonia, NY 10954

X _____
Signature of Attorney                            Date

**Cullen and Dykman LLP**
Name of Attorney Firm (If any)
Bonnie L. Pollack, Esq.
100 Quentin Roosevelt Blvd.
Suite 402
Garden City, NY 11530
Address
Telephone No.   516-357-3700

X _____
Signature of Petitioner or Representative (State title)

**The Westchester Bank**
Name of Petitioner                               Date Signed

Name & Mailing            The Westchester Bank
Address of Individual     John M. Tolomer
Signing in Representative 12 Water Street
Capacity                  White Plains, NY 10601

X _____
Signature of Attorney                            Date

**Emmet, Marvin & Martin, LLP**
Name of Attorney Firm (If any)
Eric M. Reuben, Esq.
120 Broadway
32nd Floor
New York, NY 10271
Address
Telephone No.   212-238-3015

X _____   4/17/18
Signature of Petitioner or Representative (State title)

**BNB Bank**
Name of Petitioner                               4/17/18
                                                 Date Signed

Name & Mailing            BNB Bank
Address of Individual     Stuart M. Fliegelman
Signing in Representative 898 Veterans Memorial Highway
Capacity                  Suite 200
                          Hauppauge, NY 11788

X _____   4/17/18
Signature of Attorney                            Date

**Meyer, Suozzi, English & Klein PC**
Name of Attorney Firm (If any)
Thomas Slome, Esq.
990 Stewart Avenue
Suite 300
Garden City, NY 11530
Address
Telephone No.   516-592-5772

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Greater Hudson Bank<br>715 Route 304<br>Bardonia, NY 10954 | Line of Credit Note-does not include interest, fees and charges | 2,250,000.00 |
| The Westchester Bank<br>12 Water Street<br>White Plains, NY 10601 | Note-does not include interest, fees and charges | 879,026.45 |
| BNB Bank<br>898 Veterans Memorial Highway<br>Suite 200<br>Hauppauge, NY 11788 | Guaranty Claim-does not include interest, fees and charges | 3,234,974.69 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>6,364,001.14 |

 0  continuation sheets attached