# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re:  
Michael P. D'Alessio

Bankruptcy Case No.: 18–22552–rdd

**Debtor\***

CHAPTER: 7

Social Security No.:  
Taxpayer ID/Employer ID/Other Nos.:

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above−named debtor:

A petition under title 11, United States Code was filed against you on 4/17/18 in this Bankruptcy Court, requesting an order for relief under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code.)

YOU ARE SUMMONED and required to submit to the Clerk of the Bankruptcy Court, a motion or answer (attorneys should file online) to the petition within 21 days after the service of this summons. A copy of the petition is attached.

**Address of Clerk:**

> **United States Bankruptcy Court**  
> **Southern District of New York**  
> **300 Quarropas Street**  
> **White Plains, NY 10601**  
> **www.nysb.uscourts.gov**

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

**Name and Address of Petitioner's Attorney:**

> **Bonnie Lynn Pollack**  
> **Cullen and Dykman, LLP**  
> **100 Quentin Roosevelt Boulevard**  
> **Garden City, NY 11530**

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).  
If you fail to respond to this Summons, an order for relief will be entered.

Vito Genna  
*Clerk of the Court*

Dated: 4/18/18

By: /s/ Ana G. Vargas  
*Deputy Clerk*

\*Set forth all names, including trade names, used by the debtor within the last 8 years. (Federal Rule of Bankruptcy Procedure 1005). For joint debtors, set forth both social security numbers.