ROSEN & ASSOCIATES, P. C.
*Attorneys for the Debtor*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen

UNITED STATES BANKRPUTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL P. D'ALESSIO, | Case No.: 18-22552 (RDD) |
| Alleged Debtor. | |

---------------------------------------------------------X

## ORDER FOR RELIEF ON DEBTOR'S CONSENT

       It appearing that on April 17, 2018, Greater Hudson Bank, The Westchester Bank and BNB Bank filed against Michael D'Alessio, the above-captioned alleged debtor (the "**Debtor**"), an involuntary petition under chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York; and it further appearing from the consent of the Debtor subscribed hereto that the Debtor has consented to the entry of an order for relief in the within chapter 7 case, it is hereby

       ORDERED, that this Order shall constitute an order for relief in the within case under chapter 7 of the Bankruptcy Code.

Dated: White Plains, New York
      May 17, 2018

                                                /s/Robert D. Drain
                                                UNITED STATES BANKRUPTCY JUDGE

THE DEBTOR HEREBY CONSENTS TO
THE ENTRY OF THE WITHIN ORDER

/s/ Michael P. D'Alessio
    Michael P. D'Alessio