**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael P. D'Alessio** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 18-22552 |

☐ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  |  | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B...................................................... | $              0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.......................................... | $          23,350.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B..................................................... | $          23,350.00 |

**Part 2:    Summarize Your Liabilities**

|  |  | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $        1,265,857.73 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $           7,200.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $       163,733,051.02 |
| | | |
| | **Your total liabilities** | $       165,006,108.75 |

**Part 3:    Summarize Your Income and Expenses**

|  |  | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $              0.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | $          10,926.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1    **Michael P. D'Alessio** _____    Case number *(if known)*  **18-22552**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form          $ _____ **0.00**
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $          7,200.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $          0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $          0.00 |
| 9d. Student loans. (Copy line 6f.) | $          0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $          0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$          0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $          7,200.00 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Michael P. D'Alessio** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number | 18-22552 |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

■ No. Go to Part 2.
☐ Yes.  Where is the property?

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=>

| |
|---|
| **$0.00** |

**Part 3:    Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Furniture, linens and kitchenware | $12,500.00 |
|---|---|

7.  **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☐ Yes.  Describe.....

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Michael P. D'Alessio**                                        Case number *(if known)*    **18-22552**

| | |
|---|---|
| 4 TV's, 2 computers,2 printer and 1 cell phone | $3,800.00 |

**8.  Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
           other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

**9.  Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
           musical instruments
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Golf clubs and tennis racquet | $600.00 |

**10.  Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Kahr - 40 Caliber - model D40<br>Seecamp - 32 Caliber - model LWC<br>Glock 9mm - model 19<br>Ruger - 22 Caliber - model 182<br>SW - 357 Caliber - model 340PD<br>Seecamp - 32 Caliber - model LWS | Unknown |

**11.  Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Everyday clothes, suits and shoes | $500.00 |

**12.  Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| 3 watches - Stainless Steel Blancpain, Stainless Steel Cartier,<br>Stainless Steel Rolex | Unknown |

**13.  Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

| | | |
|---|---|---|
| 15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached<br>for Part 3. Write that number here ............................................................................... | | $17,400.00 |

**Part 4:**  **Describe Your Financial Assets**

   **Do you own or have any legal or equitable interest in any of the following?**                              **Current value of the**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**portion you own?**
Do not deduct secured
claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes......................................................................................................

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
   institutions. If you have multiple accounts with the same institution, list each.
   ■ No
   ☐ Yes.......................                    Institution name:

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................                    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
   joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................
                     Name of entity:                                % of ownership:

   **See attached.**                                            **%**                    **$0.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                     Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
                     Type of account:              Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☐ No
   ■ Yes. .....................
                     Institution name or individual:

   **Townhouse Company II LLC**                              **$5,950.00**

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............         Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............         Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

Debtor 1    **Michael P. D'Alessio**                                Case number *(if known)*    **18-22552**

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
            Company name:                    Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**....................................................................................................................

    **$5,950.00**

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |

If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here  ...................................  **$0.00**

| Part 8: | **List the Totals of Each Part of this Form** |

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .............................................................................................. | **$0.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$0.00** |
| 57. | **Part 3: Total personal and household items, line 15** | **$17,400.00** |
| 58. | **Part 4: Total financial assets, line 36** | **$5,950.00** |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. | **Part 7: Total other property not listed, line 54** | + | **$0.00** |
| 62. | **Total personal property.** Add lines 56 through 61... | **$23,350.00** | Copy personal property total | **$23,350.00** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$23,350.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Michael P. D'Alessio**
**Attachment to Schedule A/B: Property**
**Part 4 No. 19**

## List of Corp & LLC

| Name of Entity | % of Ownership | Approx.Value |
|---|---|---|
| 161 - 167 East 62nd Street Holding LLC | 100.00% | 0.00 |
| 163 - 165 East 62nd Street Holding LLC | 50.59% | 0.00 |
| 167 East 62nd Street Associates LLC | 100.00% | 0.00 |
| 184 East 64th Street Holding LLC | 1.50% | 0.00 |
| 225 East 81 Street Associates, LLC | 100.00% | 0.00 |
| 227 E 67PH LLC | 100.00% | 0.00 |
| 2299 W Silver Palm Holding, LLC | 100.00% | 0.00 |
| 230 E 63rd  Associates LLC | 25.00% | 0.00 |
| 2627 Webster Ave Holdings LLC | 100.00% | 0.00 |
| 2667 N Ocean Boulevard I201 LLC | 100.00% | 0.00 |
| 2667 N Ocean Boulevard I203 LLC | 100.00% | 0.00 |
| 2667 N Ocean Boulevard I208 LLC | 100.00% | 0.00 |
| 2701 N Ocean Boulevard E605 LLC | 100.00% | 0.00 |
| 2707 N Ocean Boulevard D405 LLC | 16.70% | 0.00 |
| 3100 Tremont Associates Inc | 100.00% | 0.00 |
| 3219 Tremont Corp. | 100.00% | 0.00 |
| 3225 East Tremont Holding, LLC | 100.00% | 0.00 |
| 327 West 4th Street Associates, LLC | 100.00% | 0.00 |
| 327 West 4th Street Holding, LLC | 100.00% | 0.00 |
| 3800 Tremont Assocaites LLC | 100.00% | 0.00 |
| 39 Middle Pond Road Holding, LLC | 100.00% | 600,000.00 |
| 39-43 Middle Pond Road Associates, LLC | 100.00% | 0.00 |
| 39-43 Middle Pond Road Holding, LLC | 100.00% | 0.00 |
| 41-43 Middle Pond Road Holding LLC | 100.00% | 0.00 |
| 41-45 MPR Holding LLC | 97.20% | 0.00 |
| 43 Middle Pond Road Holding LLC | 89.00% | 0.00 |
| 4300 Purchase Associates LLC | 100.00% | 0.00 |
| 554 E 82nd Associates LLC | 50.00% | 0.00 |
| 5D Freestyle Circle Associates LLC | 100.00% | 0.00 |
| 69 Little Neck Road Holding LLC | 100.00% | 0.00 |
| 69 Little Neck Road LLC | 100.00% | 0.00 |
| A & G Realty Consultants, LLC | 100.00% | 0.00 |
| Beechwood 5 Associates LLC | 100.00% | 0.00 |
| Bella Condo 830 LLC | 100.00% | 0.00 |
| Blue Lilly 4 LLC | 100.00% | 0.00 |
| Blue Maize 44 LLC | 100.00% | 0.00 |
| Bluestone 145 E 62 LLC | 100.00% | 0.00 |
| Bluestone 145-147 LLC | 100.00% | 0.00 |
| Bluestone 161 -167 LLC | 100.00% | 0.00 |

| | | |
|---|---:|---:|
| Bluestone 163 - 165 LLC | 95.34% | 0.00 |
| Bluestone 184 LLC | 50.00% | 0.00 |
| Bluestone 28 Middle Pond , LLC | 100.00% | 0.00 |
| Bluestone 3225, LLC | 100.00% | 0.00 |
| Bluestone 327, LLC | 100.00% | 0.00 |
| Bluestone 41-45 LLC | 100.00% | 0.00 |
| Bluestone 53, LLC | 50.00% | 0.00 |
| Bluestone 54 LLC | 100.00% | 0.00 |
| Bluestone 59 LLC | 100.00% | 0.00 |
| Bluestone 67 LLC | 98.50% | 0.00 |
| Bluestone Boca, LLC | 100.00% | 0.00 |
| Bluestone Capital LLC | 100.00% | 0.00 |
| Bluestone Equity Partners LLC | 100.00% | 0.00 |
| Bluestone Little Neck LLC | 100.00% | 0.00 |
| Bluestone LRF LLC | 100.00% | 0.00 |
| Bluestone Sandpiper LLC | 100.00% | 0.00 |
| Bruckner East LLC | 100.00% | 0.00 |
| Bruckner Transport LLC | 100.00% | 0.00 |
| CMF Associates LLC | 100.00% | 0.00 |
| D'Alessio Enterprises LLC | 100.00% | 0.00 |
| FCP 145 Holding LLC | 100.00% | 0.00 |
| Halsey South Asociates, LLC | 50.00% | 0.00 |
| Katsura Consulting Group LLC | 100.00% | 0.00 |
| Little Rest Farm LLC | 100.00% | 0.00 |
| LRF Holding, LLC | 100.00% | 0.00 |
| LRF Services LLC | 100.00% | 0.00 |
| Michael Paul Enterprises, LLC | 100.00% | 0.00 |
| Office Suites NYC, LLC | 100.00% | 0.00 |
| RDR Park Drive LLC | 100.00% | 0.00 |
| RMD Racing Stable LLC | 100.00% | 0.00 |
| Rose Hill Holding,, LLC | 50.00% | 0.00 |
| Saturn Equity Partners LLC | 100.00% | 0.00 |
| Ski Ya Later Inc | 100.00% | 15,000.00 |
| Sky Meadow Farm LLC | 100.00% | 0.00 |
| The Water Mill Club, LLC | 100.00% | 0.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael P. D'Alessio** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number | 18-22552 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    **4/16**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Furniture, linens and kitchenware**  Line from *Schedule A/B*: **6.1** | $12,500.00 | ■ $12,500.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **4 TV's, 2 computers,2 printer and 1 cell phone**  Line from *Schedule A/B*: **7.1** | $3,800.00 | ■ $2,375.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(6) |
| **Golf clubs and tennis racquet**  Line from *Schedule A/B*: **9.1** | $600.00 | ■ $600.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Everyday clothes, suits and shoes**  Line from *Schedule A/B*: **11.1** | $500.00 | ■ $125.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Everyday clothes, suits and shoes**  Line from *Schedule A/B*: **11.1** | $500.00 | ■ $375.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | | Case number (if known) | **18-22552** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **3 watches - Stainless Steel Blancpain, Stainless Steel Cartier, Stainless Steel Rolex**<br>Line from *Schedule A/B*: **12.1** | **Unknown** | ■  $1,600.00<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Townhouse Company II LLC**<br>Line from *Schedule A/B*: **22.1** | $5,950.00 | ■  $5,950.00<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■  No

☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐  No

    ☐  Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael P. D'Alessio** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number | **18-22552** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **Throgs Neck Debt LLC**<br>Creditor's Name<br><br>**c/o Bluestone Group**<br>**225 Broadway, 32nd Fl.**<br>**New York, NY 10007**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**Stock certificates for 3100 Tremont Associates & 3219 Tremont Corp.**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,265,857.73 | $0.00 | $1,265,857.73 |

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,265,857.73 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,265,857.73 |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Kriss & Feuerstein LLP**
**360 Lexington Avenue**
**Suite 1200**
**New York, NY 10017**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number ___

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael P. D'Alessio** |
| | First Name　　　Middle Name　　　Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name　　　Middle Name　　　Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number | 18-22552 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

　　☐ No. Go to Part 2.

　　☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

　　(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Carolyn D'Alessio** | Last 4 digits of account number ___ ___ ___ ___ | $7,200.00 | $7,200.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name

**21 D'Alessio Court**
**Scarsdale, NY 10583**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    03/20/2001

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

■ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

　　☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

　　■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

Debtor 1    **Michael P. D'Alessio**                              Case number (if know)    **18-22552**

---

| 4.1 | **1516 Realty Group LLC** | **Last 4 digits of account number** | | **$93,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**97-77 Queens Blvd., TWR 3**
**Rego Park, NY 11374**

**When was the debt incurred?**    05/09/2015

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty  - 184 East 64th Street Holding LLC**

---

| 4.2 | **1516 Realty Group LLC** | **Last 4 digits of account number** | | **$150,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**97-77 Queens Blvd., TWR 3**
**Rego Park, NY 11374**

**When was the debt incurred?**    5/9/2015

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 | **323 E 53rd Street Lender LLC** | **Last 4 digits of account number**    0058 | | **$6,500,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Maverick RE Partners LLC**
**370 Lexington Ave Suite 1812**
**New York, NY 10017**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Associates LLC**

---

Debtor 1   **Michael P. D'Alessio**          Case number (*if know*)   **18-22552**

---

| | | | |
|---|---|---|---|
| **4.4** | **Adam Cohen** | Last 4 digits of account number _____ | **$186,000.00** |

Nonpriority Creditor's Name

**48 Everett Road**
**Demarest, NJ 07627**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **4/30/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

| | | | |
|---|---|---|---|
| **4.5** | **Adam Cohen** | Last 4 digits of account number _____ | **$134,000.00** |

Nonpriority Creditor's Name

**48 Everett Road**
**Demarest, NJ 07627**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **10/28/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| | | | |
|---|---|---|---|
| **4.6** | **Adam Fields** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name

**9769 Apricot Lane**
**Beverly Hills, CA 90210**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **7/30/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| Debtor 1 | **Michael P. D'Alessio** | | Case number (if know) | **18-22552** |
|---|---|---|---|---|

---

| 4.7 | **Adam Fields** | Last 4 digits of account number | $93,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**9769 Apricot Lane**
**Beverly Hills, CA 90210**
Number Street City State Zip Code

When was the debt incurred?    **5/2/2015**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.8 | **Adam Fields** | Last 4 digits of account number | $67,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**9769 Apricot Lane**
**Beverly Hills, CA 90210**
Number Street City State Zip Code

When was the debt incurred?    **10/29/2014**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.9 | **Adam Fields** | Last 4 digits of account number | $105,600.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**9769 Apricot Lane**
**Beverly Hills, CA 90210**
Number Street City State Zip Code

When was the debt incurred?    **3/5/2015**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| Debtor 1 | **Michael P. D'Alessio** | | Case number (if know) | **18-22552** |
|---|---|---|---|---|

---

**4.10**

| **Adam Leitman Bailey PC** | Last 4 digits of account number | **3002** | **$60,446.42** |
|---|---|---|---|

Nonpriority Creditor's Name

**One Battery Park**
**New York, NY 10271**

Number Street City State Zip Code

When was the debt incurred?    **9/1/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Legal fees**

---

**4.11**

| **Adam Leitman Bailey PC** | Last 4 digits of account number | **3003** | **$52,199.31** |
|---|---|---|---|

Nonpriority Creditor's Name

**One Battery Park**
**New York, NY 10271**

Number Street City State Zip Code

When was the debt incurred?    **7/1/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Legal fees**

---

**4.12**

| **Adam Leitman Bailey PC** | Last 4 digits of account number | **3004** | **$760.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**One Battery Park**
**New York, NY 10271**

Number Street City State Zip Code

When was the debt incurred?    **7/1/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Legal fees**

---

Debtor 1    **Michael P. D'Alessio**
_____

Case number (if know)    **18-22552**
_____

---

| 4.1 3 | **Adam Leitman Bailey PC** | Last 4 digits of account number | **3005** | **$6,216.00** |

Nonpriority Creditor's Name
**One Battery Park**
**New York, NY 10271**
Number Street City State Zip Code

When was the debt incurred?    **7/1/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Legal fees**

---

| 4.1 4 | **AirSeal Insulation Systems** | Last 4 digits of account number | | **$9,900.00** |

Nonpriority Creditor's Name
**1961 Utica Ave**
**Brooklyn, NY 11234**
Number Street City State Zip Code

When was the debt incurred?    **2/21/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises LLC 323 East 53rd Associates LLC**

---

| 4.1 5 | **AirSeal Insulation Systems** | Last 4 digits of account number | | **$19,100.00** |

Nonpriority Creditor's Name
**1961 Utica Ave**
**Brooklyn, NY 11234**
Number Street City State Zip Code

When was the debt incurred?    **2/21/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises LLC 323 East 53rd Associates LLC**

---

Debtor 1    **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.1 6 | **Alan Snider, Trustee of the Alan Snider** | Last 4 digits of account number _____ | $67,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**800 Central Park Ave**
**Suite 201**
**Scarsdale, NY 10583**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

When was the debt incurred?    **10/27/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.1 7 | **All Star Security & Communications Inc** | Last 4 digits of account number _____ | $14,233.09 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 494**
**Fishkill, NY 12524**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

When was the debt incurred?    **3/23/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Trade debt - Michael Paul Enterprises LLC & 323 East 53rd Associates LLC**

---

| 4.1 8 | **All Star Security & Communications Inc** | Last 4 digits of account number _____ | $6,213.91 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 494**
**Fishkill, NY 12524**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

When was the debt incurred?    **3/23/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Trade debt - Michael Paul Enterprises LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (*if know*)    **18-22552**

---

| 4.1 9 | **Allan Miller** | | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name
**12 North Lane Drive**
**Armonk, NY 10504**
Number Street City State Zip Code

When was the debt incurred?    **11/30/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 43 Middle Pond Road Holding LLC**

---

| 4.2 0 | **Allan Miller** | | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name
**12 North Lane Drive**
**Armonk, NY 10504**
Number Street City State Zip Code

When was the debt incurred?    **6/27/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd St Holding LLC**

---

| 4.2 1 | **Allan Miller** | | Last 4 digits of account number | | $67,000.00 |

Nonpriority Creditor's Name
**12 North Lane Drive**
**Armonk, NY 10504**
Number Street City State Zip Code

When was the debt incurred?    **11/4/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Michael P. D'Alessio**      Case number (if know)    **18-22552**

---

| 4.2 2 | **Allan Miller** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**12 North Lane Drive**
**Armonk, NY 10504**

When was the debt incurred?   **8/22/2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.2 3 | **Allstate Sprinkler Corp** | Last 4 digits of account number _____ | **$32,000.00** |

Nonpriority Creditor's Name
**1869 White Plains Road**
**Bronx, NY 10462-1489**

When was the debt incurred?   **7/27/2016**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises LLC & 323 East 53rd Associates LLC**

---

| 4.2 4 | **Allstate Sprinkler Corp** | Last 4 digits of account number _____ | **$2,500.00** |

Nonpriority Creditor's Name
**1869 White Plains Road**
**Bronx, NY 10462-1489**

When was the debt incurred?   **10/2/2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises LLC & 163-165 East 62nd Street Associates LLC**

---

Debtor 1    **Michael P. D'Alessio**

Case number *(if know)*    **18-22552**

---

**4.2 5**

**Ally**
Nonpriority Creditor's Name
**PO Box 9001948**
**Louisville, KY 40290**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **6/29/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Auto Lease t -  Michael Paul Enterprises LLC**

**$11,996.41**

---

**4.2 6**

**Alyse Lefton**
Nonpriority Creditor's Name
**181 East 73rd Street**
**Apt 4A New York, NY 10021**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **12/23/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 43 Middle Pond Road Holding LLC**

**$50,000.00**

---

**4.2 7**

**Alyse Lefton**
Nonpriority Creditor's Name
**181 East 73rd Street**
**Apt 4A New York, NY 10021**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **7/7/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**

**$50,000.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Michael P. D'Alessio**                                    Case number (*if know*)    **18-22552**

---

<table>
<tr><td>4.2<br>8</td><td colspan="2">

**Alyse Lefton**

Nonpriority Creditor's Name
**181 East 73rd Street**
**Apt 4A New York, NY 10021**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

</td><td>

Last 4 digits of account number  _____

When was the debt incurred?    **4/30/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

</td><td>**$93,000.00**</td></tr>
</table>

---

<table>
<tr><td>4.2<br>9</td><td colspan="2">

**Alyse Lefton**

Nonpriority Creditor's Name
**181 East 73rd Street**
**Apt 4A New York, NY 10021**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

</td><td>

Last 4 digits of account number  _____

When was the debt incurred?    **11/4/2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

</td><td>**$33,500.00**</td></tr>
</table>

---

<table>
<tr><td>4.3<br>0</td><td colspan="2">

**Alyse Lefton**

Nonpriority Creditor's Name
**181 East 73rd Street**
**Apt 4A New York, NY 10021**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

</td><td>

Last 4 digits of account number  _____

When was the debt incurred?    **3/12/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

</td><td>**$52,800.00**</td></tr>
</table>

---

Debtor 1    **Michael P. D'Alessio**                                      Case number (if know)    **18-22552**

---

| 4.3 1 | **American Express** | | Last 4 digits of account number    **1005** | | **$8,351.52** |

Nonpriority Creditor's Name
**PO Box 981535**
**El Paso, TX 79998**

When was the debt incurred?

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

**Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit card purchases**

---

| 4.3 2 | **American Express** | | Last 4 digits of account number    **1002** | | **$1,000.00** |

Nonpriority Creditor's Name
**PO Box 981535**
**El Paso, TX 79998**

When was the debt incurred?

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

**Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit card purchases**

---

| 4.3 3 | **American Express** | | Last 4 digits of account number    **1000** | | **$5,000.00** |

Nonpriority Creditor's Name
**PO Box 981535**
**El Paso, TX 79998**

When was the debt incurred?

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

**Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit card purchases**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.3 4 | **American Express** | Last 4 digits of account number    **1004** | **$3,100.00** |

Nonpriority Creditor's Name
**PO Box 981535**
**El Paso, TX 79998**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                          □ Contingent
□ Debtor 2 only                                          □ Unliquidated
□ Debtor 1 and Debtor 2 only                             □ Disputed
□ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a  community              □ Student loans
debt**                                                   □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                                    ■ Other. Specify    **Credit card purchases**

---

| 4.3 5 | **Andres Bogebjerg** | Last 4 digits of account number | **$32,257.00** |

Nonpriority Creditor's Name
**Group Palmera**
**Plaza Shopping Bavaro #225**
**Bavaro**
**Dominican Republic**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                          □ Contingent
□ Debtor 2 only                                          □ Unliquidated
□ Debtor 1 and Debtor 2 only                             □ Disputed
□ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
□ **Check if this claim is for a  community              □ Student loans
debt**                                                   □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                                    ■ Other. Specify

---

| 4.3 6 | **Andrew West** | Last 4 digits of account number | **$200,000.00** |

Nonpriority Creditor's Name
**33 Gateway Drive**
**Great Neck, NY 11021**

When was the debt incurred?    **8/8/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

□ Debtor 1 only                                          □ Contingent
□ Debtor 2 only                                          □ Unliquidated
□ Debtor 1 and Debtor 2 only                             □ Disputed
■ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
□ **Check if this claim is for a  community              □ Student loans
debt**                                                   □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                                    ■ Other. Specify    **Guaranty - 163-165 East 62nd St Holding
                                                         LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.3 7 | **Angelo Spray Foam Corp** | Last 4 digits of account number _____ | **$10,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**21 Sherman Avenue Suite 4L**
**New York, NY 10040**

When was the debt incurred?    **12/12/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

☐ Contingent
☐ Unliquidated
☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Trade debt - Michael Paul Enterprises LLC**
**17 Circle Rd - MBI LLC**

---

| 4.3 8 | **Anita Gupta** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**2123 Williamsbridge Road**
**Bronx, NY 10461**

When was the debt incurred?    **6/29/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

☐ Contingent
☐ Unliquidated
☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**

---

| 4.3 9 | **Anita Gupta** | Last 4 digits of account number _____ | **$150,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**2123 Williamsbridge Road**
**Bronx, NY 10461**

When was the debt incurred?    **7/31/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

☐ Contingent
☐ Unliquidated
☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street**
**Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.40 | **Anita Gupta** | Last 4 digits of account number _____ | $93,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2123 Williamsbridge Road**
**Bronx, NY 10461**
Number Street City State Zip Code

When was the debt incurred?    **5/5/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.41 | **Anita Gupta** | Last 4 digits of account number _____ | $67,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2123 Williamsbridge Road**
**Bronx, NY 10461**
Number Street City State Zip Code

When was the debt incurred?    **10/30/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.42 | **Anthony Bastone** | Last 4 digits of account number _____ | $200,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1913 Bronxdale Ave**
**Bronx, NY 10462**
Number Street City State Zip Code

When was the debt incurred?    **11/4/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4 3 | **Anthony Sr Bonomo** | Last 4 digits of account number _____ | **$450,000.00** |

Nonpriority Creditor's Name
**10 Walter Lane**
**Manhasset, NY 11030**
Number Street City State Zip Code

When was the debt incurred?    **8/6/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Stret Holding LLC**

---

| 4.4 4 | **Anthony Sr Bonomo** | Last 4 digits of account number _____ | **$279,000.00** |

Nonpriority Creditor's Name
**10 Walter Lane**
**Manhasset, NY 11030**
Number Street City State Zip Code

When was the debt incurred?    **5/4/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.4 5 | **Anthony, Jr. Bonomo** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**10 Walter Lane**
**Manhasset, NY 11030**
Number Street City State Zip Code

When was the debt incurred?    **8/6/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4<br>6 | **Anthony, Jr. Bonomo** | Last 4 digits of account number | _____ | **$93,000.00** |

Nonpriority Creditor's Name
**10 Walter Lane**
**Manhasset, NY 11030**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?    **5/4/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.4<br>7 | **Antonia Polcini** | Last 4 digits of account number | _____ | **$50,000.00** |

Nonpriority Creditor's Name
**10 Green Place**
**New Rochelle, NY 10801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?    **4/12/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty  - 15-17 Circle Holding LLC**

---

| 4.4<br>8 | **Antonio Zaino** | Last 4 digits of account number | _____ | **$100,000.00** |

Nonpriority Creditor's Name
**7 South Ridge Road**
**Brookfield, CT 06804**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?    **5/16/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4 9 | **Arlene Blatt** | | Last 4 digits of account number | | $93,000.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**25 Sutton Place South**
**Apt 3N New York, NY 10022**
Number Street City State Zip Code

When was the debt incurred?    **4/30/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.5 0 | **Arnold Waldman** | | Last 4 digits of account number | | $50,000.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**581 Leheigh Lane**
**Woodmere, NY 11598**
Number Street City State Zip Code

When was the debt incurred?    **7/12/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 1 | **Arnold Waldman** | | Last 4 digits of account number | | $93,000.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**581 Leheigh Lane**
**Woodmere, NY 11598**
Number Street City State Zip Code

When was the debt incurred?    **5/7/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                   Case number (if know)    **18-22552**

---

| 4.5 2 | **Arnold Waldman** | | Last 4 digits of account number | | $67,000.00 |

Nonpriority Creditor's Name

**581 Leheigh Lane**
**Woodmere, NY 11598**

When was the debt incurred?    **10/29/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.5 3 | **Attis Properties Inc** | | Last 4 digits of account number | | $200,000.00 |

Nonpriority Creditor's Name

**Attn: Michael Kohn**
**500 Mamaroneck Ave**
**Suite 320**
**Harrison, NY 10528**

When was the debt incurred?    **7/18/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 4 | **Attis Properties Inc** | | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name

**Attn: Michael Koh**
**500 Mamaroneck Ave**
**Suite 320**
**Harrison, NY 10528**

When was the debt incurred?    **10/13/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**

---

Debtor 1   **Michael P. D'Alessio** _____    Case number (if know)   **18-22552**

---

| 4.5 5 | **Attis Properties Inc** | Last 4 digits of account number _____ | **$100,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Michael Koh**
**500 Mamaroneck Ave**
**Suite 320**
**Harrison, NY 10528**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   **10/13/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Guaranty - 145-147 East 62nd Street Holding LLC**

---

| 4.5 6 | **Attis Properties Inc** | Last 4 digits of account number _____ | **$250,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Michael Koh**
**500 Mamaroneck Ave**
**Suite 320**
**Harrison, NY 10528**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   **3/8/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Guaranty - Purchase Capital Partners LLC**

---

| 4.5 7 | **Attis Properties Inc** | Last 4 digits of account number _____ | **$250,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Michael Koh**
**500 Mamaroneck Ave**
**Suite 320**
**Harrison, NY 10528**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   **4/4/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5 8 | **Attis Properties Inc** | Last 4 digits of account number _____ | $150,000.00 |

Nonpriority Creditor's Name
**Attn: Michael Koh
500 Mamaroneck Ave
Suite 320
Harrison, NY 10528**
Number Street City State Zip Code

When was the debt incurred?    **6/21/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - Bluestone 163-165 LLC**

---

| 4.5 9 | **Attis Properties Inc** | Last 4 digits of account number _____ | $200,000.00 |

Nonpriority Creditor's Name
**Attn: Michael Koh
500 Mamaroneck Ave
Suite 320
Harrison, NY 10528**
Number Street City State Zip Code

When was the debt incurred?    **9/5/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.6 0 | **Attis Properties Inc** | Last 4 digits of account number _____ | $67,000.00 |

Nonpriority Creditor's Name
**Attn: Michael Koh
500 Mamaroneck Ave
Suite 320
Harrison, NY 10528**
Number Street City State Zip Code

When was the debt incurred?    **9/5/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                     Case number (*if know*)    **18-22552**

---

| 4.6 | | | |
|---|---|---|---|
| 1 | | | |

**Attis Ventures LLC**

Nonpriority Creditor's Name
**Attn: Michael Koh**
**500 Mamaroneck Ave**
**Suite 320**
**Harrison, NY 10528**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$200,000.00**

When was the debt incurred?    **9/15/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 41-45 MPR Holding LLC**

---

| 4.6 | | | |
|---|---|---|---|
| 2 | | | |

**B.A.T. Man LLC**

Nonpriority Creditor's Name
**1 Edgewater Street**
**Suite 704 Staten Island, NY 10305**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$300,000.00**

When was the debt incurred?    **8/11/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.6 | | | |
|---|---|---|---|
| 3 | | | |

**B.E. Kopaskie**

Nonpriority Creditor's Name
**20290 Lorencita Drive**
**Covina, CA 91724**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$200,000.00**

When was the debt incurred?    **8/24/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                      Case number (if know)   **18-22552**

---

| 4.6 4 | | |
|---|---|---|

**Bank of America**
Nonpriority Creditor's Name
**PO Box 982234**
**El Paso, TX 79998**
Number Street City State Zip Code

Last 4 digits of account number   **5968**              **$195,000.00**

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases and cash advances**

---

| 4.6 5 | | |
|---|---|---|

**Bank of America**
Nonpriority Creditor's Name
**PO Box 982238**
**El Paso, TX 79998**
Number Street City State Zip Code

Last 4 digits of account number   **9236**              **$16,066.73**

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases and cash advances**

---

| 4.6 6 | | |
|---|---|---|

**Bank of America**
Nonpriority Creditor's Name
**PO Box 982238**
**El Paso, TX 79998**
Number Street City State Zip Code

Last 4 digits of account number   **2929**              **$19,066.38**

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases and cash advances**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.6 7 | **Bank of America** | Last 4 digits of account number   **3190** | **$42,230.51** |

Nonpriority Creditor's Name
**PO Box 982238**
**El Paso, TX 79998**
Number Street City State ZIp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card purchases and cash advances**

---

| 4.6 8 | **Bank of America** | Last 4 digits of account number   **6849** | **$27.09** |

Nonpriority Creditor's Name
**PO Box 982238**
**El Paso, TX 79998**
Number Street City State ZIp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card purchases and cash advances**

---

| 4.6 9 | **Bank of America** | Last 4 digits of account number   **4839** | **$26,288.85** |

Nonpriority Creditor's Name
**PO Box 982238**
**El Paso, TX 79998**
Number Street City State ZIp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card purchases and cash advances - Michael Paul Enterprises**

---

Debtor 1   **Michael P. D'Alessio**                                  Case number (if know)   **18-22552**

---

**4.7 0**

**Bank of America**                          Last 4 digits of account number   **2066**                          **$4,915.06**
Nonpriority Creditor's Name
**PO Box 982234**
**El Paso, TX 79998**                        When was the debt incurred?
Number Street City State ZIp Code
Who incurred the debt? Check one.           As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community     ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                        ■ Other. Specify   **Credit card purchases and cash advances**

---

**4.7 1**

**Barbara J. Fiederlein Trust for**          Last 4 digits of account number   _____                          **$50,000.00**
**David, D**
Nonpriority Creditor's Name
**56 Majestic Ridge**                        When was the debt incurred?   **7/31/2015**
**Carmel, NY 10512**
Number Street City State ZIp Code
Who incurred the debt? Check one.           As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community     ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                             ■ Other. Specify   **Guaranty - 163-165 East 62nd Street**
☐ Yes                                        **Holding LLC**

---

**4.7 2**

**Barbara J. Fiederlein Trust for**          Last 4 digits of account number   _____                          **$93,000.00**
**David, D**
Nonpriority Creditor's Name
**56 Majestic Ridge**                        When was the debt incurred?   **5/5/2015**
**Carmel, NY 10512**
Number Street City State ZIp Code
Who incurred the debt? Check one.           As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community     ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                             ■ Other. Specify   **Guaranty - 184 East 64th Street Holding**
☐ Yes                                        **LLC**

---

Debtor 1   **Michael P. D'Alessio**                                                    Case number (if know)    **18-22552**

---

| 4.7 3 | **Barbara J. Fiederlein Trust for David, D** | Last 4 digits of account number | | **$52,800.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**56 Majestic Ridge**
**Carmel, NY 10512**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2/26/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.7 4 | **Barbara Vega** | Last 4 digits of account number | | **$50,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**61-27 70th Street**
**Floor 2 Middle Village, NY 11379**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **1/19/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty- 43 Middle Pond Road Holding LLC**

---

| 4.7 5 | **Barry Blitstein** | Last 4 digits of account number | | **$100,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**55 Ocean Ave #6B**
**Monmouth Beach, NJ 07750**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **4/7/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.7 6 | **Barry Blitstein** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**55 Ocean Ave #6B**
**Monmouth Beach, NJ 07750**
Number Street City State Zip Code

When was the debt incurred?    **7/31/2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                           ☐ Contingent

☐ Debtor 1 and Debtor 2 only                               ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**                    ☐ Student loans

**Is the claim subject to offset?**                         ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                             ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.7 7 | **Barry Drucker** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**20 Long Ledge Dr**
**Rye Brook, NY 10573**
Number Street City State Zip Code

When was the debt incurred?    **6/25/2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                           ☐ Contingent

☐ Debtor 1 and Debtor 2 only                               ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**                    ☐ Student loans

**Is the claim subject to offset?**                         ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                             ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.7 8 | **Barry Ipp** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**27 West Rock Trail**
**Stamford, CT 06902**
Number Street City State Zip Code

When was the debt incurred?    **8/7/2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                           ☐ Contingent

☐ Debtor 1 and Debtor 2 only                               ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**                    ☐ Student loans

**Is the claim subject to offset?**                         ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                             ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                                     Case number (if know)    **18-22552**

---

| 4.7 9 | **Barry Ipp** | Last 4 digits of account number | $100,000.00 |

Nonpriority Creditor's Name
**27 West Rock Trail**
**Stamford, CT 06902**
Number Street City State Zip Code

**When was the debt incurred?**    **3/16/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

| 4.8 0 | **Beverly Griffith** | Last 4 digits of account number | $33,500.00 |

Nonpriority Creditor's Name
**16 Crystal Lake Drive**
**Weston, CT 06883**
Number Street City State Zip Code

**When was the debt incurred?**    **10/27/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.8 1 | **Beverly Griffith** | Last 4 digits of account number | $52,800.00 |

Nonpriority Creditor's Name
**16 Crystal Lake Drive**
**Weston, CT 06883**
Number Street City State Zip Code

**When was the debt incurred?**    **4/8/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

**4.8 2**

**Beverly Hazelkorn**
Nonpriority Creditor's Name
**92 Radcliff Ave**
**Port Washington, NY 11050**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$93,000.00**

When was the debt incurred?    **4/30/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

**4.8 3**

**Beverly Hazelkorn**
Nonpriority Creditor's Name
**92 Radcliff Ave**
**Port Washington, NY 11050**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$50,000.00**

When was the debt incurred?    **7/7/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**

---

**4.8 4**

**Beverly Hazelkorn**
Nonpriority Creditor's Name
**92 Radcliff Ave**
**Port Washington, NY 11050**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$33,500.00**

When was the debt incurred?    **11/4/2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.8 5 | **Bianca D'Alessio** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**340 East 51st Street #3A**
**New York, NY 10022**

When was the debt incurred?    **12/20/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - Bluestone 163-165 LLC**

---

| 4.8 6 | **Blackman Plumbing** | Last 4 digits of account number    **5343** | **$9,209.34** |

Nonpriority Creditor's Name
**P.O. Box 9400**
**Uniondale, NY 11555-9400**

When was the debt incurred?    **11/8/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt**

---

| 4.8 7 | **Blue Tarp Financial Inc** | Last 4 digits of account number    **1329** | **$2,801.56** |

Nonpriority Creditor's Name
**P.O. Box 105525**
**Atlanta, GA 30348**

When was the debt incurred?    **1/29/2018**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.8 8 | **BMG Consulting Group LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**340 East 51st Street #3A**
**Attn: Bianca D'Alessio**
**New York, NY 10022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **10/20/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

**$279,000.00**

---

| 4.8 9 | **Bonni Stanley** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**45 Jackson Road**
**Bedford, NY 10506**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **10/23/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty -  227 E 67th Street Holding LLC**

**$67,000.00**

---

| 4.9 0 | **Boston Road Equipment Rental** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3211 Boston Post Road**
**Bronx, NY 10469**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **1800**

**When was the debt incurred?**    **11/6/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt**

**$724.84**

---

Debtor 1    **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.9 1 | **Braga Hardwood Flooring Inc** | Last 4 digits of account number | | $7,768.59 |

Nonpriority Creditor's Name
**89 Trenton Avenue**
**Bronx, NY 10469**
Number Street City State Zip Code

When was the debt incurred?    **5/8/2017**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.9 2 | **Bridgehampton National Bank** | Last 4 digits of account number    **7309** | | $527,886.00 |

Nonpriority Creditor's Name
**2200 Montauk Highway**
**Bridgehampton, NY 11932**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - Schurz Avenue Development LLC**

---

| 4.9 3 | **Bridgehampton National Bank** | Last 4 digits of account number    **6168** | | $3,234,975.00 |

Nonpriority Creditor's Name
**2200 Montauk Highway**
**Bridgehampton, NY 11932**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Line of credit - Michael Paul Enterprises, LLC**

---

Debtor 1  **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.9 4 | **Bruce Azus** | Last 4 digits of account number _____ | $67,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**9 Bensin Drive**
**Melville, NY 11747**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **10/27/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.9 5 | **Bruce Azus** | Last 4 digits of account number _____ | $105,600.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**9 Bensin Drive**
**Melville, NY 11747**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2/24/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.9 6 | **Bruce Azus** | Last 4 digits of account number _____ | $93,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**9 Bensin Drive**
**Melville, NY 11747**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **4/28/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.9 7 | **Bruce Azus** | Last 4 digits of account number | | **$100,000.00** |

Nonpriority Creditor's Name

**9 Bensin Drive**
**Melville, NY 11747**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **8/5/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.9 8 | **Bruce Azus** | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name

**9 Bensin Drive**
**Melville, NY 11747**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **6/17/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**

---

| 4.9 9 | **Bruce Azus** | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name

**9 Bensin Drive**
**Melville, NY 11747**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **4/26/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.1 00 | **Cancos Tile and Stone** | Last 4 digits of account number    **4956** | **$34,237.40** |

Nonpriority Creditor's Name
**1085 Portion Road**
**Farmingville, NY 11738**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **6/1/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt**

---

| 4.1 01 | **Cancos Tile and Stone** | Last 4 digits of account number    **4956** | **$19,981.35** |

Nonpriority Creditor's Name
**1085 Portion Road**
**Farmingville, NY 11738**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **10/18/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt**

---

| 4.1 02 | **Canzone Contracting Corp** | Last 4 digits of account number | **$100,000.00** |

Nonpriority Creditor's Name
**218 W. Lincoln Ave**
**Mt. Vernon, NY 10550**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **8/7/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                Case number (if know)    **18-22552**

---

| 4.1<br>03 | **Capital Industries Corp** | Last 4 digits of account number | | $4,553.91 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**555 Saw Mill River Rd**
**Yonkers, NY 10701**

Number Street City State Zip Code

When was the debt incurred?    **2/20/2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                ☐ Contingent

☐ Debtor 1 and Debtor 2 only            ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - Michael Paul Enterprises LLC**

---

| 4.1<br>04 | **Carefree Air & Water Management Inc** | Last 4 digits of account number | | $160,500.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**199 Merrick Road**
**Lynbrook, NY 11563**

Number Street City State Zip Code

When was the debt incurred?    **1/27/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                ☐ Contingent

☐ Debtor 1 and Debtor 2 only            ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.1<br>05 | **Carefree Air & Water Management Inc** | Last 4 digits of account number | | $31,201.17 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**199 Merrick Road**
**Lynbrook, NY 11563**

Number Street City State Zip Code

When was the debt incurred?    **8/11/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                ☐ Contingent

☐ Debtor 1 and Debtor 2 only            ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.1 06 | **Carefree Air & Water Management Inc** | Last 4 digits of account number | | $33,636.25 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**199 Merrick Road**
**Lynbrook, NY 11563**
Number Street City State Zip Code

When was the debt incurred?    **8/11/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.1 07 | **Carl Bonomo** | Last 4 digits of account number | | $50,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**49 Harvard Drive**
**Plainview, NY 11803**
Number Street City State Zip Code

When was the debt incurred?    **4/26/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**

---

| 4.1 08 | **Carl Bonomo** | Last 4 digits of account number | | $100,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**49 Harvard Drive**
**Plainview, NY 11803**
Number Street City State Zip Code

When was the debt incurred?    **8/8/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                Case number (if know)    **18-22552**

---

| 4.1 09 | **Carmine Lippolis** | Last 4 digits of account number | _____ | **$100,000.00** |

Nonpriority Creditor's Name
**25 Seventh Street**
**Pelham, NY 10803**
Number Street City State Zip Code

When was the debt incurred?   **4/29/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 10 | **Carol Merkel** | Last 4 digits of account number | _____ | **$100,000.00** |

Nonpriority Creditor's Name
**323 Polaris Street**
**Dauphin Island, AL 36528**
Number Street City State Zip Code

When was the debt incurred?   **9/15/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 41-45 MPR Holding LLC**

---

| 4.1 11 | **Carol Merkel** | Last 4 digits of account number | _____ | **$50,000.00** |

Nonpriority Creditor's Name
**323 Polaris Street**
**Dauphin Island, AL 36528**
Number Street City State Zip Code

When was the debt incurred?   **1/13/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 3 Sandpiper Court Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                              Case number (if know)   **18-22552**

---

| 4.1 12 | **Carol Merkel** | Last 4 digits of account number | $50,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**323 Polaris Street**
**Dauphin Island, AL 36528**

When was the debt incurred?   **8/8/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 13 | **Carol Merkel** | Last 4 digits of account number | $93,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**323 Polaris Street**
**Dauphin Island, AL 36528**

When was the debt incurred?   **4/29/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.1 14 | **Carol Merkel** | Last 4 digits of account number | $134,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**323 Polaris Street**
**Dauphin Island, AL 36528**

When was the debt incurred?   **10/30/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.1<br>15 | **Carol Merkel** | Last 4 digits of account number _____ | $52,800.00 |

Nonpriority Creditor's Name
**323 Polaris Street**
**Dauphin Island, AL 36528**
Number Street City State Zip Code

**When was the debt incurred?**    **3/3/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.1<br>16 | **Carol Scibelli** | Last 4 digits of account number _____ | $200,000.00 |

Nonpriority Creditor's Name
**350 East 79th Street Apt 7D**
**New York, NY 10075**
Number Street City State Zip Code

**When was the debt incurred?**    **8/29/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.1<br>17 | **Caroline Graves** | Last 4 digits of account number _____ | $67,000.00 |

Nonpriority Creditor's Name
**2928 Fairway Drive**
**Birmingham, AL 35213**
Number Street City State Zip Code

**When was the debt incurred?**    **11/3/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty -  227 E 67th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.1 18 | **Caroline Graves** | Last 4 digits of account number | $52,800.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**2928 Fairway Drive**
**Birmingham, AL 35213**

Number Street City State Zip Code

When was the debt incurred?     **2/26/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 323 East 53rd  Holding LLC**

---

| 4.1 19 | **Case's Creek** | Last 4 digits of account number | $121,295.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 56**
**Jamesport, NY 11947**

Number Street City State Zip Code

When was the debt incurred?     **9/19/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.1 20 | **Celtic Services NYC Inc** | Last 4 digits of account number | $150,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**156 Mt. Vernon Avenue**
**Suite 210 Mt. Vernon, NY 10550**

Number Street City State Zip Code

When was the debt incurred?     **9/10/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

Debtor 1  **Michael P. D'Alessio**                                   Case number (if know)   **18-22552**

---

| 4.1 21 | | | |
|---|---|---|---|

**Chantal Pick**                                       Last 4 digits of account number _____            **$100,000.00**
Nonpriority Creditor's Name
**866 Evergreen Drive**                                 When was the debt incurred?   **8/11/2015**
**West Hempstead, NY 11552**
Number Street City State Zip Code
Who incurred the debt? Check one.                      As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
                                                       Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another              ☐ Student loans
☐ **Check if this claim is for a community
debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 22 | | | |
|---|---|---|---|

**Chantal Pick**                                       Last 4 digits of account number _____            **$93,000.00**
Nonpriority Creditor's Name
**866 Evergreen Drive**                                 When was the debt incurred?   **5/5/2015**
**West Hempstead, NY 11552**
Number Street City State Zip Code
Who incurred the debt? Check one.                      As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
                                                       Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another              ☐ Student loans
☐ **Check if this claim is for a community
debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.1 23 | | | |
|---|---|---|---|

**Chantal Pick**                                       Last 4 digits of account number _____            **$52,800.00**
Nonpriority Creditor's Name
**866 Evergreen Drive**                                 When was the debt incurred?   **3/18/2015**
**West Hempstead, NY 11552**
Number Street City State Zip Code
Who incurred the debt? Check one.                      As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
                                                       Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another              ☐ Student loans
☐ **Check if this claim is for a community
debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number (if know)   **18-22552**

---

| 4.1<br>24 | **Charles Barovian** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1763 West 9th Street**
**Brooklyn, NY 11223**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **4/27/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

---

| 4.1<br>25 | **Charles Barovian** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1763 West 9th Street**
**Brooklyn, NY 11223**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **12/1/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1<br>26 | **Chase Card** | Last 4 digits of account number   7724 | **$110,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 5298**
**Willimgton, DE 19850**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card purchases and cash advances**

---

Debtor 1    **Michael P. D'Alessio**                                                Case number (if know)    **18-22552**

---

| 4.1 27 | **Chase Card** | Last 4 digits of account number | **2329** | **$50,000.00** |

Nonpriority Creditor's Name
**PO Box 5298**
**Willimgton, DE 19850**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.                    **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify    **Credit card purchases and cash advances**

---

| 4.1 28 | **Chase Card** | Last 4 digits of account number | **2034** | **$40,000.00** |

Nonpriority Creditor's Name
**PO Box 5298**
**Wilmington, DE 19850**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.                    **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify    **Credit card purchases and cash advances**

---

| 4.1 29 | **Chris Canzone** | | | **$33,500.00** |

Nonpriority Creditor's Name
**53 Noble Ave**
**Bronxville, NY 10708**

**When was the debt incurred?**    **10/28/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.                    **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
■ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                          Case number (if know)   **18-22552**

---

| 4.1 30 | **Christine Phillips** | Last 4 digits of account number _____ | **$150,000.00** |

Nonpriority Creditor's Name
**124 Charles Avenue**
**Massapequa Park, NY 11762**
Number Street City State ZIp Code

When was the debt incurred?   **8/24/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.1 31 | **Citi Card** | Last 4 digits of account number   **9194** | **$100,000.00** |

Nonpriority Creditor's Name
**PO Box 6500**
**Sioux Falls, SD 57117**
Number Street City State ZIp Code

When was the debt incurred?   _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases and cash advances**

---

| 4.1 32 | **City Ironsmith Corp** | Last 4 digits of account number _____ | **$79,000.00** |

Nonpriority Creditor's Name
**131-41  Sanford Avenue**
**Flushing, NY 11355**
Number Street City State ZIp Code

When was the debt incurred?   **10/17/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

Debtor 1    **Michael P. D'Alessio**                                                  Case number (if know)    **18-22552**

---

| 4.1 33 | **City Ironsmith Corp** | | Last 4 digits of account number _____ | **$103,612.00** |

Nonpriority Creditor's Name
**131-41  Sanford Avenue**
**Flushing, NY 11355**
Number Street City State Zip Code

**When was the debt incurred?**    **5/21/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.1 34 | **Clifford & Gail Bassett** | | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**535 East 86th Street #6J**
**New York, NY 10028**
Number Street City State Zip Code

**When was the debt incurred?**    **8/4/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 35 | **Clifford & Gail Bassett** | | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**535 East 86th Street #6J**
**New York, NY 10028**
Number Street City State Zip Code

**When was the debt incurred?**    **4/17/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                                    Case number (if know)    **18-22552**

---

| 4.1 | | | |
|---|---|---|---|
| 36 | **Cohen Children Trust** | Last 4 digits of account number | **$50,000.00** |

Nonpriority Creditor's Name

**David Cohen Trustee**
**1875 Julian Lane**
**Merrick, NY 11566**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **8/6/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 | | | |
|---|---|---|---|
| 37 | **Conrad Strohl** | Last 4 digits of account number | **$50,000.00** |

Nonpriority Creditor's Name

**2 Larch Lane**
**Malboro, NJ 07746**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **8/4/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 | | | |
|---|---|---|---|
| 38 | **Consolidated Scaffold & Bridge Corp** | Last 4 digits of account number | **$12,825.00** |

Nonpriority Creditor's Name

**3969 Merritt Avenue**
**Bronx, NY 10466**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **1/29/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.1 39 | **Consolidated Scaffold & Bridge Corp** | | **Michael Paul Enterprises, LLC** | $46,163.48 |

Nonpriority Creditor's Name

**3969 Merritt Avenue**
**Bronx, NY 10466**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**    **2/27/2018**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.1 40 | **Costello & Goldan LLC** | | | $50,000.00 |

Nonpriority Creditor's Name

**106 Labaw Court**
**Attn: Mary Lisa Costello**
**Hillsborough, NJ 08844**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**    **4/7/2017**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**

---

| 4.1 41 | **Cuddy & Feder LLP** | | | $40,920.47 |

Nonpriority Creditor's Name

**445 Hamilton Avenue**
**14th Floor  White Plains, NY 10601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Legal fees**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.1 42 | | | |
|---|---|---|---|

**Cy Blanco**                                               Last 4 digits of account number _____                    **$100,000.00**

Nonpriority Creditor's Name
**104 Mildred Parkway**                                      When was the debt incurred?    **5/2/2015**
**New Rochelle, NY 10804**

Number Street City State Zip Code                            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                             ☐ Contingent
☐ Debtor 2 only                                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                ☐ Disputed
                                                            **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another
                                                            ☐ Student loans
☐ **Check if this claim is for a community debt**           ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                               report as priority claims

■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                       ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 43 | | | |
|---|---|---|---|

**Cynthia Petretti**                                        Last 4 digits of account number _____                    **$50,000.00**

Nonpriority Creditor's Name
**4 North Lane**                                             When was the debt incurred?    **7/31/2015**
**Mahopac, NY 10541**

Number Street City State Zip Code                            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                             ☐ Contingent
☐ Debtor 2 only                                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                ☐ Disputed
                                                            **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another
                                                            ☐ Student loans
☐ **Check if this claim is for a community debt**           ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                               report as priority claims

■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                       ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 44 | | | |
|---|---|---|---|

**Daimler Construction LLC**                                Last 4 digits of account number _____                    **$30,500.00**

Nonpriority Creditor's Name
**155 Fox Hill Drive**                                       When was the debt incurred?    **8/11/2017**
**Hackettstown, NJ 07840**

Number Street City State Zip Code                            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                             ☐ Contingent
☐ Debtor 2 only                                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                ☐ Disputed
                                                            **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another
                                                            ☐ Student loans
☐ **Check if this claim is for a community debt**           ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                               report as priority claims

■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                       ■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC & 17 Circle Rd - MBI LLC**

---

Debtor 1   **Michael P. D'Alessio**                                             Case number (if know)   **18-22552**

---

| 4.1 45 | **Daimler Construction LLC** | Last 4 digits of account number | _____ | **$10,880.00** |

Nonpriority Creditor's Name
**155 Fox Hill Drive**
**Hackettstown, NJ 07840**
Number Street City State Zip Code

When was the debt incurred?   **1/29/2018**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC - 64th**

---

| 4.1 46 | **Daimler Construction LLC** | Last 4 digits of account number | _____ | **$8,860.00** |

Nonpriority Creditor's Name
**155 Fox Hill Drive**
**Hackettstown, NJ 07840**
Number Street City State Zip Code

When was the debt incurred?   **1/29/2018**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC - 53rd**

---

| 4.1 47 | **Daniel Rifkin** | Last 4 digits of account number | _____ | **$100,000.00** |

Nonpriority Creditor's Name
**P.O. Box 9338**
**Bardonia, NY 10954**
Number Street City State Zip Code

When was the debt incurred?   **5/5/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                                    Case number (if know)    **18-22552**

---

**4.1**
**48**

| | |
|---|---|
| **Daniel Rifkin** | Last 4 digits of account number _____      **$93,000.00** |
| Nonpriority Creditor's Name | |
| **P.O. Box 9338** | When was the debt incurred?    **5/5/2015** |
| **Bardonia, NY 10954** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ■ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC** |

---

**4.1**
**49**

| | |
|---|---|
| **Danisi Energy Company** | Last 4 digits of account number _____      **$13,000.00** |
| Nonpriority Creditor's Name | |
| **3205 Route 112** | When was the debt incurred?    **12/23/2015** |
| **Medford, NY 11763** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ■ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC** |

---

**4.1**
**50**

| | |
|---|---|
| **Darren Kay** | Last 4 digits of account number _____      **$50,000.00** |
| Nonpriority Creditor's Name | |
| **19 Fells Drive** | When was the debt incurred?    **7/30/2015** |
| **Manalapan, NJ 07726** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ■ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC** |

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.1 51 | **Darren Kay** | Last 4 digits of account number _____ | **$105,600.00** |

Nonpriority Creditor's Name
**19 Fells Drive**
**Manalapan, NJ 07726**
Number Street City State Zip Code

When was the debt incurred?    **2/26/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.1 52 | **David & Rita Levy** | Last 4 digits of account number _____ | **$93,000.00** |

Nonpriority Creditor's Name
**25 Wren Drive**
**Roslyn, NY 11576**
Number Street City State Zip Code

When was the debt incurred?    **5/5/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.1 53 | **David & Rita Levy** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**25 Wren Drive**
**Roslyn, NY 11576**
Number Street City State Zip Code

When was the debt incurred?    **6/22/2016**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty -  3 Sandpiper Court Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

<table>
<tr><td>4.1<br>54</td><td colspan="2">

**David & Susan Diamond**
Nonpriority Creditor's Name
**3677 East Tremont Ave**
**Bronx, NY 10465**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

</td><td>

Last 4 digits of account number _____    **$200,000.00**

When was the debt incurred?    **12/30/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

</td></tr>
</table>

---

<table>
<tr><td>4.1<br>55</td><td>

**David & Susan Diamond**
Nonpriority Creditor's Name
**3677 East Tremont Ave**
**Bronx, NY 10465**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

</td><td>

Last 4 digits of account number _____    **$316,800.00**

When was the debt incurred?    **2/23/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

</td></tr>
</table>

---

<table>
<tr><td>4.1<br>56</td><td>

**David & Susan Diamond**
Nonpriority Creditor's Name
**3677 East Tremont Ave**
**Bronx, NY 10465**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

</td><td>

Last 4 digits of account number _____    **$150,000.00**

When was the debt incurred?    **8/19/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

</td></tr>
</table>

---

Debtor 1    **Michael P. D'Alessio**                                              Case number (if know)    **18-22552**

---

**4.1 57**

**David Azus**
Nonpriority Creditor's Name
**37 East Mall Drive**
**Melville, NY 11767**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____         **$52,800.00**

When was the debt incurred?    **3/3/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

**4.1 58**

**David Bauer**
Nonpriority Creditor's Name
**31 Deepwood Road**
**Wilton, CT 06897**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____         **$50,000.00**

When was the debt incurred?    **8/6/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

**4.1 59**

**David Cohen**
Nonpriority Creditor's Name
**1875 Julian Lane**
**Merrick, NY 11566**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____         **$33,500.00**

When was the debt incurred?    **10/28/2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number (if know)   **18-22552**

---

| 4.1 60 | **David Cohen** | | Last 4 digits of account number _____ | $52,800.00 |

Nonpriority Creditor's Name
**1875 Julian Lane**
**Merrick, NY 11566**

When was the debt incurred?   **3/23/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.1 61 | **David Katz** | | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name
**19 Cob Drive**
**Westport, CT 06880**

When was the debt incurred?   **7/31/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 62 | **David Levy** | | Last 4 digits of account number _____ | $100,000.00 |

Nonpriority Creditor's Name
**25 Wren Drive**
**Roslyn, NY 11576**

When was the debt incurred?   **8/24/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.1 63 | **David Levy** | Last 4 digits of account number | | $33,500.00 |

Nonpriority Creditor's Name
**25 Wren Drive**
**Roslyn, NY 11576**
Number Street City State Zip Code

When was the debt incurred?    **10/29/2014**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.1 64 | **David Miller** | Last 4 digits of account number | | $67,000.00 |

Nonpriority Creditor's Name
**1 Iris Lane**
**Chappaqua, NY 10514**
Number Street City State Zip Code

When was the debt incurred?    **11/4/2014**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty -  227 E 67th Street Holding LLC**

---

| 4.1 65 | **David Miller** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name
**1 Iris Lane**
**Chappaqua, NY 10514**
Number Street City State Zip Code

When was the debt incurred?    **8/22/2017**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**                                              Case number (if know)    **18-22552**

---

| 4.1 66 | **David S. Cohen** | Last 4 digits of account number | | | $50,000.00 |

Nonpriority Creditor's Name
**c/o David Cohen**
**48 Chester Ct.**
**Cortlandt Manor, NY 10567**

When was the debt incurred?    **4/17/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify  **Guaranty - 15-17 Circle Holding LLC**

---

| 4.1 67 | **David S. Cohen** | Last 4 digits of account number | | | $100,000.00 |

Nonpriority Creditor's Name
**c/o David Cohen**
**48 Chester Ct.**
**Cortlandt Manor, NY 10567**

When was the debt incurred?    **2/5/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify  **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 68 | **David Samuels** | Last 4 digits of account number | | | $50,000.00 |

Nonpriority Creditor's Name
**47 Hardscrabble Hill**
**Chappaqua, NY 10514**

When was the debt incurred?    **1/26/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify  **Guaranty - 43 Middle Pond Road Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.1<br>69 | **David Samuels** | Last 4 digits of account number _____ | **$67,000.00** |

Nonpriority Creditor's Name
**47 Hardscrabble Hill**
**Chappaqua, NY 10514**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **10/30/2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty -  227 E 67th Street Holding LLC**

---

| 4.1<br>70 | **David Tesser** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**1800 Merrick Road**
**Merrick, NY 11566**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **8/4/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1<br>71 | **David Tesser** | Last 4 digits of account number _____ | **$93,000.00** |

Nonpriority Creditor's Name
**1800 Merrick Road**
**Merrick, NY 11566**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **5/26/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.1 72 | **Decorama Building & Plumbing Supply Inc** | Last 4 digits of account number | **1270** | $10,430.87 |

Nonpriority Creditor's Name
**1233 Metropolitan Avenue**
**Brooklyn, NY 11237**
Number Street City State Zip Code

When was the debt incurred?    **12/20/2017**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt**

---

| 4.1 73 | **Denise Zollo** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name
**88 Dawson Circle**
**Staten Island, NY 10314**
Number Street City State Zip Code

When was the debt incurred?    **8/17/2017**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.1 74 | **Dennis Korchinski** | Last 4 digits of account number | | $150,000.00 |

Nonpriority Creditor's Name
**38 Red Oak Road**
**Fairfield, CT 06824**
Number Street City State Zip Code

When was the debt incurred?    **10/7/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                       Case number (if know)    **18-22552**

| | | | | |
|---|---|---|---|---|
| **4.1 75** | **Despatch of Southampton M & S LLC** | Last 4 digits of account number | | $898.87 |

Nonpriority Creditor's Name
**370 County Road 39, Suite A**
**Southampton, NY 11968**
Number Street City State Zip Code

When was the debt incurred?   **4/3/2018**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade debt**

---

| | | | | |
|---|---|---|---|---|
| **4.1 76** | **Diamond Enterprises LLC** | Last 4 digits of account number | | $350,000.00 |

Nonpriority Creditor's Name
**3677 East Tremont Ave**
**Bronx, NY 10465**
Number Street City State Zip Code

When was the debt incurred?   **4/13/2017**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

---

| | | | | |
|---|---|---|---|---|
| **4.1 77** | **Diamond Enterprises LLC** | Last 4 digits of account number | | $850,000.00 |

Nonpriority Creditor's Name
**3677 East Tremont Ave**
**Bronx, NY 10465**
Number Street City State Zip Code

When was the debt incurred?   **4/23/2015**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

Debtor 1   **Michael P. D'Alessio**                                Case number (if know)   **18-22552**

---

| 4.1 78 | **Diamond Enterprises LLC** | Last 4 digits of account number _____ | **$186,000.00** |

Nonpriority Creditor's Name
**3677 East Tremont Ave**
**Bronx, NY 10465**

When was the debt incurred?   **4/23/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

☒ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ No

☒ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

☐ Yes

---

| 4.1 79 | **Diamond Enterprises LLC** | Last 4 digits of account number _____ | **$335,000.00** |

Nonpriority Creditor's Name
**3677 East Tremont Ave**
**Bronx, NY 10465**

When was the debt incurred?   **10/30/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

☒ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ No

☒ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

☐ Yes

---

| 4.1 80 | **Diamond Enterprises LLC** | Last 4 digits of account number _____ | **$150,000.00** |

Nonpriority Creditor's Name
**3677 East Tremont Ave**
**Bronx, NY 10465**

When was the debt incurred?   **8/19/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

☒ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ No

☒ Other. Specify   **Guaranty -2800 Bruckner Holding LLC**

☐ Yes

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.1 81 | **Diane Rosenberg** | Last 4 digits of account number _____ | **$150,000.00** |

Nonpriority Creditor's Name
**402 Stoney Way**
**New Fairfield, CT 06812**

When was the debt incurred?    **9/25/2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 41-45 MPR Holding LLC**

---

| 4.1 82 | **Dodd Farber** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**27 Wampus Lake Drive**
**Armonk, NY 10504**

When was the debt incurred?    **7/6/2016**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 83 | **Domenick Schettino** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**1 Lowell Drive**
**Purchase, NY 10577**

When was the debt incurred?    **2/22/2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - Bluestone 163-165 LLC**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.1 84 | | | |
|---|---|---|---|

**Dominick R. Pilla Associates PC**

Nonpriority Creditor's Name
**23 Depew Avenue**
**Nyack, NY 10960**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    $56,582.92

When was the debt incurred?    **15-Oct**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt - 163-165 East 62nd Street Associates LLC**

---

| 4.1 85 | | | |
|---|---|---|---|

**Dominick R. Pilla Associates PC**

Nonpriority Creditor's Name
**23 Depew Avenue**
**Nyack, NY 10960**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    $7,893.86

When was the debt incurred?    **17-Apr**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt - 3 Sandpiper Court LLC**

---

| 4.1 86 | | | |
|---|---|---|---|

**Dominick R. Pilla Associates PC**

Nonpriority Creditor's Name
**23 Depew Avenue**
**Nyack, NY 10960**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    $1,355.55

When was the debt incurred?    **18-Mar**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt - 323 East 53rd Street Associates LLC**

---

Debtor 1    **Michael P. D'Alessio**                                           Case number (*if know*)    **18-22552**

---

| 4.1 87 | **Donald Konrad** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**68 Pearl Farm Road**
**Stamford, CT 06902**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **7/12/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 88 | **Donato Ciaccia** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**7406 Avenue V**
**Brooklyn, NY 11234**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **11/21/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.1 89 | **Donato Ciaccia** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**7406 Avenue V**
**Brooklyn, NY 11234**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **3/29/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

Debtor 1    **Michael P. D'Alessio**                                      Case number (if know)    **18-22552**

---

| | |
|---|---|
| 4.1<br>90 | **Douglas & Diane Simon** |

Nonpriority Creditor's Name
**20 Clinton Ave**
**Maplewood, NJ 07040**
Number Street City State Zlp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                $52,800.00

When was the debt incurred?    **3/18/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| | |
|---|---|
| 4.1<br>91 | **Douglas Scibelli** |

Nonpriority Creditor's Name
**124 Ludlow Street #4C**
**New York, NY 10002**
Number Street City State Zlp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                $100,000.00

When was the debt incurred?    **12/11/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| | |
|---|---|
| 4.1<br>92 | **Dov Kesselman** |

Nonpriority Creditor's Name
**317 Chestnut Street**
**W. Hempstead, NY 11552**
Number Street City State Zlp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                $50,000.00

When was the debt incurred?    **8/8/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                      Case number (if know)    **18-22552**

---

| 4.1 93 | **DWS Interiors Inc** | | | | **$59,000.00** |

Nonpriority Creditor's Name

**P.O. Box 2 Water Mill**
**Water Mill, NY 11976**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **1/19/2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC - 53rd**

---

| 4.1 94 | **DWS Interiors Inc** | | | | **$16,700.00** |

Nonpriority Creditor's Name

**P.O. Box 2 Water Mill**
**Water Mill, NY 11976**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **2/13/2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC - 17 Circle**

---

| 4.1 95 | **Dynaire Corporation** | | | | **$67,000.00** |

Nonpriority Creditor's Name

**Attn: Marc Soffler**
**134 Herricks Road**
**Mineola, NY 11501**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **10/30/2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.1 96 | **Dynaire Corporation** | | Last 4 digits of account number | | $25,000.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Marc Soffler**
**134 Herricks Road**
**Mineola, NY 11501**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                            ☐ Contingent
☐ Debtor 1 and Debtor 2 only               ☐ Unliquidated
■ At least one of the debtors and another   ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Trade**

---

| 4.1 97 | **EAA Investments** | | Last 4 digits of account number | | $33,500.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Evan Steinbach**
**575 Underhill Blvd**
**Suite 205 Syosset, NY 11791**

When was the debt incurred?    **10/28/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                            ☐ Contingent
☐ Debtor 1 and Debtor 2 only               ☐ Unliquidated
■ At least one of the debtors and another   ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.1 98 | **East 64th Street Realty Partners LLC** | | Last 4 digits of account number | | $1,860,000.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Cornell Pace Inc**
**542 Main Street**
**2nd Floor**
**New Rochelle, NY 10801**

When was the debt incurred?    **5/7/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                            ☐ Contingent
☐ Debtor 1 and Debtor 2 only               ☐ Unliquidated
■ At least one of the debtors and another   ☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**

Case number (if know)   **18-22552**

---

**4.1 99**

**East End Country Kitchens Cabinets Inc**

Nonpriority Creditor's Name

**121 Edwards Avenue**
**Calverton, NY 11933**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

$55,000.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

**4.2 00**

**Eastern Metal Works Inc**

Nonpriority Creditor's Name

**333 Woodmont Road**
**Milford, CT 06460**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

$13,000.00

When was the debt incurred?   **10/3/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises LLC**

---

**4.2 01**

**Ed Tesser**

Nonpriority Creditor's Name

**2536 Army Place**
**Bellmore, NY 11710**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

$50,000.00

When was the debt incurred?   **8/11/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2 02 | **Edge & Corner Tile & Marble** | Last 4 digits of account number _____ | $750.00 |

Nonpriority Creditor's Name
**362 Decatur Avenue**
**Shirley, NY 11967**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.2 03 | **Elizabeth Armstrong** | Last 4 digits of account number _____ | $52,800.00 |

Nonpriority Creditor's Name
**10041 Sasser Lane**
**Mobile, AL 36695**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

When was the debt incurred?    **3/3/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.2 04 | **Elizabeth Armstrong** | Last 4 digits of account number _____ | $100,000.00 |

Nonpriority Creditor's Name
**10041 Sasser Lane**
**Mobile, AL 36695**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

When was the debt incurred?    **3/23/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

**4.2 05**

**Elizabeth Armstrong**                                    Last 4 digits of account number _____    **$67,000.00**
Nonpriority Creditor's Name
**10041 Sasser Lane**                                    When was the debt incurred?    **10/27/2014**
**Mobile, AL 36695**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
■ At least one of the debtors and another                Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

**4.2 06**

**Elizabeth Canzone**                                    Last 4 digits of account number _____    **$67,000.00**
Nonpriority Creditor's Name
**58 Puritan Drive**                                     When was the debt incurred?    **10/28/2014**
**Scarsdale, NY 10583**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
■ At least one of the debtors and another                Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify    **Guaranty -227 E 67th Street Holding LLC**

---

**4.2 07**

**Elizabeth Canzone**                                    Last 4 digits of account number _____    **$52,800.00**
Nonpriority Creditor's Name
**58 Puritan Drive**                                     When was the debt incurred?    **2/23/2015**
**Scarsdale, NY 10583**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
■ At least one of the debtors and another                Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| Debtor 1 | **Michael P. D'Alessio** | | Case number (if know) | **18-22552** |

---

| 4.2 08 | **Elizabeth Strange** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name

**48 Haywood Street**
**Staten Island, NY 10307**

When was the debt incurred?    **8/11/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.2 09 | **Ellen Goldstein Living Trust 11/30/10, E** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name

**3975 Sedgewick Ave Apt #4H**
**Bronx, NY 10563**

When was the debt incurred?    **12/27/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty -145-147 East 62nd Street Holding LLC**

---

| 4.2 10 | **Ellen Goldstein Living Trust 11/30/10, E** | Last 4 digits of account number | | $33,500.00 |

Nonpriority Creditor's Name

**3976 Sedgewick Ave Apt #4H**
**Bronx, NY 10563**

When was the debt incurred?    **10/21/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2 11 | **Ellen Goldstein Living Trust 11/30/10, E** | | Last 4 digits of account number | | **$52,800.00** |

Nonpriority Creditor's Name
**3977 Sedgewick Ave Apt #4H**
**Bronx, NY 10563**

When was the debt incurred?    **2/23/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                  ☐ Contingent

☐ Debtor 1 and Debtor 2 only                     ☐ Unliquidated

                                                 ☐ Disputed

■ At least one of the debtors and another

                                                 **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**       ☐ Student loans

**Is the claim subject to offset?**              ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify    **Guaranty -  323 East 53rd Holding LLC**

---

| 4.2 12 | **Ellen Goldstein Living Trust 11/30/10, E** | | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name
**3978 Sedgewick Ave Apt #4H**
**Bronx, NY 10563**

When was the debt incurred?    **8/22/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                  ☐ Contingent

☐ Debtor 1 and Debtor 2 only                     ☐ Unliquidated

                                                 ☐ Disputed

■ At least one of the debtors and another

                                                 **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**       ☐ Student loans

**Is the claim subject to offset?**              ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.2 13 | **Erin Diamond** | | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name
**3677 East Tremont Ave**
**Bronx, NY 10465**

When was the debt incurred?    **2/19/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                  ☐ Contingent

☐ Debtor 1 and Debtor 2 only                     ☐ Unliquidated

                                                 ☐ Disputed

■ At least one of the debtors and another

                                                 **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**       ☐ Student loans

**Is the claim subject to offset?**              ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                 ■ Other. Specify    **Guaranty -163-165 East 62nd Street Holding LLC**

☐ Yes

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2 14 | **Erin Diamond** | Last 4 digits of account number | | | **$50,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**3677 East Tremont Ave**
**Bronx, NY 10465**

When was the debt incurred?    **8/19/2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.2 15 | **Erwin & Bielinski, PLLC** | Last 4 digits of account number | | | **$825.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**37 West 39th Street Suite 1201**
**New York, NY 10018**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.2 16 | **Fairfield County Bank** | Last 4 digits of account number | **8075** | | **$715,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 2050**
**Ridgefield, CT 06877**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 15 Circle Rd - MBI LLC**

---

Debtor 1    **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.2 17 | **Fairfield County Bank** | Last 4 digits of account number | **8992** | **$43,647.00** |

Nonpriority Creditor's Name
**PO Box 2050**
**Ridgefield, CT 06877**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 15 Circle Rd - MBI LLC**

---

| 4.2 18 | **Fairfield County Bank** | Last 4 digits of account number | **9057** | **$715,000.00** |

Nonpriority Creditor's Name
**PO Box 2050**
**Ridgefield, CT 06877**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 17 Circle Rd - MBI LLC**

---

| 4.2 19 | **Fairfield County Bank** | Last 4 digits of account number | **9130** | **$532,289.00** |

Nonpriority Creditor's Name
**PO Box 2050**
**Ridgefield, CT 06877**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 17 Circle Rd - MBI LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2 20 | **Fallon Rose LLC** | | Last 4 digits of account number | | $350,000.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**82 Wellington Road**
**Attn: Owen Grant**
**Garden City, NY 11530**

When was the debt incurred?    **9/17/2015**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.2 21 | **Federlein Family 2012 Gift Trust, Barbar** | | Last 4 digits of account number | | $50,000.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**56 Majestic Ridge**
**Carmel, NY 10512**

When was the debt incurred?    **7/31/2015**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.2 22 | **Federlein Family 2012 Gift Trust, Barbar** | | Last 4 digits of account number | | $93,000.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**56 Majestic Ridge**
**Carmel, NY 10512**

When was the debt incurred?    **5/5/2015**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                      Case number (if know)      **18-22552**

---

| 4.2 23 | **Federlein Family 2012 Gift Trust, Barbar** | Last 4 digits of account number _____ | **$52,800.00** |

Nonpriority Creditor's Name
**56 Majestic Ridge**
**Carmel, NY 10512**
Number Street City State Zip Code

When was the debt incurred?     **2/26/2015**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.2 24 | **Feldman Lumber** | Last 4 digits of account number   **0160** | **$2,261.76** |

Nonpriority Creditor's Name
**1281 Metropolitan Avenue**
**Brooklyn, NY 11237**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt**

---

| 4.2 25 | **Fiederlein Family LLC** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**56 Majestic Ridge**
**Carmel, NY 10512**
Number Street City State Zip Code

When was the debt incurred?     **6/29/2016**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                                Case number (if know)    **18-22552**

---

| 4.2 26 | **Fiederlein Family LLC** | Last 4 digits of account number | $50,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**56 Majestic Ridge**
**Carmel, NY 10512**

Number Street City State Zip Code

When was the debt incurred?    **11/25/2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 43 Middle Pond Road Holding LLC**

---

| 4.2 27 | **Fiederlein Family LLC** | Last 4 digits of account number | $93,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**56 Majestic Ridge**
**Carmel, NY 10512**

Number Street City State Zip Code

When was the debt incurred?    **5/5/2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.2 28 | **Fiederlein Family LLC** | Last 4 digits of account number | $268,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**56 Majestic Ridge**
**Carmel, NY 10512**

Number Street City State Zip Code

When was the debt incurred?    **10/30/2014**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.2 29 | **Fort Cica** | Last 4 digits of account number | **$8,500.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**720 East 141st Street**
**Bronx, NY 10454**

When was the debt incurred?

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

☐ Contingent
☐ Unliquidated
☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC - 184 East 64th Street Associates LLC**

---

| 4.2 30 | **Fort Cica** | Last 4 digits of account number | **$10,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**720 East 141st Street**
**Bronx, NY 10454**

When was the debt incurred?

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

☐ Contingent
☐ Unliquidated
☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.2 31 | **Francis Carbone** | Last 4 digits of account number | **$600,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**177 Spague Ave**
**Staten Island, NY 10307**

When was the debt incurred?   **8/11/2017**

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

☐ Contingent
☐ Unliquidated
☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty -2800 Bruckner Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.2 32 | **Francis Carbone** | Last 4 digits of account number | **$200,000.00** |

Nonpriority Creditor's Name
**177 Spague Ave**
**Staten Island, NY 10307**
Number Street City State Zip Code

**When was the debt incurred?**   **3/1/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - Purchase Capital Partners LLC**

---

| 4.2 33 | **Frank Canzone** | Last 4 digits of account number | **$33,500.00** |

Nonpriority Creditor's Name
**53 Noble Ave**
**Bronxville, NY 10708**
Number Street City State Zip Code

**When was the debt incurred?**   **10/28/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.2 34 | **Frank Delucia** | Last 4 digits of account number | **$67,000.00** |

Nonpriority Creditor's Name
**15 Clearwater Ave**
**Massapequa, NY 11758**
Number Street City State Zip Code

**When was the debt incurred?**   **10/29/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                  Case number (if know)    **18-22552**

---

| 4.2 35 | **Friedricks Associates LTD** | Last 4 digits of account number | | $100,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**235 West 76th Street**
**Apt 5E**
**New York, NY 10023**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **8/20/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.2 36 | **Frima Edelstein** | Last 4 digits of account number | | $93,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2 Larch Lane**
**Malboro, NJ 07746**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **5/7/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.2 37 | **Gabor M. Szakal Consulting Engineers, P.** | Last 4 digits of account number | | $4,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**54 West 21st Street**
**New York 10010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt - Michael Paul Enterprises LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2 38 | | | |
|---|---|---|---|

**Gabriel Carbone**                                    Last 4 digits of account number _____                                    **$100,000.00**

Nonpriority Creditor's Name
**177 Spague Ave**                                    When was the debt incurred?    **8/18/2017**
**Staten Island, NY 10307**
Number Street City State ZIp Code                                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                    ☐ Disputed

■ At least one of the debtors and another                                    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**                                    ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                                    report as priority claims

■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.2 39 | | | |
|---|---|---|---|

**Gabriel E. Senor, P.C.**                                    Last 4 digits of account number _____                                    **$11,900.00**

Nonpriority Creditor's Name
**90 North Central Avenue**                                    When was the debt incurred?    _____
**Suite 104**
**Hartsdale, NY 10530**
Number Street City State ZIp Code                                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                    ☐ Disputed

■ At least one of the debtors and another                                    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**                                    ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                                    report as priority claims

■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.2 40 | | | |
|---|---|---|---|

**Gamor Company LLC**                                    Last 4 digits of account number _____                                    **$93,000.00**

Nonpriority Creditor's Name
**c/o Jamie Heiberger**                                    When was the debt incurred?    **5/7/2015**
**589 Eight Ave**
**10th Floor New York, NY 10018**
Number Street City State ZIp Code                                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                    ☐ Disputed

■ At least one of the debtors and another                                    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**                                    ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                                    report as priority claims

■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                    ■ Other. Specify    **Guaranty - 184 East 64th Street Holding**
☐ Yes                                    **LLC**

---

Debtor 1   **Michael P. D'Alessio**                                        Case number (if know)   **18-22552**

---

| 4.2 41 | **GC Warehouse LLC** | Last 4 digits of account number | **312** | $2,484.53 |

Nonpriority Creditor's Name

**515 S 4th Avenue**
**Mt. Vernon, NY 10550**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                                           ☐ Contingent

☐ Debtor 1 and Debtor 2 only                                              ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Trade debt**

---

| 4.2 42 | **Gene Greenfest** | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name

**c/o Anchin Block & Anchin LLP**
**1375 Broadway 17th Floor**
**New York, NY 10018**

When was the debt incurred?   **8/24/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                                           ☐ Contingent

☐ Debtor 1 and Debtor 2 only                                              ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.2 43 | **GeoLand Corp** | Last 4 digits of account number | | $3,600.00 |

Nonpriority Creditor's Name

**1317 Park Avenue**
**New Hyde Pk, NY 11040**

When was the debt incurred?   **12/21/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                                           ☐ Contingent

☐ Debtor 1 and Debtor 2 only                                              ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Trade debt - 163-165 East 62nd Street Associates LLC**

---

Debtor 1    **Michael P. D'Alessio**    Case number (if know)    **18-22552**

---

| 4.2 44 | **Gerald Dolman** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name
**215 Montecito Crescent**
**Melville, NY 11747**

When was the debt incurred?    **11/25/2016**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 43 Middle Pond Road Holding LLC**

---

| 4.2 45 | **Gerald Levy** | Last 4 digits of account number _____ | $100,000.00 |

Nonpriority Creditor's Name
**c/o Neil Levy 36 Woodmont Road**
**Melville, NY 11747**

When was the debt incurred?    **8/7/2015**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.2 46 | **Gerald Levy** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name
**c/o Neil Levy 36 Woodmont Road**
**Melville, NY 11747**

When was the debt incurred?    **6/22/2016**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2 47 | **Gerald Levy** | Last 4 digits of account number | | $93,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Neil Levy 36 Woodmont Road Melville, NY 11747**

Number Street City State ZIp Code

When was the debt incurred?    **5/7/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.2 48 | **Gerald Levy** | Last 4 digits of account number | | $67,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Neil Levy 36 Woodmont Road Melville, NY 11747**

Number Street City State ZIp Code

When was the debt incurred?    **10/29/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.2 49 | **Gerald Levy** | Last 4 digits of account number | | $52,800.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Neil Levy 36 Woodmont Road Melville, NY 11747**

Number Street City State ZIp Code

When was the debt incurred?    **2/20/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                                   Case number (if know)    **18-22552**

---

| 4.2 50 | **Gianbattista Davi** | | | **$50,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1462 Bay Ridge Parkway**
**Brooklyn, NY 11228**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **3/29/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

| 4.2 51 | **Glen Feller** | | | **$50,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**8 Jazz Way**
**Mount Laurel, NJ 08054**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **12/28/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 145-147 East 62nd Street Holding LLC**

---

| 4.2 52 | **Glen Irwin** | | | **$105,600.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 707**
**Pt. Lookout, NY 11569**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **3/5/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                   Case number (if know)    **18-22552**

---

**4.2
53**

**Glenn Messinger**                                    Last 4 digits of account number _____                    **$100,000.00**

Nonpriority Creditor's Name

**5 Clipper Way**                                       When was the debt incurred?    **4/4/2017**
**Marblehead, MA 01945**

Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐ Disputed

■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community              ☐ Student loans
debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

---

**4.2
54**

**Glenn Messinger**                                    Last 4 digits of account number _____                    **$50,000.00**

Nonpriority Creditor's Name

**5 Clipper Way**                                       When was the debt incurred?    **7/31/2015**
**Marblehead, MA 01945**

Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐ Disputed

■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community              ☐ Student loans
debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify   **Guaranty - 163-165 East 62nd Street
                                                       Holding LLC**

---

**4.2
55**

**GM Financial Leasing**                               Last 4 digits of account number _____                    **$24,633.36**

Nonpriority Creditor's Name

**PO Box 100**                                          When was the debt incurred?    **12/8/2016**
**Williamsville, KY 14231**

Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐ Disputed

■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community              ☐ Student loans
debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify   **Auto Lease - Michael Paul Enterprises, LLC**

---

Debtor 1  **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.2 56 | **GM Financial Leasing** | Last 4 digits of account number | | | $11,795.16 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 100**
**Williamsville, KY 14231**

When was the debt incurred?    **1/29/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                  ☐ Contingent

☐ Debtor 1 and Debtor 2 only                     ☐ Unliquidated

                                                 ☐ Disputed
■ At least one of the debtors and another

**☐ Check if this claim is for a community**     Type of NONPRIORITY unsecured claim:
**debt**                                         ☐ Student loans

**Is the claim subject to offset?**              ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
■ No
                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                 ■ Other. Specify    **Auto Lease - Michael Paul Enterprises, LLC**

---

| 4.2 57 | **GM Financial Leasing** | Last 4 digits of account number | | | $20,868.48 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 100**
**Williamsville, KY 14231**

When was the debt incurred?    **4/4/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                  ☐ Contingent

☐ Debtor 1 and Debtor 2 only                     ☐ Unliquidated

                                                 ☐ Disputed
■ At least one of the debtors and another

**☐ Check if this claim is for a community**     Type of NONPRIORITY unsecured claim:
**debt**                                         ☐ Student loans

**Is the claim subject to offset?**              ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
■ No
                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                 ■ Other. Specify    **Auto Lease - Michael Paul Enterprises, LLC**

---

| 4.2 58 | **Golden Touch Investments, LLC** | Last 4 digits of account number | | | $1,100,000.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**343 Sperry Road**
**Bethany, CT 06524**

When was the debt incurred?    **1/15/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                  ☐ Contingent

☐ Debtor 1 and Debtor 2 only                     ☐ Unliquidated

                                                 ☐ Disputed
■ At least one of the debtors and another

**☐ Check if this claim is for a community**     Type of NONPRIORITY unsecured claim:
**debt**                                         ☐ Student loans

**Is the claim subject to offset?**              ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
■ No
                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                 ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2 59 | **Golden Touch Investments, LLC** | Last 4 digits of account number | | $134,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**343 Sperry Road**
**Bethany, CT 06524**

Number Street City State Zip Code

**When was the debt incurred?**    **10/31/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.2 60 | **Golden Touch Investments, LLC** | Last 4 digits of account number | | $105,600.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**343 Sperry Road**
**Bethany, CT 06524**

Number Street City State Zip Code

**When was the debt incurred?**    **2/27/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.2 61 | **Golden Touch Investments, LLC** | Last 4 digits of account number | | $1,000,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**343 Sperry Road**
**Bethany, CT 06524**

Number Street City State Zip Code

**When was the debt incurred?**    **2/23/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - Bluestone 53 LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.2 62 | **Golden Touch Investments, LLC** | Last 4 digits of account number _____ | **$1,500,000.00** |

Nonpriority Creditor's Name

**343 Sperry Road**
**Bethany, CT 06524**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **4/20/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - Bluestone 184 LLC**

---

| 4.2 63 | **Golenbock, Eiseman, Assor, Bell & Peskoe** | Last 4 digits of account number _____ | **$420,000.00** |

Nonpriority Creditor's Name

**711 Third Ave**
**New York, NY 10017**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - Michael D'Alessio**

---

| 4.2 64 | **Grant & Fox LLC** | Last 4 digits of account number _____ | **$600,000.00** |

Nonpriority Creditor's Name

**139 Fulton Street Rm 907**
**New York, NY 10038**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **1/26/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                     Case number (if know)    **18-22552**

---

| 4.2 65 | **Grazia DeFranco** | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name

**27 Valley Terrace**
**Rye Brook, NY 10573**

When was the debt incurred?    **3/16/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

| 4.2 66 | **Greater Hudson Bank** | Last 4 digits of account number    **2297** | | **$507,549.99** |

Nonpriority Creditor's Name

**715 E. Route 304**
**Bardonia, NY 10954**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Guaranty - Schurz 9 LLC**

---

| 4.2 67 | **Greater Hudson Bank** | Last 4 digits of account number    **2296** | | **$2,250,000.00** |

Nonpriority Creditor's Name

**715 E. Route 304**
**Bardonia, NY 10954**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Line of credit**

---

Debtor 1   **Michael P. D'Alessio**                                        Case number (if know)    **18-22552**

---

| 4.2 68 | | |
|---|---|---|

**Gregory Calabro**                          Last 4 digits of account number _____        **$50,000.00**

Nonpriority Creditor's Name
**22 Essex Road**                            When was the debt incurred?    **8/6/2015**
**Maplewood, NJ 07040**

Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
                                             Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another
                                             ☐ Student loans
☐ **Check if this claim is for a community**
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify   **Guaranty - 163-165 East 62nd Street**
                                                                **Holding LLC**

---

| 4.2 69 | | |
|---|---|---|

**Gregory Calabro**                          Last 4 digits of account number _____        **$93,000.00**

Nonpriority Creditor's Name
**22 Essex Road**                            When was the debt incurred?    **5/8/2015**
**Maplewood, NJ 07040**

Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
                                             Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another
                                             ☐ Student loans
☐ **Check if this claim is for a community**
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify   **Guaranty - 184 East 64th Street Holding**
                                                                **LLC**

---

| 4.2 70 | | |
|---|---|---|

**Gregory Calabro**                          Last 4 digits of account number _____        **$105,600.00**

Nonpriority Creditor's Name
**22 Essex Road**                            When was the debt incurred?    **3/10/2015**
**Maplewood, NJ 07040**

Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
                                             Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another
                                             ☐ Student loans
☐ **Check if this claim is for a community**
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                        Case number (if know)    **18-22552**

---

| 4.2 71 | **Harrilyn Dolman** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name
**215 Montecito Crescent**
**Melville, NY 11747**
Number Street City State Zip Code

When was the debt incurred?   **4/5/2017**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

---

| 4.2 72 | **Harrilyn Dolman** | Last 4 digits of account number | | $200,000.00 |

Nonpriority Creditor's Name
**215 Montecito Crescent**
**Melville, NY 11747**
Number Street City State Zip Code

When was the debt incurred?   **8/8/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.2 73 | **Harvey Stevens** | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name
**8 East 83rd Street Apt 10F**
**NY 10028**
Number Street City State Zip Code

When was the debt incurred?   **8/1/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

<table>
<tr><td>4.2<br>74</td><td colspan="2"></td></tr>
</table>

**Herbert Ash**

Nonpriority Creditor's Name

**111 Reni Road**
**Manhasset, NY 11030**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **$67,000.00**

When was the debt incurred?    **11/3/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

<table>
<tr><td>4.2<br>75</td><td colspan="2"></td></tr>
</table>

**Herminio Torres**

Nonpriority Creditor's Name

**6916  58th Road**
**Maspeth, NY 11378**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **$50,000.00**

When was the debt incurred?    **12/21/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 43 Middle Pond Road Holding LLC**

---

<table>
<tr><td>4.2<br>76</td><td colspan="2"></td></tr>
</table>

**Herminio Torres**

Nonpriority Creditor's Name

**6916  58th Road**
**Maspeth, NY 11378**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **$100,000.00**

When was the debt incurred?    **12/4/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                              Case number (if know)    **18-22552**

---

| 4.2 77 | **Herminio Torres** | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name

**6916  58th Road**
**Maspeth, NY 11378**

Number Street City State Zip Code

When was the debt incurred?    **10/6/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**☐ Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.2 78 | **Hewlett Trading Co. LLC** | Last 4 digits of account number | | **$100,000.00** |

Nonpriority Creditor's Name

**3421 Hewlett Ave**
**Attn: Richard Berman**
**Merrick, NY 11566**

Number Street City State Zip Code

When was the debt incurred?    **5/9/2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**☐ Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.2 79 | **Hilti Inc** | Last 4 digits of account number | **6413** | **$1,474.37** |

Nonpriority Creditor's Name

**P.O. Box 11870**
**Neward, NJ 07101-8800**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**☐ Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt**

---

Debtor 1    **Michael P. D'Alessio** _____    Case number (*if know*)    **18-22552**

---

| 4.2 80 | **Infiniti Financial Services** | Last 4 digits of account number _____ | **$18,525.00** |

Nonpriority Creditor's Name
**PO Box 740596**
**Cincinnati, OH 45274**

When was the debt incurred?    **7/18/2016**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Auto Lease - Michael Paul Enterprises, LLC**

---

| 4.2 81 | **Integrated Electronic Solutions Inc** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**1053 Saw Mill River Road**
**Yonkers, NY 10710**

When was the debt incurred?    **8/4/2015**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.2 82 | **Integrated Electronic Solutions Inc** | Last 4 digits of account number _____ | **$52,800.00** |

Nonpriority Creditor's Name
**1053 Saw Mill River Road**
**Yonkers, NY 10710**

When was the debt incurred?    **2/26/2015**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2 83 | **Ira Gordon** | Last 4 digits of account number _____ | **$67,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**154 Mason Street**
**Staten Island, NY 10304**

When was the debt incurred?    **11/7/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.2 84 | **Ira Gordon** | Last 4 digits of account number _____ | **$52,800.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**154 Mason Street**
**Staten Island, NY 10304**

When was the debt incurred?    **3/13/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.2 85 | **Irene D'Alessio** | Last 4 digits of account number _____ | **$334,929.09** |
|---|---|---|---|

Nonpriority Creditor's Name
**55 North Broadway Apt 2-9**
**White Plains, NY 10601**

When was the debt incurred?    _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Promissory Note**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.2 86 | **Irwin Associates Inc** | Last 4 digits of account number _____ | **$13,063.12** |

Nonpriority Creditor's Name

**247 West 37th Street - 12th floor**
**New York, NY 10018**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.2 87 | **J.S.K. Construction Corp** | Last 4 digits of account number _____ | **$29,000.00** |

Nonpriority Creditor's Name

**130-26 Atlantic Ave S.**
**Richmond Hill, NY 11419**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.2 88 | **Jack Perlman** | Last 4 digits of account number _____ | **$200,000.00** |

Nonpriority Creditor's Name

**35 West 94th Street**
**New York, NY 10025**

Number Street City State Zip Code

When was the debt incurred?   **10/13/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2 89 | **Jaclyn Bonomo** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**10 Walter Lane**
**Manhasset, NY 11030**

When was the debt incurred?    **8/6/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.2 90 | **Jaclyn Bonomo** | Last 4 digits of account number _____ | **$93,000.00** |

Nonpriority Creditor's Name
**10 Walter Lane**
**Manhasset, NY 11030**

When was the debt incurred?    **5/4/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.2 91 | **Jacqueline Martinez** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**9 Thomas Drive**
**Hauppauge, NY 11788**

When was the debt incurred?    **12/11/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**          Case number (if know)    **18-22552**

---

**4.2 92**

**James Slattery**
Nonpriority Creditor's Name
**583 Ocean Ave**
**Massapequa, NY 11758**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____              **$33,500.00**

When was the debt incurred?    **11/5/2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

**4.2 93**

**Janovic**
Nonpriority Creditor's Name
**888 Lexington Avenue**
**New York, NY 10065**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **7298**              **$248.98**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt**

---

**4.2 94**

**Jason Griffith**
Nonpriority Creditor's Name
**66 Hillside Crescent**
**New Rochelle, NY 10804**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____              **$50,000.00**

When was the debt incurred?    **6/21/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2 95 | **Jason Griffith** | | Last 4 digits of account number _____ | $93,000.00 |

Nonpriority Creditor's Name
**66 Hillside Crescent**
**New Rochelle, NY 10804**
Number Street City State Zip Code

When was the debt incurred?    **4/25/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.2 96 | **Jason Griffith** | | Last 4 digits of account number _____ | $33,500.00 |

Nonpriority Creditor's Name
**66 Hillside Crescent**
**New Rochelle, NY 10804**
Number Street City State Zip Code

When was the debt incurred?    **10/29/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.2 97 | **Jason Lieberman** | | Last 4 digits of account number _____ | $33,500.00 |

Nonpriority Creditor's Name
**28 Birch Drive**
**Thiells, NY 10984**
Number Street City State Zip Code

When was the debt incurred?    **11/4/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                      Case number (if know)    **18-22552**

---

| 4.2 98 | **Jason Lieberman** | Last 4 digits of account number _____ | $52,800.00 |

Nonpriority Creditor's Name

**28 Birch Drive**
**Thiells, NY 10984**

When was the debt incurred?    **3/26/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.2 99 | **Jeffrey Mortman** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name

**2 Stratton Drive**
**Wayne, NJ 07470**

When was the debt incurred?    **8/14/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 00 | **Jeffrey Mortman** | Last 4 digits of account number _____ | $33,500.00 |

Nonpriority Creditor's Name

**2 Stratton Drive**
**Wayne, NJ 07470**

When was the debt incurred?    **11/18/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.3 01 | **Jeffrey Pinsky** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name

**22 Highfield Ave**
**Port washington, NY 11050**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?    **7/7/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 02 | **Jeffrey Rosenthal** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name

**15 Blair Road**
**Armonk, NY 10504**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?    **8/23/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.3 03 | **Jeffrey T. Butler, P.E. P.C.** | Last 4 digits of account number _____ | **$1,250.00** |

Nonpriority Creditor's Name

**206 Lincoln Street**
**Riverhead, NY 11901**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?    **1/13/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt - 3 Sandpiper Court LLC**

---

Debtor 1   **Michael P. D'Alessio**                                             Case number (if know)   **18-22552**

---

| 4.3 04 | **Jeffrey T. Butler, P.E. P.C.** | Last 4 digits of account number _____ | **$25,170.00** |

Nonpriority Creditor's Name
**206 Lincoln Street**
**Riverhead, NY 11901**

When was the debt incurred?   **1/3/2018**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Trade debt - 41-45 MPR Holding LLC**

---

| 4.3 05 | **Jennifer Chervin** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**1636 Wenonah Trail**
**Mohegan Lake, NY 10547**

When was the debt incurred?   **9/7/2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.3 06 | **Jerry Pinsky** | Last 4 digits of account number _____ | **$200,000.00** |

Nonpriority Creditor's Name
**163 Pondview Drive**
**Port Washington, NY 11050**

When was the debt incurred?   **7/25/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.3 07 | **Jerry Pinsky** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**163 Pondview Drive**
**Port Washington, NY 11050**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$67,000.00**

When was the debt incurred?    **10/29/2014**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.3 08 | **Jet Blue** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 8801**
**Wilmington, DE 19899**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **9467**    **$6,700.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit card purchases and cash advances**

---

| 4.3 09 | **Jilco Window Corp** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O.Box 1  135 Mahopac Ave**
**Granite Springs, NY 10527**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **0606**    **$171,565.79**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Trade debt**

---

Debtor 1    **Michael P. D'Alessio**                                       Case number (*if know*)    **18-22552**

---

| 4.3 10 | **Joanna Blum** | Last 4 digits of account number | | $50,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**5 Sherman Ave**
**White Plains, NY 10605**

When was the debt incurred?    **3/28/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**☐ Check if this claim is for a community**       Type of NONPRIORITY unsecured claim:
**debt**
                                                   ☐ Student loans
**Is the claim subject to offset?**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                               report as priority claims

☐ Yes                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

| 4.3 11 | **John & Catherine Strange Irrevocable** | Last 4 digits of account number | | $100,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Trust**
**10 Cotswold Circle**
**Manalapan, NY 07726**

When was the debt incurred?    **8/23/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**☐ Check if this claim is for a community**       Type of NONPRIORITY unsecured claim:
**debt**
                                                   ☐ Student loans
**Is the claim subject to offset?**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                               report as priority claims

☐ Yes                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.3 12 | **John Bonito** | Last 4 digits of account number | | $50,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**9 Halock Drive**
**Greenwich, CT 06831**

When was the debt incurred?    **7/27/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**☐ Check if this claim is for a community**       Type of NONPRIORITY unsecured claim:
**debt**
                                                   ☐ Student loans
**Is the claim subject to offset?**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                               report as priority claims

                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify    **Guaranty - 163-165 East 62nd Street**
                                                                       **Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.3 13 | **John Cannon** | | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name
**15 Farmington Lane**
**Melville, NY 11747**
Number Street City State Zip Code

When was the debt incurred?    **8/7/2015**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 14 | **John Cannon** | | Last 4 digits of account number | | **$93,000.00** |

Nonpriority Creditor's Name
**15 Farmington Lane**
**Melville, NY 11747**
Number Street City State Zip Code

When was the debt incurred?    **4/30/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.3 15 | **John Ernenwein** | | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name
**51 Osborne Road**
**Garden City, NY 11530**
Number Street City State Zip Code

When was the debt incurred?    **8/10/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.3 16 | | | |
|---|---|---|---|

**John Ernenwein**                          Last 4 digits of account number _____        **$93,000.00**
Nonpriority Creditor's Name
**51 Osborne Road**                          When was the debt incurred?    **5/4/2015**
**Garden City, NY 11530**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify  **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.3 17 | | | |
|---|---|---|---|

**John Ernenwein**                          Last 4 digits of account number _____        **$67,000.00**
Nonpriority Creditor's Name
**51 Osborne Road**                          When was the debt incurred?    **10/30/2014**
**Garden City, NY 11530**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify  **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.3 18 | | | |
|---|---|---|---|

**John Ernenwein**                          Last 4 digits of account number _____        **$105,600.00**
Nonpriority Creditor's Name
**51 Osborne Road**                          When was the debt incurred?    **2/26/2015**
**Garden City, NY 11530**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify  **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

| 4.3 19 | **John Pantanelli** | Last 4 digits of account number _____ | $2,000,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**150 Old Mamaroneck Road**
**White Plains, NY 10605**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?    **2/9/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 145-147 East 62nd Street Holding LLC**

---

| 4.3 20 | **John Pantanelli** | Last 4 digits of account number _____ | $1,200,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**150 Old Mamaroneck Road**
**White Plains, NY 10605**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?    **11/27/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 937 Post Road Holding LLC**

---

| 4.3 21 | **John Quattrochi** | Last 4 digits of account number _____ | $200,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**5629 Passion Flower Way**
**The Villages, FL 32163**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?    **8/21/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                  Case number (if know)    **18-22552**

---

| 4.3 22 | **John Strange** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**48 Haywood Street**
**Staten Island, NY 10307**

When was the debt incurred?    **8/11/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                            ☐ Contingent

☐ Debtor 1 and Debtor 2 only                               ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**                ☐ Student loans

**Is the claim subject to offset?**                        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                      ■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.3 23 | **Joint Venture MBP, LLC** | Last 4 digits of account number _____ | **$528,000.00** |

Nonpriority Creditor's Name
**42 Bayview Ave**
**Attn: Charles Hirsch**
**Manhasset, NY 11030**

When was the debt incurred?    **3/12/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                            ☐ Contingent

☐ Debtor 1 and Debtor 2 only                               ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**                ☐ Student loans

**Is the claim subject to offset?**                        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                      ■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.3 24 | **Jon Hansburg** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**19 Smith Farm Road**
**Bedford, NY 10506**

When was the debt incurred?    **8/12/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                            ☐ Contingent

☐ Debtor 1 and Debtor 2 only                               ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**                ☐ Student loans

**Is the claim subject to offset?**                        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                          **Guaranty - 163-165 East 62nd Street Holding LLC**

☐ Yes                                                      ■ Other. Specify

---

Debtor 1  **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.3 25 | **Joseph Breda** | Last 4 digits of account number _____ | **$300,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**438 5th Avenue**
**Pelham, NY 10803**

Number Street City State Zip Code

**When was the debt incurred?**    **7/20/2016**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 26 | **Joseph Crocco Architect PC** | Last 4 digits of account number _____ | **$5,220.50** |
|---|---|---|---|

Nonpriority Creditor's Name
**4 MacDonald Avenue**
**Suite 5**
**Armonk, NY 10504**

Number Street City State Zip Code

**When was the debt incurred?**    **8/3/2016**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - 3 Sandpiper Court LLC**

---

| 4.3 27 | **Joseph Crocco Architect PC** | Last 4 digits of account number _____ | **$25,003.25** |
|---|---|---|---|

Nonpriority Creditor's Name
**4 MacDonald Avenue**
**Suite 5**
**Armonk, NY 10504**

Number Street City State Zip Code

**When was the debt incurred?**    **10/20/2017**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - 41-45 MPR Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**

Case number (if know)    **18-22552**

---

| 4.3<br>28 | **Joseph Crocco Architect PC** | Last 4 digits of account number ___ | **$30,000.00** |

Nonpriority Creditor's Name

**4 MacDonald Avenue**
**suite 5**
**Armonk, NY 10504**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.3<br>29 | **Joseph Dinoia** | Last 4 digits of account number ___ | **$93,000.00** |

Nonpriority Creditor's Name

**15833 Double Eagle Trail**
**Delray Beach, FL 33446**

When was the debt incurred?    **5/5/2015**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.3<br>30 | **Joseph Dinoia** | Last 4 digits of account number ___ | **$100,000.00** |

Nonpriority Creditor's Name

**15833 Double Eagle Trail**
**Delray Beach, FL 33446**

When was the debt incurred?    **8/4/2015**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                           Case number (if know)    **18-22552**

---

| 4.3<br>31 | **Joseph Raab** | | Last 4 digits of account number | | **$67,000.00** |

Nonpriority Creditor's Name

**18 Oaks Lane**
**Boynton Beach, FL 33436**

When was the debt incurred?    **10/27/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.3<br>32 | **Josh Manson** | | Last 4 digits of account number | | **$150,000.00** |

Nonpriority Creditor's Name

**54 The Oaks**
**Roslyn, NY 11576**

When was the debt incurred?    **8/8/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3<br>33 | **Joshua & Angie Brown** | | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name

**15 Tally Ho Lane**
**Stamford, CT 06905**

When was the debt incurred?    **1/14/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 145-147 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

<table>
<tr><td>4.3<br>34</td><td>

**Joshua & Angie Brown**
Nonpriority Creditor's Name
**15 Tally Ho Lane**
**Stamford, CT 06905**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

</td><td>

**Last 4 digits of account number** _____                        **$50,000.00**

**When was the debt incurred?**   **4/18/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

</td></tr>
</table>

---

<table>
<tr><td>4.3<br>35</td><td>

**Joshua & Angie Brown**
Nonpriority Creditor's Name
**15 Tally Ho Lane**
**Stamford, CT 06905**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

</td><td>

**Last 4 digits of account number** _____                        **$50,000.00**

**When was the debt incurred?**   **6/10/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

</td></tr>
</table>

---

<table>
<tr><td>4.3<br>36</td><td>

**Joshua & Angie Brown**
Nonpriority Creditor's Name
**15 Tally Ho Lane**
**Stamford, CT 06905**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

</td><td>

**Last 4 digits of account number** _____                        **$50,000.00**

**When was the debt incurred?**   **8/19/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

</td></tr>
</table>

---

Debtor 1    **Michael P. D'Alessio**                                        Case number (if know)    **18-22552**

---

| 4.3 37 | | | |
|---|---|---|---|

**Judah Hammer**                                        Last 4 digits of account number _____        **$100,000.00**

Nonpriority Creditor's Name
**301 Eastwood Road**                                   When was the debt incurred?    **8/4/2015**
**Woodmere, NY 11598**

Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐ Disputed

■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community             ☐ Student loans
debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                       ■ Other. Specify    **Guaranty - 163-165 East 62nd Street**
☐ Yes                                                                      **Holding LLC**

---

| 4.3 38 | | | |
|---|---|---|---|

**Judah Hammer**                                        Last 4 digits of account number _____        **$52,800.00**

Nonpriority Creditor's Name
**301 Eastwood Road**                                   When was the debt incurred?    **4/1/2015**
**Woodmere, NY 11598**

Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐ Disputed

■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community             ☐ Student loans
debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.3 39 | | | |
|---|---|---|---|

**Julianne Bonomo**                                     Last 4 digits of account number _____        **$100,000.00**

Nonpriority Creditor's Name
**10 Walter Lane**                                      When was the debt incurred?    **8/6/2015**
**Manhasset, NY 11030**

Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐ Disputed

■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community             ☐ Student loans
debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                       ■ Other. Specify    **Guaranty - 163-165 East 62nd Street**
☐ Yes                                                                      **Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**                                                   Case number (if know)   **18-22552**

| | | |
|---|---|---|
| 4.3<br>40 | **Julianne Bonomo** | Last 4 digits of account number _____     **$93,000.00** |

Nonpriority Creditor's Name

**10 Walter Lane**
**Manhasset, NY 11030**

Number Street City State Zip Code

When was the debt incurred?   **5/4/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

| | | |
|---|---|---|
| 4.3<br>41 | **Karen Greenbaum** | Last 4 digits of account number _____     **$500,000.00** |

Nonpriority Creditor's Name

**29 Flamingo Road North**
**Roslyn, NY 11576**

Number Street City State Zip Code

When was the debt incurred?   **8/21/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

| | | |
|---|---|---|
| 4.3<br>42 | **Karen Greenbaum** | Last 4 digits of account number _____     **$200,000.00** |

Nonpriority Creditor's Name

**29 Flamingo Road North**
**Roslyn, NY 11576**

Number Street City State Zip Code

When was the debt incurred?   **3/28/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - Purchase Capital Partners LLC**

---

Debtor 1  **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.3 43 | **Keith Hummel** | Last 4 digits of account number _____ | $100,000.00 |

Nonpriority Creditor's Name
**10 Carriage Hill Road**
**West Harrison, NY 10604**
Number Street City State Zip Code

When was the debt incurred?    **6/16/2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                        ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Check if this claim is for a community debt**         Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**

---

| 4.3 44 | **Keith Hummel** | Last 4 digits of account number _____ | $100,000.00 |

Nonpriority Creditor's Name
**10 Carriage Hill Road**
**West Harrison, NY 10604**
Number Street City State Zip Code

When was the debt incurred?    **12/16/2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                        ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Check if this claim is for a community debt**         Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify    **Guaranty - 43 Middle Pond Road Holding LLC**

---

| 4.3 45 | **Keith Hummel** | Last 4 digits of account number _____ | $150,000.00 |

Nonpriority Creditor's Name
**10 Carriage Hill Road**
**West Harrison, NY 10604**
Number Street City State Zip Code

When was the debt incurred?    **8/6/2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                        ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Check if this claim is for a community debt**         Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.3 46 | | | |
|---|---|---|---|

**Keith Hummel**                                    Last 4 digits of account number _____                    **$134,000.00**

Nonpriority Creditor's Name
**10 Carriage Hill Road**                            When was the debt incurred?    **6/13/2017**
**West Harrison, NY 10604**

Number Street City State Zip Code
Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
                                                     Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another           ☐ Student loans
**☐ Check if this claim is for a community           ☐ Obligations arising out of a separation agreement or divorce that you did not
debt**                                               report as priority claims
**Is the claim subject to offset?**                  ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                ■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.3 47 | | | |
|---|---|---|---|

**Keith Hummel**                                    Last 4 digits of account number _____                    **$100,000.00**

Nonpriority Creditor's Name
**10 Carriage Hill Road**                            When was the debt incurred?    **8/16/2017**
**West Harrison, NY 10604**

Number Street City State Zip Code
Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
                                                     Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another           ☐ Student loans
**☐ Check if this claim is for a community           ☐ Obligations arising out of a separation agreement or divorce that you did not
debt**                                               report as priority claims
**Is the claim subject to offset?**                  ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                ■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.3 48 | | | |
|---|---|---|---|

**Keith Hummel**                                    Last 4 digits of account number _____                    **$100,000.00**

Nonpriority Creditor's Name
**10 Carriage Hill Road**                            When was the debt incurred?    **3/16/2017**
**West Harrison, NY 10604**

Number Street City State Zip Code
Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
                                                     Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another           ☐ Student loans
**☐ Check if this claim is for a community           ☐ Obligations arising out of a separation agreement or divorce that you did not
debt**                                               report as priority claims
**Is the claim subject to offset?**                  ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                ■ Other. Specify   **Guaranty - Purchase Capital Partners LLC**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number (if know) | **18-22552** |

---

| 4.3 49 | **KMT Group** | | Last 4 digits of account number | | **$100,000.00** |

Nonpriority Creditor's Name

**Attn: Elliot Phillips**
**40 Daniel Street**
**Suite 7 Farmingdale, NY 11735**

When was the debt incurred?    **6/28/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify    **Guaranty - Bluestone 163-165 LLC**

---

| 4.3 50 | **Kuldeepak Acharya** | | Last 4 digits of account number | | **$100,000.00** |

Nonpriority Creditor's Name

**338 Whiteman Street**
**Ft. Lee, NJ 07024**

When was the debt incurred?    **8/21/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.3 51 | **Kurt Voellmicke** | | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name

**20 Belvedere Court**
**Ridgefield, CT 06877**

When was the debt incurred?    **9/9/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.3 52 | **Kurt Voellmicke** | Last 4 digits of account number _____ | $100,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**20 Belvedere Court**
**Ridgefield, CT 06877**
Number Street City State Zip Code

**When was the debt incurred?**   **3/20/2017**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                ☐ Contingent

☐ Debtor 1 and Debtor 2 only                    ☐ Unliquidated

■ At least one of the debtors and another       ☐ Disputed

**☐ Check if this claim is for a community**    **Type of NONPRIORITY unsecured claim:**
**debt**                                        ☐ Student loans

**Is the claim subject to offset?**             ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify   **Guaranty - Purchase Capital Partners LLC**

---

| 4.3 53 | **Lance Kuba** | Last 4 digits of account number _____ | $100,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**50 Sagamore Drive**
**Syosset, NY 11791**
Number Street City State Zip Code

**When was the debt incurred?**   **8/22/2017**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                ☐ Contingent

☐ Debtor 1 and Debtor 2 only                    ☐ Unliquidated

■ At least one of the debtors and another       ☐ Disputed

**☐ Check if this claim is for a community**    **Type of NONPRIORITY unsecured claim:**
**debt**                                        ☐ Student loans

**Is the claim subject to offset?**             ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.3 54 | **Lance Kuba** | Last 4 digits of account number _____ | $100,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**50 Sagamore Drive**
**Syosset, NY 11791**
Number Street City State Zip Code

**When was the debt incurred?**   **3/30/2017**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                ☐ Contingent

☐ Debtor 1 and Debtor 2 only                    ☐ Unliquidated

■ At least one of the debtors and another       ☐ Disputed

**☐ Check if this claim is for a community**    **Type of NONPRIORITY unsecured claim:**
**debt**                                        ☐ Student loans

**Is the claim subject to offset?**             ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify   **Guaranty - Purchase Capital Partners LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.3 55 | **Laurie Waters** | Last 4 digits of account number | | $50,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**25 Carrol Place**
**Greenlawn, NY 11740**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **3/24/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

| 4.3 56 | **Lawrence & Fara Tesser** | Last 4 digits of account number | | $100,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1968 Melthew Ct.**
**Merrick, NY 11566**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **8/15/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 57 | **Lawrence Dolin** | Last 4 digits of account number | | $100,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**11 Sands Court**
**Port Washington, NY 11050**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **10/22/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.3 58 | **Lawrence Dolin** | Last 4 digits of account number | | $93,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**11 Sands Court**
**Port Washington, NY 11050**     When was the debt incurred?    **5/9/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                ☐ Contingent

☐ Debtor 1 and Debtor 2 only                   ☐ Unliquidated

                                               ☐ Disputed
■ At least one of the debtors and another
                                               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**          ☐ Student loans

**Is the claim subject to offset?**            ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.3 59 | **Lawrence Dolin** | Last 4 digits of account number | | $33,500.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**11 Sands Court**
**Port Washington, NY 11050**     When was the debt incurred?    **11/4/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                ☐ Contingent

☐ Debtor 1 and Debtor 2 only                   ☐ Unliquidated

                                               ☐ Disputed
■ At least one of the debtors and another
                                               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**          ☐ Student loans

**Is the claim subject to offset?**            ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.3 60 | **Lawrence Dolin** | Last 4 digits of account number | | $105,600.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**11 Sands Court**
**Port Washington, NY 11050**     When was the debt incurred?    **2/27/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                ☐ Contingent

☐ Debtor 1 and Debtor 2 only                   ☐ Unliquidated

                                               ☐ Disputed
■ At least one of the debtors and another
                                               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**          ☐ Student loans

**Is the claim subject to offset?**            ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                   Case number (if know)   **18-22552**

---

| 4.3 61 | | | |
|---|---|---|---|

**LDSP LLC Attn: Phil Healy**                    Last 4 digits of account number  _____          **$250,000.00**
Nonpriority Creditor's Name
**12 Knoll Crest Drive**                          When was the debt incurred?    **9/15/2017**
**Bedford, NH 03110**
Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
                                                  **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another         ☐ Student loans
**Check if this claim is for a community          ☐ Obligations arising out of a separation agreement or divorce that you did not
debt**                                            report as priority claims
**Is the claim subject to offset?**
                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                             ■ Other. Specify  **Guaranty - 41-45 MPR Holding LLC**

---

| 4.3 62 | | | |
|---|---|---|---|

**Leiberts Royal Green**                         Last 4 digits of account number  **1994**          **$11,570.43**
Nonpriority Creditor's Name
**228 East Post Road**                            When was the debt incurred?    **8/11/2017**
**White Plains, NY 10601**
Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
                                                  **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another         ☐ Student loans
☐ **Check if this claim is for a community        ☐ Obligations arising out of a separation agreement or divorce that you did not
debt**                                            report as priority claims
**Is the claim subject to offset?**
                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                             ■ Other. Specify  **Trade debt**

---

| 4.3 63 | | | |
|---|---|---|---|

**Leonard Shendell**                             Last 4 digits of account number  _____          **$50,000.00**
Nonpriority Creditor's Name
**7 Sunrise Drive**                               When was the debt incurred?    **6/22/2016**
**Armond, NY 10504**
Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
                                                  **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another         ☐ Student loans
☐ **Check if this claim is for a community        ☐ Obligations arising out of a separation agreement or divorce that you did not
debt**                                            report as priority claims
**Is the claim subject to offset?**
                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                             ■ Other. Specify  **Guaranty - 3 Sandpiper Court Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.3 64 | **Lillian Fazio** | Last 4 digits of account number | | $50,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**8716 Crystal Rock Lane**
**Laurel, MD 20708**

When was the debt incurred?   **12/6/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 43 Middle Pond Road Holding LLC**

---

| 4.3 65 | **Lillian Fazio** | Last 4 digits of account number | | $50,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**8716 Crystal Rock Lane**
**Laurel, MD 20708**

When was the debt incurred?   **8/4/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 66 | **Lillian Fazio** | Last 4 digits of account number | | $67,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**8716 Crystal Rock Lane**
**Laurel, MD 20708**

When was the debt incurred?   **11/5/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                     Case number (if know)    **18-22552**

---

| 4.3 67 | **Lippolis Electric Inc** | | | Last 4 digits of account number | _____ | **$77,448.00** |

Nonpriority Creditor's Name

**25 Seventh Street**
**Pelham, NY 10803**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **8/3/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.3 68 | **Lippolis Electric Inc** | | | Last 4 digits of account number | _____ | **$74,400.00** |

Nonpriority Creditor's Name

**25 Seventh Street**
**Pelham, NY 10803**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **8/24/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.3 69 | **Lippolis Electric Inc** | | | Last 4 digits of account number | _____ | **$15,058.00** |

Nonpriority Creditor's Name

**25 Seventh Street**
**Pelham, NY 10803**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **10/20/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

Debtor 1    **Michael P. D'Alessio**                               Case number (if know)    **18-22552**

---

| 4.3 70 | **Lippolis Electric Inc** | Last 4 digits of account number _____ | **$8,637.00** |

Nonpriority Creditor's Name
**25 Seventh Street**
**Pelham, NY 10803**

When was the debt incurred?    **10/20/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.3 71 | **Lippolis Electric Inc** | Last 4 digits of account number _____ | **$1,950.00** |

Nonpriority Creditor's Name
**25 Seventh Street**
**Pelham, NY 10803**

When was the debt incurred?    **4/3/2018**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.3 72 | **Lisa West** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**33 Gateway Drive**
**Great Neck, NY 11021**

When was the debt incurred?    **10/23/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.3 73 | **Lisa West** | | Last 4 digits of account number | | | **$279,000.00** |

Nonpriority Creditor's Name
**33 Gateway Drive**
**Great Neck, NY 11021**
Number Street City State ZIp Code

When was the debt incurred?    **4/30/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

☐ Contingent
☐ Unliquidated
☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.3 74 | **Lisa West** | | Last 4 digits of account number | | | **$134,000.00** |

Nonpriority Creditor's Name
**33 Gateway Drive**
**Great Neck, NY 11021**
Number Street City State ZIp Code

When was the debt incurred?    **10/30/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

☐ Contingent
☐ Unliquidated
☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.3 75 | **Lisa West** | | Last 4 digits of account number | | | **$105,600.00** |

Nonpriority Creditor's Name
**33 Gateway Drive**
**Great Neck, NY 11021**
Number Street City State ZIp Code

When was the debt incurred?    **4/1/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

☐ Contingent
☐ Unliquidated
☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Michael P. D'Alessio**                                        Case number (if know)    **18-22552**

---

| 4.3 76 | **Luis Flores** | | Last 4 digits of account number | | | | $200,000.00 |

Nonpriority Creditor's Name

**11594 N.Quandry Drive**
**Tucson, AZ 85737**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?    **4/29/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 77 | **Luise Barrack** | | Last 4 digits of account number | | | | $50,000.00 |

Nonpriority Creditor's Name

**47 Beechwood Road**
**Irvington, NY 10533**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?    **11/4/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 78 | **Luise Barrack** | | Last 4 digits of account number | | | | $200,000.00 |

Nonpriority Creditor's Name

**47 Beechwood Road**
**Irvington, NY 10533**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?    **8/14/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                       Case number (if know)    **18-22552**

---

| 4.3 79 | **Macquesten Construction** | Last 4 digits of account number | | **$500,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Management CB Pension Plan**
**91 Lakeshore Dr.**
**Eastchester, NY 10709**
Number Street City State Zip Code

When was the debt incurred?    **11/16/2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                      ☐ Contingent

☐ Debtor 1 and Debtor 2 only                         ☐ Unliquidated

■ At least one of the debtors and another            ☐ Disputed

☐ **Check if this claim is for a community            Type of NONPRIORITY unsecured claim:
debt**                                               ☐ Student loans

**Is the claim subject to offset?**                  ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                     report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify    **Guaranty - 145-147 East 62nd Street
                                                                          Holding LLC**

---

| 4.3 80 | **MAF Realty Ventures LLC** | Last 4 digits of account number | | **$500,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**8 Engineers Road**
**Roslyn Harbor, NY 11576**
Number Street City State Zip Code

When was the debt incurred?    **12/19/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                      ☐ Contingent

☐ Debtor 1 and Debtor 2 only                         ☐ Unliquidated

■ At least one of the debtors and another            ☐ Disputed

☐ **Check if this claim is for a community            Type of NONPRIORITY unsecured claim:
debt**                                               ☐ Student loans

**Is the claim subject to offset?**                  ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                     report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify    **Guaranty - 163-165 East 62nd Street
                                                                          Holding LLC**

---

| 4.3 81 | **Marc Engel** | Last 4 digits of account number | | **$67,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**37 Innes Road**
**Tenafly, NJ 07670**
Number Street City State Zip Code

When was the debt incurred?    **11/5/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                      ☐ Contingent

☐ Debtor 1 and Debtor 2 only                         ☐ Unliquidated

■ At least one of the debtors and another            ☐ Disputed

☐ **Check if this claim is for a community            Type of NONPRIORITY unsecured claim:
debt**                                               ☐ Student loans

**Is the claim subject to offset?**                  ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                     report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.3 82 | **Marc Engel** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name

**37 Innes Road**
**Tenafly, NJ 07670**

When was the debt incurred?   **10/1/2016**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 3 Sandpiper Court Holding LLC**

---

| 4.3 83 | **Marc Engel** | Last 4 digits of account number _____ | **$52,800.00** |

Nonpriority Creditor's Name

**37 Innes Road**
**Tenafly, NJ 07670**

When was the debt incurred?   **3/16/2015**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.3 84 | **Marc Strange** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name

**48 Haywood Street**
**Staten Island, NY 10307**

When was the debt incurred?   **8/11/2017**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor 1    **Michael P. D'Alessio**                                                           Case number (*if know*)    **18-22552**

---

| 4.3 85 | **Maria Pedersen** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**12 Byram Meadows**
**Chappaqua, NY 10514**
Number Street City State Zip Code

When was the debt incurred?    **5/8/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 86 | **Marianne Tesler** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**17 West 67th Street Apt 9F**
**New York, NY 10023**
Number Street City State Zip Code

When was the debt incurred?    **9/12/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.3 87 | **Marianne Tesler** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**17 West 67th Street Apt 9F**
**New York, NY 10023**
Number Street City State Zip Code

When was the debt incurred?    **3/14/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

Debtor 1    **Michael P. D'Alessio**                                      Case number (if know)    **18-22552**

---

| 4.3 88 | **Marilyn Shendell** | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name
**7 Sunrise Drive**
**Armonk, NY 10504**
Number Street City State Zip Code

**When was the debt incurred?**    **11/11/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 145-147 East 62nd Street Holding LLC**

---

| 4.3 89 | **Marilyn Shendell** | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name
**7 Sunrise Drive**
**Armonk, NY 10504**
Number Street City State Zip Code

**When was the debt incurred?**    **6/27/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 90 | **Marilyn Shendell** | Last 4 digits of account number | | $67,000.00 |

Nonpriority Creditor's Name
**7 Sunrise Drive**
**Armonk, NY 10504**
Number Street City State Zip Code

**When was the debt incurred?**    **10/24/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                            Case number (if know)    **18-22552**

---

| 4.3 91 | **Marilyn Shendell** | Last 4 digits of account number _____ | $52,800.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**7 Sunrise Drive**
**Armonk, NY 10504**
Number Street City State Zip Code

When was the debt incurred?    **2/23/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.3 92 | **Marilyn Yukelson** | Last 4 digits of account number _____ | $93,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**12 Angler Lane**
**Port Washington, NY 11050**
Number Street City State Zip Code

When was the debt incurred?    **5/2/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.3 93 | **Marina District Dev. Co. BHCS** | Last 4 digits of account number    **Michael D'Alessio** | $590,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Casino Depository Acct (Borgata Casino)**
**One Borgata Way**
**Atlantic City, NJ 08401**
Number Street City State Zip Code

When was the debt incurred?    _____

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Line of credit**

---

Debtor 1   **Michael P. D'Alessio**                                       Case number *(if know)*   **18-22552**

---

| 4.3 94 | **Mark Engel** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name

**1 Forest Drive**
**Sands Point, NY 11050**

When was the debt incurred?    **11/28/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 43 Middle Pond Road Holding LLC**

---

| 4.3 95 | **Mark Engel** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name

**1 Forest Drive**
**Sands Point, NY 11050**

When was the debt incurred?    **6/22/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 3 Sandpiper Court Holding LLC**

---

| 4.3 96 | **Mark Engel** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name

**1 Forest Drive**
**Sands Point, NY 11050**

When was the debt incurred?    **7/12/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.3 97 | **Mark Engel** | Last 4 digits of account number _____ | **$279,000.00** |

Nonpriority Creditor's Name
**1 Forest Drive**
**Sands Point, NY 11050**
Number Street City State Zip Code

When was the debt incurred?    **4/30/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.3 98 | **Mark Engel** | Last 4 digits of account number _____ | **$268,000.00** |

Nonpriority Creditor's Name
**1 Forest Drive**
**Sands Point, NY 11050**
Number Street City State Zip Code

When was the debt incurred?    **10/30/2014**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.3 99 | **Mark Engel** | Last 4 digits of account number _____ | **$105,600.00** |

Nonpriority Creditor's Name
**1 Forest Drive**
**Sands Point, NY 11050**
Number Street City State Zip Code

When was the debt incurred?    **2/27/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                              Case number (if know)    **18-22552**

---

**4.4 00**

| | |
|---|---|
| **Mary Middelton** | Last 4 digits of account number _____ **$50,000.00** |
| Nonpriority Creditor's Name | |
| **3930 Grand Ave #308** | **When was the debt incurred?** **12/16/2015** |
| **Des Moines, IA 50312** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only                                          ☐ Contingent

☐ Debtor 1 and Debtor 2 only                             ☐ Unliquidated

                                                          ☐ Disputed
■ At least one of the debtors and another
                                                         **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community
debt**                                                   ☐ Student loans

Is the claim subject to offset?                          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                         report as priority claims
■ No
                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                         ■ Other. Specify    **Guaranty - 163-165 East 62nd Street
                                                                              Holding LLC**

---

**4.4 01**

| | |
|---|---|
| **Masters Exterminating & Pest Control Inc** | Last 4 digits of account number _____ **$272.18** |
| Nonpriority Creditor's Name | |
| **10 Mineola Avenue** | **When was the debt incurred?** **1/29/2018** |
| **Roslyn Hghts, NY 11577** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only                                          ☐ Contingent

☐ Debtor 1 and Debtor 2 only                             ☐ Unliquidated

                                                          ☐ Disputed
■ At least one of the debtors and another
                                                         **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community
debt**                                                   ☐ Student loans

Is the claim subject to offset?                          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                         report as priority claims
■ No
                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                         ■ Other. Specify    **Guaranty - 163-165 East 62nd Street
                                                                              Associates LLC**

---

**4.4 02**

| | |
|---|---|
| **Matthew Engel** | Last 4 digits of account number _____ **$50,000.00** |
| Nonpriority Creditor's Name | |
| **19 Soundview Lane** | **When was the debt incurred?** **11/28/2016** |
| **Sands Point, NY 11050** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only                                          ☐ Contingent

☐ Debtor 1 and Debtor 2 only                             ☐ Unliquidated

                                                          ☐ Disputed
■ At least one of the debtors and another
                                                         **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community
debt**                                                   ☐ Student loans

Is the claim subject to offset?                          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                         report as priority claims
■ No
                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                         ■ Other. Specify    **Guaranty - 43 Middle Pond Road Holding
                                                                              LLC**

---

Debtor 1    **Michael P. D'Alessio**                                                   Case number (if know)    **18-22552**

---

| 4.4 03 | | | |
|---|---|---|---|

**Matthew Engel**                          Last 4 digits of account number _____    $50,000.00
Nonpriority Creditor's Name
**19 Soundview Lane**                       When was the debt incurred?    **6/22/2016**
**Sands Point, NY 11050**
Number Street City State Zip Code           As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                             ☐ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                ☐ Disputed
                                            Type of NONPRIORITY unsecured claim:
☑ At least one of the debtors and another   ☐ Student loans
☐ **Check if this claim is for a community**  ☐ Obligations arising out of a separation agreement or divorce that you did not
**debt**                                    report as priority claims
**Is the claim subject to offset?**          ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ No
☐ Yes                                       ☑ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**

---

| 4.4 04 | | | |
|---|---|---|---|

**Matthew Engel**                          Last 4 digits of account number _____    $50,000.00
Nonpriority Creditor's Name
**19 Soundview Lane**                       When was the debt incurred?    **7/12/2016**
**Sands Point, NY 11050**
Number Street City State Zip Code           As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                             ☐ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                ☐ Disputed
                                            Type of NONPRIORITY unsecured claim:
☑ At least one of the debtors and another   ☐ Student loans
☐ **Check if this claim is for a community**  ☐ Obligations arising out of a separation agreement or divorce that you did not
**debt**                                    report as priority claims
**Is the claim subject to offset?**          ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ No
                                            ☑ Other. Specify    **Guaranty - 163-165 East 62nd Street**
☐ Yes                                       **Holding LLC**

---

| 4.4 05 | | | |
|---|---|---|---|

**Matthew Engel**                          Last 4 digits of account number _____    $93,000.00
Nonpriority Creditor's Name
**19 Soundview Lane**                       When was the debt incurred?    **5/8/2015**
**Sands Point, NY 11050**
Number Street City State Zip Code           As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                             ☐ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                ☐ Disputed
                                            Type of NONPRIORITY unsecured claim:
☑ At least one of the debtors and another   ☐ Student loans
☐ **Check if this claim is for a community**  ☐ Obligations arising out of a separation agreement or divorce that you did not
**debt**                                    report as priority claims
**Is the claim subject to offset?**          ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ No
                                            ☑ Other. Specify    **Guaranty - 184 East 64th Street Holding**
☐ Yes                                       **LLC**

---

Debtor 1   **Michael P. D'Alessio**                                        Case number (if know)    **18-22552**

---

| 4.4 06 | **Matthew Engel** | Last 4 digits of account number _____ | $134,000.00 |

Nonpriority Creditor's Name
**19 Soundview Lane**
**Sands Point, NY 11050**
Number Street City State Zip Code

When was the debt incurred?    **10/31/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.4 07 | **Matthew Engel** | Last 4 digits of account number _____ | $105,600.00 |

Nonpriority Creditor's Name
**19 Soundview Lane**
**Sands Point, NY 11050**
Number Street City State Zip Code

When was the debt incurred?    **2/27/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.4 08 | **Matthew Levy** | Last 4 digits of account number _____ | $33,500.00 |

Nonpriority Creditor's Name
**145 4th Avenue**
**Apt 5C New York, NY 10003**
Number Street City State Zip Code

When was the debt incurred?    **10/30/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4 09 | **Mautner-Glick Corp Profit Sharing Plan** | Last 4 digits of account number | | **$279,000.00** |

Nonpriority Creditor's Name
**c/o David Parks**
**1345 Third Avenue**
**New York, NY 10021**

When was the debt incurred?    **5/6/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.4 10 | **Mautner-Glick Corp Profit Sharing Plan** | Last 4 digits of account number | | **$469,000.00** |

Nonpriority Creditor's Name
**c/o David Parks**
**1345 Third Avenue**
**New York, NY 10021**

When was the debt incurred?    **10/28/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.4 11 | **Maxim Capital Group** | Last 4 digits of account number    **113** | | **$300,000.00** |

Nonpriority Creditor's Name
**660 Madison Avenue Suite 1700**
**New York, NY 10065**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 43 Middle Pond Road Associates LLC**

---

Debtor 1    **Michael P. D'Alessio**    Case number (if know)    **18-22552**

---

| 4.4 12 | **Meir Milgraum** | Last 4 digits of account number | | | $105,600.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**808 Columbus Ave Apt 9L**
**New York, NY 10025**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **3/19/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.4 13 | **Melvin & Karen Adler** | Last 4 digits of account number | | | $50,000.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**One Christie Place Apt 302W**
**Scarsdale, NY 10583**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **11/15/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 145-147 East 62nd Street Holding LLC**

---

| 4.4 14 | **Mercedes Benz Financial Svc** | Last 4 digits of account number | | | $32,042.52 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 5209**
**Carol Stream, IL 60197**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **3/27/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Auto Lease - Michael Paul Enterprises, LLC**

---

Debtor 1   **Michael P. D'Alessio**                                                 Case number (if know)   **18-22552**

---

| 4.4 15 | | | |
|---|---|---|---|

**Mercedes Benz Financial Svc**

**Last 4 digits of account number** _____          **$16,772.00**

Nonpriority Creditor's Name

**PO Box 5209**
**Carol Stream, IL 60197**          **When was the debt incurred?**   **7/31/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.          **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

☐ Debtor 1 and Debtor 2 only          ☐ Unliquidated

                                        ☐ Disputed
■ At least one of the debtors and another

**☐ Check if this claim is for a community**          **Type of NONPRIORITY unsecured claim:**
**debt**                                                ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                              report as priority claims
■ No
                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                              ■ Other. Specify   **Auto Lease - Michael Paul Enterprises, LLC**

---

| 4.4 16 | | | |
|---|---|---|---|

**Michael & Virginia Salvemini**

**Last 4 digits of account number** _____          **$50,000.00**

Nonpriority Creditor's Name

**51 Stoney Drive**
**Palm Beach Gardens, FL 33410**          **When was the debt incurred?**   **12/19/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.          **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

☐ Debtor 1 and Debtor 2 only          ☐ Unliquidated

                                        ☐ Disputed
■ At least one of the debtors and another

**☐ Check if this claim is for a community**          **Type of NONPRIORITY unsecured claim:**
**debt**                                                ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                              report as priority claims
■ No
                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                              ■ Other. Specify   **Guaranty - 163-165 East 62nd Street**
                                                                  **Holding LLC**

---

| 4.4 17 | | | |
|---|---|---|---|

**Michael Burden**

**Last 4 digits of account number** _____          **$150,000.00**

Nonpriority Creditor's Name

**45 Stonewall Circle**
**W. Harrison, NY 10604**          **When was the debt incurred?**   **7/31/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.          **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

☐ Debtor 1 and Debtor 2 only          ☐ Unliquidated

                                        ☐ Disputed
■ At least one of the debtors and another

**☐ Check if this claim is for a community**          **Type of NONPRIORITY unsecured claim:**
**debt**                                                ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                              report as priority claims
■ No
                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                              ■ Other. Specify   **Guaranty - 163-165 East 62nd Street**
                                                                  **Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                     Case number (if know)    **18-22552**

---

| 4.4 18 | **Michael Burden** | | Last 4 digits of account number | | $100,000.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**45 Stonewall Circle**
**W. Harrison, NY 10604**

When was the debt incurred?    **3/16/2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

| 4.4 19 | **Michael Callari** | | Last 4 digits of account number | | $100,000.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**138 Old Lyme Road**
**Purchase, NY 10577**

When was the debt incurred?    **12/1/2016**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 43 Middle Pond Road Holding LLC**

---

| 4.4 20 | **Michael Callari** | | Last 4 digits of account number | | $105,600.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**138 Old Lyme Road**
**Purchase, NY 10577**

When was the debt incurred?    **3/12/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.4 21 | **Michael Cirenza** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**20 East Drive**
**Garden City, NY 11530**
Number Street City State Zip Code

**When was the debt incurred?**    **8/23/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.4 22 | **Michael Eigner** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**3674 Toulouse Drive**
**Palm Beach Gardens, FL 33410**
Number Street City State Zip Code

**When was the debt incurred?**    **7/15/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 23 | **Michael Finamore** | Last 4 digits of account number _____ | **$500,000.00** |

Nonpriority Creditor's Name
**8 Engineers Road**
**Roslyn Harbor, NY 11576**
Number Street City State Zip Code

**When was the debt incurred?**    **4/30/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - Bluestone Capital Partners LLC**

---

Debtor 1    **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.4 24 | | |
|---|---|---|

**Michael Kesselman**                    Last 4 digits of account number _____          **$100,000.00**

Nonpriority Creditor's Name
**317 Chestnut Street**                  When was the debt incurred?    **8/11/2015**
**W. Hempstead, NY 11552**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                         ■ Other. Specify   **Guaranty - 163-165 East 62nd Street**
☐ Yes                                                       **Holding LLC**

---

| 4.4 25 | | |
|---|---|---|

**Michael Kesselman**                    Last 4 digits of account number _____          **$93,000.00**

Nonpriority Creditor's Name
**317 Chestnut Street**                  When was the debt incurred?    **5/5/2015**
**W. Hempstead, NY 11552**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                         ■ Other. Specify   **Guaranty - 184 East 64th Street Holding**
☐ Yes                                                       **LLC**

---

| 4.4 26 | | |
|---|---|---|

**Michael Kesselman**                    Last 4 digits of account number _____          **$52,800.00**

Nonpriority Creditor's Name
**317 Chestnut Street**                  When was the debt incurred?    **3/18/2015**
**W. Hempstead, NY 11552**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                         ■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**
☐ Yes

---

Debtor 1    **Michael P. D'Alessio**                                          Case number (*if know*)    **18-22552**

---

| 4.4 27 | | | |
|---|---|---|---|

**Michael Klarman**                                          Last 4 digits of account number _____              **$33,500.00**

Nonpriority Creditor's Name

**16 Woodvalley Lane**                                       When was the debt incurred?    **10/28/2014**
**Port Washington, NY 11050**

Number Street City State Zip Code                           As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                             ☐ Contingent

☐ Debtor 2 only                                             ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                                ☐ Disputed

■ At least one of the debtors and another                   Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**                ☐ Student loans
**debt**
                                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                             report as priority claims

■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                       ■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.4 28 | | | |
|---|---|---|---|

**Michael Rothschild**                                      Last 4 digits of account number _____              **$93,000.00**

Nonpriority Creditor's Name

**c/o AJ Clarke Real Estate  1881**                         When was the debt incurred?    **5/7/2015**
**Broadway**
**New York, NY 10023**

Number Street City State Zip Code                           As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                             ☐ Contingent

☐ Debtor 2 only                                             ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                                ☐ Disputed

■ At least one of the debtors and another                   Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**                ☐ Student loans
**debt**
                                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                             report as priority claims

■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                       ■ Other. Specify    **Guaranty - 184 East 64th Street Holding
LLC**

---

| 4.4 29 | | | |
|---|---|---|---|

**Michael Shenker**                                         Last 4 digits of account number _____              **$50,000.00**

Nonpriority Creditor's Name

**113 Harrison Road**                                        When was the debt incurred?    **8/4/2015**
**Wayne, NJ 07470**

Number Street City State Zip Code                           As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                             ☐ Contingent

☐ Debtor 2 only                                             ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                                ☐ Disputed

■ At least one of the debtors and another                   Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**                ☐ Student loans
**debt**
                                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                             report as priority claims

■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                       ■ Other. Specify    **Guaranty - 163-165 East 62nd Street
Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                        Case number (if know)    **18-22552**

---

| 4.4 30 | **Michael Strauss** | Last 4 digits of account number _____ | **$67,000.00** |

Nonpriority Creditor's Name
**205 Third Ave #14B**
**New York, NY 10003**

When was the debt incurred?   **10/31/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.4 31 | **Michael Wurf** | Last 4 digits of account number _____ | **$33,500.00** |

Nonpriority Creditor's Name
**661 Ellen Place**
**Oradell, NJ 07649**

When was the debt incurred?   **10/30/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.4 32 | **Michael Wurf** | Last 4 digits of account number _____ | **$52,800.00** |

Nonpriority Creditor's Name
**661 Ellen Place**
**Oradell, NJ 07649**

When was the debt incurred?   **3/26/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4 33 | **Michele DeFranco** | | |
|---|---|---|---|

Nonpriority Creditor's Name                                                                                          **$50,000.00**

**27 Valley Terrace**
**Rye Brook, NY 10573**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **8/11/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 34 | **Monica Spier as Trustee of the Monica** | | |
|---|---|---|---|

Nonpriority Creditor's Name                                                                                          **$50,000.00**

**Spier Revocable Trust U/A**
**7-29-2014**
**120 Bennett Ave**
**Apt 4L New York, NY 10033**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **8/15/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 35 | **Monica Spier as Trustee of the Monica** | | |
|---|---|---|---|

Nonpriority Creditor's Name                                                                                          **$67,000.00**

**Spier Revocable Trust U/A**
**7-29-2014**
**120 Bennett Ave**
**Apt 4L New York, NY 10033**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **10/31/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number (if know)   **18-22552**

---

| 4.4 | **Mr. John Inc** | Last 4 digits of account number | **8536** | **$643.74** |
| 36 |  |  |  |  |

Nonpriority Creditor's Name

**P.O. Box 130**                       When was the debt incurred?   **1/3/2018**
**Keansbey, NJ 08832**

Number Street City State Zip Code         As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                           ☐ Contingent
☐ Debtor 2 only                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ☐ Disputed

■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
                                           ☐ Student loans
☐ **Check if this claim is for a community**
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                      ■ Other. Specify   **Trade debt**

---

| 4.4 | **Nadia Nedelcheva** | Last 4 digits of account number | | **$50,000.00** |
| 37 |  |  |  |  |

Nonpriority Creditor's Name

**835 Woodbine Ave**                     When was the debt incurred?   **2/24/2016**
**Mamaroneck, NY 10543**

Number Street City State Zip Code         As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                           ☐ Contingent
☐ Debtor 2 only                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ☐ Disputed

■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
                                           ☐ Student loans
☐ **Check if this claim is for a community**
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                      ■ Other. Specify   **Guaranty - 163-165 East 62nd Street**
                                                               **Holding LLC**

---

| 4.4 | **Nathan & Pearl Halegua** | Last 4 digits of account number | | **$100,000.00** |
| 38 |  |  |  |  |

Nonpriority Creditor's Name

**c/o Jonis Realty  6 Grace Ave**         When was the debt incurred?   **6/22/2016**
**4th Floor Great Neck, NY 11021**

Number Street City State Zip Code         As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                           ☐ Contingent
☐ Debtor 2 only                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ☐ Disputed

■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
                                           ☐ Student loans
☐ **Check if this claim is for a community**
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                      ■ Other. Specify   **Guaranty - 163-165 East 62nd Street**
                                                               **Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4 39 | **Nathan & Pearl Halegua** | Last 4 digits of account number _____ | **$93,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Jonis Realty  6 Grace Ave**
**4th Floor Great Neck, NY 11021**
Number Street City State Zip Code

When was the debt incurred?    **5/4/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

■ At least one of the debtors and another          ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.4 40 | **Neil Greenberg** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**7 Meadow Wood Court**
**Huntington, NY 11743**
Number Street City State Zip Code

When was the debt incurred?    **11/18/2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

■ At least one of the debtors and another          ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 145-147 East 62nd Street Holding LLC**

---

| 4.4 41 | **Neil Levy** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**36 Woodmont Road**
**Melville, NY 11747**
Number Street City State Zip Code

When was the debt incurred?    **8/12/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

■ At least one of the debtors and another          ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                        Case number (if know)    **18-22552**

---

| 4.4 42 | | | |
|---|---|---|---|

**Neil Levy**                                                    Last 4 digits of account number _____        **$67,000.00**

Nonpriority Creditor's Name
**36 Woodmont Road**                                    When was the debt incurred?    **10/30/2014**
**Melville, NY 11747**

Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                              ☐ Disputed
■ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**             ☐ Student loans
**debt**                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims
■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.4 43 | | | |
|---|---|---|---|

**Neil Ptashnik**                                            Last 4 digits of account number _____        **$100,000.00**

Nonpriority Creditor's Name
**40 Forest Lake Drive**                                When was the debt incurred?    **5/3/2017**
**West Harrison, NY 10604**

Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                              ☐ Disputed
■ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**             ☐ Student loans
**debt**                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims
■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**

---

| 4.4 44 | | | |
|---|---|---|---|

**Neil Ptashnik**                                            Last 4 digits of account number _____        **$150,000.00**

Nonpriority Creditor's Name
**40 Forest Lake Drive**                                When was the debt incurred?    **7/29/2015**
**West Harrison, NY 10604**

Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                              ☐ Disputed
■ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**             ☐ Student loans
**debt**                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims
■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                          **Guaranty - 163-165 East 62nd Street**
☐ Yes                                                    ■ Other. Specify    **Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                        Case number (if know)    **18-22552**

---

| 4.4 45 | **Neil Ptashnik** | Last 4 digits of account number | $100,000.00 |

Nonpriority Creditor's Name
**40 Forest Lake Drive**
**West Harrison, NY 10604**
Number Street City State Zip Code

**When was the debt incurred?**    **7/5/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - Bluestone 163-165 LLC**

---

| 4.4 46 | **Neil Ptashnik** | Last 4 digits of account number | $100,000.00 |

Nonpriority Creditor's Name
**40 Forest Lake Drive**
**West Harrison, NY 10604**
Number Street City State Zip Code

**When was the debt incurred?**    **3/9/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

| 4.4 47 | **Nellie Giblaint** | Last 4 digits of account number | $50,000.00 |

Nonpriority Creditor's Name
**10045 Waterford Way**
**Mobile, AL 36695**
Number Street City State Zip Code

**When was the debt incurred?**    **3/23/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                                                Case number (if know)    **18-22552**

---

| 4.4 48 | **New Plumbing & Heating Corp** | | $40,525.00 |

Nonpriority Creditor's Name
**1536 Stillwell Avenue**
**Bronx, NY 10461**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **12/16/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.4 49 | **New Plumbing & Heating Corp** | | $61,250.00 |

Nonpriority Creditor's Name
**1536 Stillwell Avenue**
**Bronx, NY 10461**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **12/16/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.4 50 | **New Plumbing & Heating Corp** | | $22,500.00 |

Nonpriority Creditor's Name
**1536 Stillwell Avenue**
**Bronx, NY 10461**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **8/9/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

Debtor 1   **Michael P. D'Alessio**

Case number *(if know)*    **18-22552**

---

| 4.4 51 | **NFR/SO** | Last 4 digits of account number _____ | **$4,750.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1560 Willow Drive East**
**Marion, NY 11939**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred?    **11/22/2017**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt - 41-45 MPR**

---

| 4.4 52 | **Nicholas Guerriero** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**7 Baltusrol Drive**
**Purchase, NY 10577**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred?    **1/19/2017**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 43 Middle Pond Road Holding LLC**

---

| 4.4 53 | **Nicholas Guerriero** | Last 4 digits of account number _____ | **$100,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**7 Baltusrol Drive**
**Purchase, NY 10577**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred?    **10/1/2016**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                                    Case number (if know)    **18-22552**

---

| 4.4<br>54 | **P&R Family LLC** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name

**P.O. Box 549**
**Attn: Rochelle Kesselman**
**West Hempstead, NY 11552**

When was the debt incurred?    **8/11/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans

Is the claim subject to offset?

- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- [x] No

- [ ] Debts to pension or profit-sharing plans, and other similar debts

- [ ] Yes

- [x] Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4<br>55 | **P&R Family LLC** | Last 4 digits of account number _____ | **$52,800.00** |

Nonpriority Creditor's Name

**P.O. Box 549**
**Attn: Rochelle Kesselman**
**West Hempstead, NY 11552**

When was the debt incurred?    **3/5/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans

Is the claim subject to offset?

- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- [x] No

- [ ] Debts to pension or profit-sharing plans, and other similar debts

- [ ] Yes

- [x] Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.4<br>56 | **P.S. Electrical Contracting Corp** | Last 4 digits of account number _____ | **$13,630.00** |

Nonpriority Creditor's Name

**628 Waverly Avenue**
**Mamaroneck, NY 10543**

When was the debt incurred?    **11/22/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans

Is the claim subject to offset?

- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- [x] No

- [ ] Debts to pension or profit-sharing plans, and other similar debts

- [ ] Yes

- [x] Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.4 57 | **Paul Bunt** | Last 4 digits of account number | $50,000.00 |

Nonpriority Creditor's Name
**21150 NE 38th Ave**
**Apt #2901 Aventura, FL 33180**
Number Street City State Zip Code

**When was the debt incurred?**   **12/11/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 58 | **PCJ Investments LLC** | Last 4 digits of account number | $100,000.00 |

Nonpriority Creditor's Name
**Attn: Greg Blatt**
**26 Flower House Drive**
**Fairfield, CT 06824**
Number Street City State Zip Code

**When was the debt incurred?**   **5/1/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 59 | **PCJ Investments LLC** | Last 4 digits of account number | $52,800.00 |

Nonpriority Creditor's Name
**Attn: Greg Blatt**
**26 Flower House Drive**
**Fairfield, CT 06824**
Number Street City State Zip Code

**When was the debt incurred?**   **3/18/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4 60 | **Pearl Halegua Family Trust** | Last 4 digits of account number _____ | **$52,800.00** |

Nonpriority Creditor's Name

**FBO Aaron Halegua**
**c/o Jonis Realty**
**6 Grace Ave, 4th Floor**
**Great Neck, NY 11021**

When was the debt incurred?    **3/3/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.4 61 | **Pearl Halegua Family Trust** | Last 4 digits of account number _____ | **$52,800.00** |

Nonpriority Creditor's Name

**FBO Joshua Halegua**
**c/o Jonis Realty**
**6 Grace Ave, 4th Floor**
**Great Neck, NY 11021**

When was the debt incurred?    **3/3/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.4 62 | **Pensco Trust Company FBO Howard Rosen** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name

**P.O. Box 173859**
**Denver, CO 80217**

When was the debt incurred?    **8/11/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4<br>63 | **Pensco Trust Company FBO**<br>**Howard Rosen** | Last 4 digits of account number _____ | **$93,000.00** |

Nonpriority Creditor's Name

**P.O. Box 173859**
**Denver, CO 80217**

Number Street City State Zip Code

When was the debt incurred?    **5/11/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.4<br>64 | **Pensco Trust Company FBO James**<br>**Wacht** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name

**C/O James Wacht**
**600 Madison Ave**
**New York, NY 10022**

Number Street City State Zip Code

When was the debt incurred?    **8/6/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4<br>65 | **Peter Dreyfuss** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name

**440 East 79th Street**
**Apt 12B New York, NY 10075**

Number Street City State Zip Code

When was the debt incurred?    **8/7/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **Michael P. D'Alessio**                                  Case number (if know)    **18-22552**

---

| 4.4 66 | **Peter Dreyfuss** | Last 4 digits of account number _____ | $52,800.00 |

Nonpriority Creditor's Name
**440 East 79th Street**
**Apt 12B New York, NY 10075**
Number Street City State Zip Code

When was the debt incurred?    **3/3/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.4 67 | **Peter Rosenthal** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name
**23 Percheron Lane**
**Roslyn Heights, NY 11577**
Number Street City State Zip Code

When was the debt incurred?    **10/5/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 68 | **Peter Rosenthal** | Last 4 digits of account number _____ | $52,800.00 |

Nonpriority Creditor's Name
**23 Percheron Lane**
**Roslyn Heights, NY 11577**
Number Street City State Zip Code

When was the debt incurred?    **3/9/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                      Case number (if know)    **18-22552**

---

| 4.4 69 | **Peter Rosenthal** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**23 Percheron Lane**
**Roslyn Heights, NY 11577**
Number Street City State Zip Code

**When was the debt incurred?**    **9/2/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - Bluestone Capital Partners LLC**

---

| 4.4 70 | **Phil Healy** | Last 4 digits of account number _____ | **$250,000.00** |

Nonpriority Creditor's Name
**12 Knoll Crest Drive**
**Bedford, NH 03110**
Number Street City State Zip Code

**When was the debt incurred?**    **6/26/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - Bluestone 163-165 LLC**

---

| 4.4 71 | **Philip Fiederlein** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**4 North Lane**
**Mahopac, NY 10541**
Number Street City State Zip Code

**When was the debt incurred?**    **7/31/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                     Case number (if know)    **18-22552**

---

<table>
<tr>
<td>4.4<br>72</td>
<td>

**Philip Fiederlein**
Nonpriority Creditor's Name
**4 North Lane**
**Mahopac, NY 10541**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

</td>
<td>

**Last 4 digits of account number** _____    **$93,000.00**

**When was the debt incurred?**    **5/6/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

</td>
</tr>
</table>

---

<table>
<tr>
<td>4.4<br>73</td>
<td>

**Philip Fiederlein**
Nonpriority Creditor's Name
**4 North Lane**
**Mahopac, NY 10541**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

</td>
<td>

**Last 4 digits of account number** _____    **$134,000.00**

**When was the debt incurred?**    **11/4/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

</td>
</tr>
</table>

---

<table>
<tr>
<td>4.4<br>74</td>
<td>

**Philip Fiederlein**
Nonpriority Creditor's Name
**4 North Lane**
**Mahopac, NY 10541**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

</td>
<td>

**Last 4 digits of account number** _____    **$105,600.00**

**When was the debt incurred?**    **2/26/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

</td>
</tr>
</table>

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4 75 | **Philip Goldstein Living Trust 11/30/10** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Philip Goldstein as Trustee**
**3975 Sedgewick Ave Apt #4H**
**Bronx, NY 10563**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     $50,000.00

When was the debt incurred?    **4/10/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**

---

| 4.4 76 | **Philip Goldstein Living Trust 11/30/10** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Philip Goldstein as Trustee**
**3975 Sedgewick Ave Apt #4H**
**Bronx, NY 10563**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     $50,000.00

When was the debt incurred?    **7/29/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 77 | **Philip Goldstein Living Trust 11/30/10** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Philip Goldstein as Trustee**
**3975 Sedgewick Ave Apt #4H**
**Bronx, NY 10563**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     $33,500.00

When was the debt incurred?    **10/21/2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                        Case number (if know)    **18-22552**

---

| 4.4 78 | **Philip Iervolino** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name

**391 Titus Way**
**East Williston, NY 11596**

When was the debt incurred?    **4/26/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**

---

| 4.4 79 | **Philip Malakoff** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name

**23 Old Field Lane**
**Great Neck, NY 11020**

When was the debt incurred?    **2/16/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 80 | **Philip Malakoff** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name

**23 Old Field Lane**
**Great Neck, NY 11020**

When was the debt incurred?    **9/14/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**                                   Case number (if know)   **18-22552**

---

| 4.4 81 | **Philippe Tesler** | Last 4 digits of account number | | $100,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**215 West Huron Street**
**Chicago, IL 60654**

**When was the debt incurred?**   **3/27/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - Purchase Capital Partners LLC**

---

| 4.4 82 | **Phyllis C. Cohen Irrevocable Trust,** | Last 4 digits of account number | | $100,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**David S. Cohen Trustee**
**c/o David Cohen**
**48 Chester Ct.**
**Cortlandt Manor, NY 10567**

**When was the debt incurred?**   **7/31/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 83 | **Pilot Real Estate Group** | Last 4 digits of account number | **N/A** | $1,400,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**10 Glenville St. Floor 1**
**Greenwich, CT 06831**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 3 Sandpiper Court LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4 84 | **Planet Waste Services Inc** | Last 4 digits of account number _____ | **$3,965.00** |

Nonpriority Creditor's Name

**59-12 57th Street**
**Maspeth, NY 11378**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.4 85 | **Ponce DeLeon Bank** | Last 4 digits of account number  **0577** | **$484,139.00** |

Nonpriority Creditor's Name

**2244 Westchester Avenue**
**Bronx, NY 10462**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Line of credit -Michael Paul Enterprises LLC**

---

| 4.4 86 | **Preferred Bank** | Last 4 digits of account number  **5379** | **$19,855,536.00** |

Nonpriority Creditor's Name

**41-60 Main Street**
**Flushing, NY 11355**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 East 67th Street Associates LLC**

---

Debtor 1  **Michael P. D'Alessio**                                        Case number (if know)    **18-22552**

---

| 4.4 87 | **Preferred Bank** | Last 4 digits of account number | **1082** | **$21,882,702.00** |

Nonpriority Creditor's Name
**41-60 Main Street**
**Flushing, NY 11355**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated

                                             ☐ Disputed
■ At least one of the debtors and another
                                             Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community debt**                 ☐ Student loans

Is the claim subject to offset?              ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify  **Guaranty - 184 East 64th Street Associates LLC**

---

| 4.4 88 | **Preferred Bank** | Last 4 digits of account number | **0920** | **$2,999,000.00** |

Nonpriority Creditor's Name
**41-60 Main Street**
**Flushing, NY 11355**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated

                                             ☐ Disputed
■ At least one of the debtors and another
                                             Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community debt**                 ☐ Student loans

Is the claim subject to offset?              ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify  **Line of credit - 39 Middle Pond Road Associates LLC**

---

| 4.4 89 | **Preferred Bank** | Last 4 digits of account number | **0922** | **$4,233,754.81** |

Nonpriority Creditor's Name
**41-60 Main Street**
**Flushing, NY 11355**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated

                                             ☐ Disputed
■ At least one of the debtors and another
                                             Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community debt**                 ☐ Student loans

Is the claim subject to offset?              ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify  **Guaranty - Bruckner**

---

Debtor 1    **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.4 90 | **Preferred Bank** | Last 4 digits of account number | **0918** | **$2,600,000.00** |

Nonpriority Creditor's Name

**41-60 Main Street**
**Flushing, NY 11355**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ **As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Line of credit - Katsura Consulting**

---

| 4.4 91 | **Pro Glass Solutions Corp** | Last 4 digits of account number | | **$21,819.87** |

Nonpriority Creditor's Name

**53-16  39th Avenue**
**Woodside, NY 11377**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.4 92 | **R. W. Behan Contracting Inc** | Last 4 digits of account number | | **$14,000.00** |

Nonpriority Creditor's Name

**35 Smith Street**
**Blue Point, NY 11715**

Number Street City State Zip Code

**When was the debt incurred?**    **3/9/2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Trade debt - 41 Middle Pond Associates LLC**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.4 93 | **R. W. Behan Contracting Inc** | Last 4 digits of account number _____ | $14,000.00 |

Nonpriority Creditor's Name
**35 Smith Street**
**Blue Point, NY 11715**                      When was the debt incurred?    **3/9/2018**
Number Street City State Zip Code
Who incurred the debt? Check one.            As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
                                             **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another    ☐ Student loans
☐ **Check if this claim is for a community** ☐ Obligations arising out of a separation agreement or divorce that you did not
**debt**                                        report as priority claims
Is the claim subject to offset?              ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                             ■ Other. Specify    **Trade debt - 45 Middle Pond Associates**
☐ Yes                                                            **LLC**

---

| 4.4 94 | **Ram Gupta** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name
**2123 Williamsbridge Road**
**Bronx, NY 10461**                           When was the debt incurred?    **6/29/2016**
Number Street City State Zip Code
Who incurred the debt? Check one.            As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
                                             **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another    ☐ Student loans
☐ **Check if this claim is for a community** ☐ Obligations arising out of a separation agreement or divorce that you did not
**debt**                                        report as priority claims
Is the claim subject to offset?              ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                             ■ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**
☐ Yes

---

| 4.4 95 | **Ram Gupta** | Last 4 digits of account number _____ | $250,000.00 |

Nonpriority Creditor's Name
**2123 Williamsbridge Road**
**Bronx, NY 10461**                           When was the debt incurred?    **7/31/2015**
Number Street City State Zip Code
Who incurred the debt? Check one.            As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
                                             **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another    ☐ Student loans
☐ **Check if this claim is for a community** ☐ Obligations arising out of a separation agreement or divorce that you did not
**debt**                                        report as priority claims
Is the claim subject to offset?              ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                             ■ Other. Specify    **Guaranty - 163-165 East 62nd Street**
☐ Yes                                                            **Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                                   Case number (if know)    **18-22552**

---

| 4.4 96 | **Ram Gupta** | | Last 4 digits of account number | | **$186,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**2123 Williamsbridge Road**
**Bronx, NY 10461**

When was the debt incurred?    **5/5/2015**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated

                                             ☐ Disputed
■ At least one of the debtors and another

**☐ Check if this claim is for a  community**    **Type of NONPRIORITY unsecured claim:**
**debt**                                         ☐ Student loans

Is the claim subject to offset?                  ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
■ No
                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                 ■ Other. Specify   **Guaranty - 184 East 64th Street Holding**
                                                                    **LLC**

---

| 4.4 97 | **Ram Gupta** | | Last 4 digits of account number | | **$134,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**2123 Williamsbridge Road**
**Bronx, NY 10461**

When was the debt incurred?    **10/30/2014**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated

                                             ☐ Disputed
■ At least one of the debtors and another

**☐ Check if this claim is for a  community**    **Type of NONPRIORITY unsecured claim:**
**debt**                                         ☐ Student loans

Is the claim subject to offset?                  ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
■ No
                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                 ■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.4 98 | **Ram Gupta** | | Last 4 digits of account number | | **$105,600.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**2123 Williamsbridge Road**
**Bronx, NY 10461**

When was the debt incurred?    **3/3/2015**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated

                                             ☐ Disputed
■ At least one of the debtors and another

**☐ Check if this claim is for a  community**    **Type of NONPRIORITY unsecured claim:**
**debt**                                         ☐ Student loans

Is the claim subject to offset?                  ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
■ No
                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                 ■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4 99 | **Rebecca Levy** | Last 4 digits of account number | _____ | **$33,500.00** |

Nonpriority Creditor's Name
**2 Columbus Ave  Apt 39B**
**New York, NY 10023**

When was the debt incurred?    **10/30/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.5 00 | **Regional Testing Corp** | Last 4 digits of account number | _____ | **$1,290.00** |

Nonpriority Creditor's Name
**1150 Close Avenue**
**Bronx, NY 10472**

When was the debt incurred?    **11/30/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Trade debt - 163-165 East 62nd Street Associates LLC**

---

| 4.5 01 | **Rejis Realty LLC** | Last 4 digits of account number | _____ | **$750,000.00** |

Nonpriority Creditor's Name
**c/o Mautner Glick Corp**
**Attn: David Parks**
**1345 Third Ave**
**New York, NY 10075**

When was the debt incurred?    **8/12/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                   Case number (if know)    **18-22552**

---

| 4.5 02 | **Rella Fogliano** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**438 Fifth Avenue**
**Pelham, NY 10803**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____    **$1,000,000.00**

When was the debt incurred?    **7/14/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 03 | **Richard Giliotti** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**7 Magnolia Drive**
**Purchase, NY 10577**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____    **$200,000.00**

When was the debt incurred?    **1/21/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 04 | **Richard Giliotti** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**7 Magnolia Drive**
**Purchase, NY 10577**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____    **$211,200.00**

When was the debt incurred?    **4/1/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.5 05 | **Rita Levy** | Last 4 digits of account number | | $33,500.00 |

Nonpriority Creditor's Name

**25 Wren Drive**
**Roslyn, NY 11576**
Number Street City State ZIp Code

When was the debt incurred?   **10/29/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.5 06 | **RNG WEA LLC** | Last 4 digits of account number | | $200,000.00 |

Nonpriority Creditor's Name

**Attn: Mitchell Newman**
**3 Oxford Court**
**Morganville, NJ 07751**
Number Street City State ZIp Code

When was the debt incurred?   **8/5/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 07 | **Robert Blanda** | Last 4 digits of account number | | $200,000.00 |

Nonpriority Creditor's Name

**24 Whistler Way**
**Marlboro, NJ 07746**
Number Street City State ZIp Code

When was the debt incurred?   **8/18/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                                Case number (if know)    **18-22552**

---

| 4.5 08 | |
|---|---|

**Robert Blanda**                                      Last 4 digits of account number _____        $100,000.00

Nonpriority Creditor's Name
**24 Whistler Way**                                    **When was the debt incurred?**    **3/24/2017**
**Marlboro, NJ 07746**
Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐ Disputed

■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community**           ☐ Student loans
**debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

| 4.5 09 | |
|---|---|

**Robert Cicero**                                      Last 4 digits of account number _____        $100,000.00

Nonpriority Creditor's Name
**1 Fox Ridge Drive**                                  **When was the debt incurred?**    **3/22/2016**
**New Milford, CT 06776**
Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐ Disputed

■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community**           ☐ Student loans
**debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify    **Guaranty - 163-165 East 62nd Street**
                                                                            **Holding LLC**

---

| 4.5 10 | |
|---|---|

**Robert Cicero**                                      Last 4 digits of account number _____        $67,000.00

Nonpriority Creditor's Name
**1 Fox Ridge Drive**                                  **When was the debt incurred?**    **8/4/2017**
**New Milford, CT 06776**
Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐ Disputed

■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community**           ☐ Student loans
**debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify    **Guaranty - 227 E 67th Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                   Case number (if know)    **18-22552**

---

| 4.5 11 | **Robert Cicero** | Last 4 digits of account number _____ | **$100,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1 Fox Ridge Drive**

**New Milford, CT 06776**

Number Street City State Zip Code

**When was the debt incurred?**   **8/29/2017**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Contingent

☐ Unliquidated

☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.5 12 | **Robert Feldman** | Last 4 digits of account number _____ | **$300,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1249 Veeder Drive**

**Hewlett Bay Park, NY 11557**

Number Street City State Zip Code

**When was the debt incurred?**   **7/31/2015**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 13 | **Robert Hochman** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**75 Maiden Lane**

**Suite 802 New York, NY 10038**

Number Street City State Zip Code

**When was the debt incurred?**   **12/1/2015**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5<br>14 | **Robert Palestra** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name

**7 Thornley Place**
**Holmdel, NJ 07733**

When was the debt incurred?    **9/8/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLLC**

---

| 4.5<br>15 | **Robert Palestra** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name

**7 Thornley Place**
**Holmdel, NJ 07733**

When was the debt incurred?    **3/29/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

| 4.5<br>16 | **Robert Rosen** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name

**1 Revere Lane Purchase**
**Purchase, NY 10577**

When was the debt incurred?    **11/11/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 145-147 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5 17 | **Robert Rosen** | Last 4 digits of account number | | $100,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1 Revere Lane Purchase**
**Purchase, NY 10577**

When was the debt incurred?    **7/7/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 18 | **Robert Rosenthal** | Last 4 digits of account number | | $450,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1 Jericho Plaza Suite 201**
**Jericho, NY 11753**

When was the debt incurred?    **10/1/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 19 | **Robert Rosenthal** | Last 4 digits of account number | | $186,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1 Jericho Plaza Suite 201**
**Jericho, NY 11753**

When was the debt incurred?    **5/4/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                         Case number (if know)    **18-22552**

---

| 4.5 20 | | | |
|---|---|---|---|

**Robert Rosenthal**                         Last 4 digits of account number _____         **$158,400.00**
Nonpriority Creditor's Name
**1 Jericho Plaza Suite 201**                When was the debt incurred?    **3/6/2015**
**Jericho, NY 11753**
Number Street City State ZIp Code            As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.5 21 | | | |
|---|---|---|---|

**Robert Rosenthal**                         Last 4 digits of account number _____         **$400,000.00**
Nonpriority Creditor's Name
**1 Jericho Plaza Suite 201**                When was the debt incurred?    **8/25/2017**
**Jericho, NY 11753**
Number Street City State ZIp Code            As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.5 22 | | | |
|---|---|---|---|

**Robert Rosenthal**                         Last 4 digits of account number _____         **$150,000.00**
Nonpriority Creditor's Name
**1 Jericho Plaza Suite 201**                When was the debt incurred?    **9/2/2015**
**Jericho, NY 11753**
Number Street City State ZIp Code            As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify    **Guaranty - Bluestone Capital Partners LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5 23 | **Rochelle Kesselman** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**317 Chestnut Street**
**W. Hempstead, NY 11552**
Number Street City State Zip Code

**When was the debt incurred?**    **8/11/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 24 | **Roger Colonna** | Last 4 digits of account number _____ | **$200,000.00** |

Nonpriority Creditor's Name
**24 Basswood Drive**
**Denville, NJ 07834**
Number Street City State Zip Code

**When was the debt incurred?**    **1/12/2017**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 25 | **Roger Schneier** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**8167 Valhalla Drive**
**Delray Beach, FL 33446**
Number Street City State Zip Code

**When was the debt incurred?**    **8/8/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                           Case number (if know)    **18-22552**

---

| 4.5 26 | **Roger Schneier** | Last 4 digits of account number | | $93,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**8167 Valhalla Drive**
**Delray Beach, FL 33446**                When was the debt incurred?    **5/7/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only                                ☐ Contingent
- ☐ Debtor 1 and Debtor 2 only                   ☐ Unliquidated
                                                 ☐ Disputed
- ■ At least one of the debtors and another

**☐ Check if this claim is for a community**    Type of NONPRIORITY unsecured claim:
**debt**                                         ☐ Student loans

Is the claim subject to offset?                 ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
- ■ No
                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
                                                 ■ Other. Specify    **Guaranty - 184 East 64th Street Holding**
                                                                     **LLC**

---

| 4.5 27 | **Rogliano Construction** | Last 4 digits of account number | | $6,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**& Contracting Corp**
**67 Purdy Avenue**
**Port Chester, NY 10573**                When was the debt incurred?    **1/3/2018**

Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only                                ☐ Contingent
- ☐ Debtor 1 and Debtor 2 only                   ☐ Unliquidated
                                                 ☐ Disputed
- ■ At least one of the debtors and another

**☐ Check if this claim is for a community**    Type of NONPRIORITY unsecured claim:
**debt**                                         ☐ Student loans

Is the claim subject to offset?                 ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
- ■ No
                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
                                                 ■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.5 28 | **Ronald & Irene D'Alessio** | Last 4 digits of account number | | $400,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**55 North Broadway**
**Apt 2-9**
**White Plains, NY 10601**                When was the debt incurred?    **11/4/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only                                ☐ Contingent
- ☐ Debtor 1 and Debtor 2 only                   ☐ Unliquidated
                                                 ☐ Disputed
- ■ At least one of the debtors and another

**☐ Check if this claim is for a community**    Type of NONPRIORITY unsecured claim:
**debt**                                         ☐ Student loans

Is the claim subject to offset?                 ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
- ■ No
                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
                                                 ■ Other. Specify    **Guaranty - Bluestone 163-165 LLC**

---

Debtor 1    **Michael P. D'Alessio**                                                  Case number (if know)    **18-22552**

---

| 4.5 29 | **Ronald & Irene D'Alessio** | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name
**55 North Broadway**
**Apt 2-9**
**White Plains, NY 10601**

When was the debt incurred?    **4/30/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Guaranty - Bluestone Capital Partners LLC**

---

| 4.5 30 | **Ronald D'Alessio** | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name
**4 Wendover Road**
**Eastchester, NY 10709**

When was the debt incurred?    **4/5/2018**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Promissory note - Michael D'Alessio**

---

| 4.5 31 | **Ronald Garfunkel** | Last 4 digits of account number | | $150,000.00 |

Nonpriority Creditor's Name
**127 Church Hill Road**
**Washington, CT 06794**

When was the debt incurred?    **9/15/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.5 32 | | |
|---|---|---|

**Ronald Garfunkel**
Last 4 digits of account number _____     **$186,000.00**

Nonpriority Creditor's Name
**127 Church Hill Road**
**Washington, CT 06794**     When was the debt incurred?   **5/8/2015**

Number Street City State Zip Code
Who incurred the debt? Check one.     As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only     ☐ Contingent
☐ Debtor 1 and Debtor 2 only     ☐ Unliquidated
                                      ☐ Disputed
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**     **Type of NONPRIORITY unsecured claim:**
                                      ☐ Student loans
Is the claim subject to offset?     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes     ■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.5 33 | | |
|---|---|---|

**Ronald Garfunkel**
Last 4 digits of account number _____     **$105,600.00**

Nonpriority Creditor's Name
**127 Church Hill Road**
**Washington, CT 06794**     When was the debt incurred?   **3/9/2015**

Number Street City State Zip Code
Who incurred the debt? Check one.     As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only     ☐ Contingent
☐ Debtor 1 and Debtor 2 only     ☐ Unliquidated
                                      ☐ Disputed
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**     **Type of NONPRIORITY unsecured claim:**
                                      ☐ Student loans
Is the claim subject to offset?     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes     ■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.5 34 | | |
|---|---|---|

**Ronald Marchand**
Last 4 digits of account number _____     **$67,000.00**

Nonpriority Creditor's Name
**160 Hicks Street**
**Westbury, NY 11590**     When was the debt incurred?   **10/29/2014**

Number Street City State Zip Code
Who incurred the debt? Check one.     As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only     ☐ Contingent
☐ Debtor 1 and Debtor 2 only     ☐ Unliquidated
                                      ☐ Disputed
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**     **Type of NONPRIORITY unsecured claim:**
                                      ☐ Student loans
Is the claim subject to offset?     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes     ■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

| 4.5 35 | **Rosenberg & Estis, P.C.** | Last 4 digits of account number _____ | **$89,465.39** |

Nonpriority Creditor's Name
**733 Third Avenue**
**New York, NY 10017**
When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community         ☐ Student loans
debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **Legal fees - Michael Paul Enterprises, LLC**

| 4.5 36 | **Ross Epstein** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**925 Monroe Lane**
**Hewlett Neck, NY 11598**
When was the debt incurred?    **8/11/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community         ☐ Student loans
debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **Guaranty - 163-165 East 62nd Street
                                                   Holding LLC**

| 4.5 37 | **Ross Epstein** | Last 4 digits of account number _____ | **$93,000.00** |

Nonpriority Creditor's Name
**925 Monroe Lane**
**Hewlett Neck, NY 11598**
When was the debt incurred?    **5/12/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community         ☐ Student loans
debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **Guaranty - 184 East 64th Street Holding
                                                   LLC**

Debtor 1    **Michael P. D'Alessio**                                    Case number (*if know*)    **18-22552**

---

<table>
<tr><td>4.5<br>38</td><td colspan="2">

**Ross Goldenberg**
Nonpriority Creditor's Name
**116 Storer Ave**
**New Rochelle, NY 10801**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

</td></tr>
</table>

**Last 4 digits of account number** _____    **$50,000.00**

**When was the debt incurred?**    **7/12/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

<table>
<tr><td>4.5<br>39</td><td colspan="2">

**Ross Goldenberg**
Nonpriority Creditor's Name
**116 Storer Ave**
**New Rochelle, NY 10801**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

</td></tr>
</table>

**Last 4 digits of account number** _____    **$33,500.00**

**When was the debt incurred?**    **10/28/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

<table>
<tr><td>4.5<br>40</td><td colspan="2">

**Ross Goldenberg**
Nonpriority Creditor's Name
**116 Storer Ave**
**New Rochelle, NY 10801**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

</td></tr>
</table>

**Last 4 digits of account number** _____    **$52,800.00**

**When was the debt incurred?**    **3/12/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5 41 | | |
|---|---|---|

**Ross Weissman**                                      Last 4 digits of account number _____              **$250,000.00**

Nonpriority Creditor's Name

**4 Cypress Point Drive**                              When was the debt incurred?    **3/28/2017**
**Purchase, NY 10577**

Number Street City State ZIp Code

Who incurred the debt? Check one.                     As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                       ☐ Contingent

☐ Debtor 1 and Debtor 2 only                          ☐ Unliquidated

                                                      ☐ Disputed
■ At least one of the debtors and another
                                                      Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**
**debt**                                              ☐ Student loans

**Is the claim subject to offset?**                   ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                      report as priority claims
■ No
                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                      ■ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**

---

| 4.5 42 | | |
|---|---|---|

**Ross Weissman**                                      Last 4 digits of account number _____              **$200,000.00**

Nonpriority Creditor's Name

**4 Cypress Point Drive**                              When was the debt incurred?    **8/11/2015**
**Purchase, NY 10577**

Number Street City State ZIp Code

Who incurred the debt? Check one.                     As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                       ☐ Contingent

☐ Debtor 1 and Debtor 2 only                          ☐ Unliquidated

                                                      ☐ Disputed
■ At least one of the debtors and another
                                                      Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**
**debt**                                              ☐ Student loans

**Is the claim subject to offset?**                   ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                      report as priority claims
■ No
                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ■ Other. Specify    **Guaranty - 163-165 East 62nd Street**
                                                      **Holding LLC**

---

| 4.5 43 | | |
|---|---|---|

**Ross Weissman**                                      Last 4 digits of account number _____              **$100,000.00**

Nonpriority Creditor's Name

**4 Cypress Point Drive**                              When was the debt incurred?    **3/10/2017**
**Purchase, NY 10577**

Number Street City State ZIp Code

Who incurred the debt? Check one.                     As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                       ☐ Contingent

☐ Debtor 1 and Debtor 2 only                          ☐ Unliquidated

                                                      ☐ Disputed
■ At least one of the debtors and another
                                                      Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**
**debt**                                              ☐ Student loans

**Is the claim subject to offset?**                   ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                      report as priority claims
■ No
                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.5 44 | **Rufo A. Arias Corp** | Last 4 digits of account number _____ | $23,692.00 |

Nonpriority Creditor's Name
**59 Hancock Street - #1**
**West Harrison, NY 10604**
Number Street City State ZIp Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.5 45 | **RVB Construction Inc** | Last 4 digits of account number _____ | $152,525.00 |

Nonpriority Creditor's Name
**32 Pasadena Place**
**Mt Vernon, NY 10552**
Number Street City State ZIp Code

**When was the debt incurred?**   **12/20/2017**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.5 46 | **RVB Construction Inc** | Last 4 digits of account number _____ | $236,555.00 |

Nonpriority Creditor's Name
**32 Pasadena Place**
**Mt Vernon, NY 10552**
Number Street City State ZIp Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

Debtor 1   **Michael P. D'Alessio**                                 Case number (if know)   **18-22552**

---

<table>
<tr><td>4.5<br>47</td><td colspan="2"></td></tr>
</table>

**S.R. Interiors, Inc**                          Last 4 digits of account number _____                    **$11,620.00**
Nonpriority Creditor's Name
**1051 Mile Square Road**                        When was the debt incurred? _____
**Yonkers, NY 10704**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
                                                 Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another
☐ **Check if this claim is for a community        ☐ Student loans
  debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                 ■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**
☐ Yes

---

<table>
<tr><td>4.5<br>48</td><td colspan="2"></td></tr>
</table>

**S.T.V. Realty, LLC**                           Last 4 digits of account number _____                    **$50,000.00**
Nonpriority Creditor's Name
**Attn: Jeff Farkas**                            When was the debt incurred?   **12/16/2016**
**P.O. Box 750443**
**Forest Hills, NY 11375**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
                                                 Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another
☐ **Check if this claim is for a community        ☐ Student loans
  debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                 ■ Other. Specify   **Guaranty - 43 Middle Pond Road Holding**
☐ Yes                                                                **LLC**

---

<table>
<tr><td>4.5<br>49</td><td colspan="2"></td></tr>
</table>

**S.T.V. Realty, LLC**                           Last 4 digits of account number _____                    **$186,000.00**
Nonpriority Creditor's Name
**Attn: Jeff Farkas**                            When was the debt incurred?   **5/12/2015**
**P.O. Box 750443**
**Forest Hills, NY 11375**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
                                                 Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another
☐ **Check if this claim is for a community        ☐ Student loans
  debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                 ■ Other. Specify   **Guaranty - 184 East 64th Street Holding**
☐ Yes                                                                **LLC**

---

Debtor 1    **Michael P. D'Alessio**                    Case number (if know)    **18-22552**

---

| 4.5 50 | **S.T.V. Realty, LLC** | Last 4 digits of account number ____ | **$201,000.00** |

Nonpriority Creditor's Name
**Attn: Jeff Farkas**
**P.O. Box 750443**
**Forest Hills, NY 11375**
Number Street City State Zip Code

When was the debt incurred?    **11/4/2014**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.5 51 | **S.T.V. Realty, LLC** | Last 4 digits of account number ____ | **$105,600.00** |

Nonpriority Creditor's Name
**Attn: Jeff Farkas**
**P.O. Box 750443**
**Forest Hills, NY 11375**
Number Street City State Zip Code

When was the debt incurred?    **4/1/2015**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.5 52 | **Salvatore Barone** | Last 4 digits of account number ____ | **$50,000.00** |

Nonpriority Creditor's Name
**69 Locust Avenue**
**Cortlandt Manor, NY 10567**
Number Street City State Zip Code

When was the debt incurred?    **9/7/2017**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5 53 | **Salvatore Como** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**144 Sandy Hollow Road**
**Northport, NY 11768**

When was the debt incurred?    **4/24/2017**

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

                                                   ☐ Disputed

■ At least one of the debtors and another

                                                   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**   ☐ Student loans

**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                   ■ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**

---

| 4.5 54 | **Salvatore Como** | Last 4 digits of account number _____ | **$500,000.00** |

Nonpriority Creditor's Name
**144 Sandy Hollow Road**
**Northport, NY 11768**

When was the debt incurred?    **12/20/2016**

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

                                                   ☐ Disputed

■ At least one of the debtors and another

                                                   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**   ☐ Student loans

**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                   ■ Other. Specify    **Guaranty - Bluestone 163-165 LLC**

---

| 4.5 55 | **Salvatore Como** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**144 Sandy Hollow Road**
**Northport, NY 11768**

When was the debt incurred?    **2/20/2015**

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

                                                   ☐ Disputed

■ At least one of the debtors and another

                                                   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**   ☐ Student loans

**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                   ■ Other. Specify    **Guaranty - Bluestone 67 LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5 56 | **Salvatore Como** | Last 4 digits of account number | $100,000.00 |

Nonpriority Creditor's Name

**144 Sandy Hollow Road**
**Northport, NY 11768**

Number Street City State Zlp Code

When was the debt incurred?    **8/31/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                        ☐ Contingent

☐ Debtor 1 and Debtor 2 only           ☐ Unliquidated

■ At least one of the debtors and another  ☐ Disputed

**☐ Check if this claim is for a community debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes    ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - Bluestone Capital Partners LLC**

---

| 4.5 57 | **Samantha West** | Last 4 digits of account number | $50,000.00 |

Nonpriority Creditor's Name

**33 Gateway Drive**
**Great Neck, NY 11021**

Number Street City State Zlp Code

When was the debt incurred?    **4/6/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                        ☐ Contingent

☐ Debtor 1 and Debtor 2 only           ☐ Unliquidated

■ At least one of the debtors and another  ☐ Disputed

**☐ Check if this claim is for a community debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes    ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**

---

| 4.5 58 | **Samantha West** | Last 4 digits of account number | $50,000.00 |

Nonpriority Creditor's Name

**33 Gateway Drive**
**Great Neck, NY 11021**

Number Street City State Zlp Code

When was the debt incurred?    **1/30/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                        ☐ Contingent

☐ Debtor 1 and Debtor 2 only           ☐ Unliquidated

■ At least one of the debtors and another  ☐ Disputed

**☐ Check if this claim is for a community debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes    ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 43 Middle Pond Road Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.5 59 | | | |
|---|---|---|---|

**Sanley Company**
Nonpriority Creditor's Name

**c/o Anchin Block & Anchin LLP**
**1375 Broadway 17th Floor**
**Attn: Gene Greenfest**
**New York, NY 10018**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$200,000.00**

**When was the debt incurred?**    **11/18/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 145-147 East 62nd Street Holding LLC**

---

| 4.5 60 | | | |
|---|---|---|---|

**Sanley Company**
Nonpriority Creditor's Name

**c/o Anchin Block & Anchin LLP**
**1375 Broadway 17th Floor**
**Attn: Gene Greenfest**
**New York, NY 10018**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$250,000.00**

**When was the debt incurred?**    **4/12/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

---

| 4.5 61 | | | |
|---|---|---|---|

**Saulyco LLC**
Nonpriority Creditor's Name

**Attn: Issac Stern**
**220 Surrey Road**
**Hillside, NJ 07205**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$50,000.00**

**When was the debt incurred?**    **7/31/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Official Form 106 E/F             Schedule E/F: Creditors Who Have Unsecured Claims             Page 188 of 228

Debtor 1    **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.5 62 | **Saulyco LLC** | Last 4 digits of account number | | $93,000.00 |

Nonpriority Creditor's Name

**Attn: Issac Stern**
**220 Surrey Road**
**Hillside, NJ 07205**

When was the debt incurred?    **4/29/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                      ☐ Contingent

☐ Debtor 1 and Debtor 2 only                         ☐ Unliquidated

■ At least one of the debtors and another            ☐ Disputed

☐ **Check if this claim is for a community**         **Type of NONPRIORITY unsecured claim:**
**debt**
                                                     ☐ Student loans
**Is the claim subject to offset?**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                 report as priority claims

                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                     ■ Other. Specify    **Guaranty - 184 East 64th Street Holding**
                                                                          **LLC**

---

| 4.5 63 | **Scott & Ella Chick** | Last 4 digits of account number | | $93,000.00 |

Nonpriority Creditor's Name

**206 Adams Street**
**Unit B Hoboken, NJ 07030**

When was the debt incurred?    **4/28/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                      ☐ Contingent

☐ Debtor 1 and Debtor 2 only                         ☐ Unliquidated

■ At least one of the debtors and another            ☐ Disputed

☐ **Check if this claim is for a community**         **Type of NONPRIORITY unsecured claim:**
**debt**
                                                     ☐ Student loans
**Is the claim subject to offset?**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                 report as priority claims

                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                     ■ Other. Specify    **Guaranty - 184 East 64th Street Holding**
                                                                          **LLC**

---

| 4.5 64 | **Scott DeCarolis** | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name

**26 Oak Drive**
**Upper Saddle River, NJ 07458**

When was the debt incurred?    **1/19/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                      ☐ Contingent

☐ Debtor 1 and Debtor 2 only                         ☐ Unliquidated

■ At least one of the debtors and another            ☐ Disputed

■ **Check if this claim is for a community**         **Type of NONPRIORITY unsecured claim:**
**debt**
                                                     ☐ Student loans
**Is the claim subject to offset?**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                 report as priority claims

                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                     ■ Other. Specify    **Guaranty - 163-165 East 62nd Street**
                                                                          **Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                        Case number (if know)    **18-22552**

---

| 4.5 65 | **Scott DeCarolis** | Last 4 digits of account number _____ | **$105,600.00** |

Nonpriority Creditor's Name

**26 Oak Drive**
**Upper Saddle River, NJ 07458**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

When was the debt incurred?    **4/1/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.5 66 | **Scott Levine** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name

**2792 Judith Court**
**Bellmore, NY 11710**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

When was the debt incurred?    **8/10/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.5 67 | **Scott Levine** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name

**2792 Judith Court**
**Bellmore, NY 11710**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

When was the debt incurred?    **3/8/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

Debtor 1    **Michael P. D'Alessio**                                                                   Case number (if know)    **18-22552**

---

| 4.5 68 | **Scott Silberman** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**25 Ely Road**
**Holmdel, NJ 07733**

When was the debt incurred?    **6/22/2016**

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**

---

| 4.5 69 | **Scott Silberman** | Last 4 digits of account number _____ | **$93,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**25 Ely Road**
**Holmdel, NJ 07733**

When was the debt incurred?    **5/8/2015**

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.5 70 | **Scott Silberman** | Last 4 digits of account number _____ | **$67,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**25 Ely Road**
**Holmdel, NJ 07733**

When was the debt incurred?    **11/12/2014**

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

<table>
<tr><td>4.5<br>71</td><td colspan="2">

**Sheldon Mann**

Nonpriority Creditor's Name

**600 S. Dixie Highway Apt 531**
**West Palm Beach, FL 33401**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

</td></tr>
</table>

**Last 4 digits of account number** _____    $67,000.00

**When was the debt incurred?**    **10/29/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.5<br>72 | **Sheri Daniels**<br><br>Nonpriority Creditor's Name<br><br>**2930 Bay Drive**<br>**Merrick, NY 11566**<br><br>Number Street City State Zip Code |
|---|---|

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    $67,000.00

**When was the debt incurred?**    **10/30/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 East 67th Street Holding LLC**

---

| 4.5<br>73 | **Shoshana Abramoff**<br><br>Nonpriority Creditor's Name<br><br>**4101 Pine Tree Drive Apt# 1726**<br>**Miami Beach, FL 33140**<br><br>Number Street City State Zip Code |
|---|---|

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    $50,000.00

**When was the debt incurred?**    **8/11/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                              Case number (if know)    **18-22552**

---

| 4.5 74 | **Sierra Real Estate LLC** | Last 4 digits of account number | | $465,000.00 |

Nonpriority Creditor's Name
**Attn: James Wacht**
**600 Madison Ave**
**New York, NY 10022**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **5/4/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.5 75 | **Signature Bank** | Last 4 digits of account number | | $2,912,643.00 |

Nonpriority Creditor's Name
**68 South Service Road**
**Melville, NY 11747**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 3100 Tremont Associates Inc**

---

| 4.5 76 | **Signature Bank** | Last 4 digits of account number | 9 | $656,007.00 |

Nonpriority Creditor's Name
**68 South Service Road**
**Melville, NY 11747**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 3100 Tremont Associates LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5 77 | **Signature Bank** | Last 4 digits of account number | **1001** | **$2,312,794.32** |

Nonpriority Creditor's Name

**68 South Service Road**
**Melville, NY 11747**

Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 3200 Tremont Associates Inc**

---

| 4.5 78 | **Signature Bank** | Last 4 digits of account number | **9** | **$676,616.79** |

Nonpriority Creditor's Name

**68 South Service Road**
**Melville, NY 11747**

Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 3200 Tremont Associates**

---

| 4.5 79 | **Signature Bank** | Last 4 digits of account number | **9** | **$4,157,567.00** |

Nonpriority Creditor's Name

**68 South Service Road**
**Melville, NY 11747**

Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 3219 Tremont Corp.**

---

Debtor 1    **Michael P. D'Alessio**                                   Case number (if know)    **18-22552**

---

| 4.5<br>80 | **Signature Bank** | Last 4 digits of account number | | | $364,448.00 |

Nonpriority Creditor's Name

**68 South Service Road**
**Melville, NY 11747**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                        ☐ Contingent

☐ Debtor 1 and Debtor 2 only           ☐ Unliquidated

                                       ☐ Disputed
■ At least one of the debtors and another
                                       **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a community**      ☐ Student loans
**debt**
                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims

■ No                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                  ■ Other. Specify   **Guaranty - 3219 Tremont Corp.**

---

| 4.5<br>81 | **Signature Bank** | Last 4 digits of account number | 9 | | $691,876.00 |

Nonpriority Creditor's Name

**68 South Service Road**
**Melville, NY 11747**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                        ☐ Contingent

☐ Debtor 1 and Debtor 2 only           ☐ Unliquidated

                                       ☐ Disputed
■ At least one of the debtors and another
                                       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**
                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims

■ No                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                  ■ Other. Specify   **Guaranty -  3225 East Tremont Associates**
                                                          **LLC**

---

| 4.5<br>82 | **Signature Bank** | Last 4 digits of account number | 9 | | $291,883.00 |

Nonpriority Creditor's Name

**68 South Service Road**
**Melville, NY 11747**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                        ☐ Contingent

☐ Debtor 1 and Debtor 2 only           ☐ Unliquidated

                                       ☐ Disputed
■ At least one of the debtors and another
                                       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**
                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims

■ No                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                  ■ Other. Specify   **Guaranty - 3225 East Tremont Associates**
                                                          **LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5<br>83 | **Signature Bank** | Last 4 digits of account number   **9** | **$3,644,399.03** |

Nonpriority Creditor's Name

**68 South Service Road**
**Melville, NY 11747**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Guaranty - 3600 Tremont Associates Inc**

---

| 4.5<br>84 | **Signature Bank** | Last 4 digits of account number   **9** | **$821,606.10** |

Nonpriority Creditor's Name

**68 South Service Road**
**Melville, NY 11747**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Guaranty - 3600 Tremont Associates**

---

| 4.5<br>85 | **Six Six Holdings 62nd St LLC** | Last 4 digits of account number | **$100,000.00** |

Nonpriority Creditor's Name

**49 East 21st Street Apt 9D**
**New York, NY 10010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **8/13/2015**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5 86 | | |
|---|---|---|

**SLC Construction Inc**                    Last 4 digits of account number _____    **$294,000.00**
Nonpriority Creditor's Name
**79-01 Queens Blvd**                        When was the debt incurred? _____
**Queens, NY 11373**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community     ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.5 87 | | |
|---|---|---|

**Squires, Holden Weisenbacher**             Last 4 digits of account number _____    **$1,600.00**
Nonpriority Creditor's Name
**& Smith**                                  When was the debt incurred?    **12/22/2017**
**46 Jagger Lane**
**Southampton, NY 11968**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community     ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify    **Trade debt - 3 Sandpiper Court LLC**

---

| 4.5 88 | | |
|---|---|---|

**Squires, Holden Weisenbacher**             Last 4 digits of account number _____    **$15,525.00**
Nonpriority Creditor's Name
**& Smith**                                  When was the debt incurred?    **12/21/2017**
**46 Jagger Lane**
**Southampton, NY 11968**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community     ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify    **Trade debt - 41-45 MPR Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5 89 | **SS&C Mortgage Service** | Last 4 digits of account number | **12** | | **$4,900,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**1841 Broadway**
**Suite 400**
**New York, NY 10023**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another _(filled)_

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No _(filled)_
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Guaranty - 145-147 East 62nd Street Associates LLC**

---

| 4.5 90 | **Stacy Gendels** | Last 4 digits of account number | | | **$67,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**37 Soundview Drive**
**Westport, CT 06880**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another _(filled)_

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No _(filled)_
☐ Yes

**When was the debt incurred?**    **10/27/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.5 91 | **Stephanie Milo** | Last 4 digits of account number | | | **$100,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**88 Dawson Circle**
**Staten Island, NY 10314**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another _(filled)_

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No _(filled)_
☐ Yes

**When was the debt incurred?**    **8/18/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                          Case number (if know)    **18-22552**

---

| 4.5 92 | **Stephen Nardoni** | | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name

**305 East 24th Street  Apt LB**
**New York, NY 10010**

Number Street City State ZIp Code

When was the debt incurred?    **8/6/2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [■] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Is the claim subject to offset?

- [■] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [■] Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 93 | **Stephen Wolinetz** | | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name

**900 Willis Ave**
**Albertson, NY 11507**

Number Street City State ZIp Code

When was the debt incurred?    **7/12/2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [■] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Is the claim subject to offset?

- [■] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [■] Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 94 | **Sterling National Bank** | | Last 4 digits of account number    **3145** | | **$1,381,410.00** |

Nonpriority Creditor's Name

**1133 Westchester Ave. S-N224**
**NY 10604**

Number Street City State ZIp Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [■] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Is the claim subject to offset?

- [■] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [■] Other. Specify    **Line of credit**

---

Debtor 1   **Michael P. D'Alessio**                                      Case number (if know)   **18-22552**

---

| 4.5 95 | **Steven & Lvana Alesio** | Last 4 digits of account number _____ | **$264,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**262 Central Park West**
**New York, NY 10026**

When was the debt incurred?   **2/26/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.5 96 | **Steven Engel** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**3817 Woodley Road NW**
**Washington, DC 20016**

When was the debt incurred?   **12/1/2016**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 43 Middle Pond Road Holding LLC**

---

| 4.5 97 | **Steven Engel** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**3817 Woodley Road NW**
**Washington, DC 20016**

When was the debt incurred?   **6/22/2016**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 3 Sandpiper Court Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5 98 | | | |
|---|---|---|---|

**Steven Engel**
Nonpriority Creditor's Name
**3817 Woodley Road NW**
**Washington, DC 20016**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    **$93,000.00**

When was the debt incurred?    **5/9/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.5 99 | | | |
|---|---|---|---|

**Steven Engel**
Nonpriority Creditor's Name
**3817 Woodley Road NW**
**Washington, DC 20016**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    **$67,000.00**

When was the debt incurred?    **10/28/2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.6 00 | | | |
|---|---|---|---|

**Steven Engel**
Nonpriority Creditor's Name
**3817 Woodley Road NW**
**Washington, DC 20016**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    **$105,600.00**

When was the debt incurred?    **3/12/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.6 01 | **Steven Gutenplan** | Last 4 digits of account number _____ | $67,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Affiliated Adjustment Group**
**3000 Marcus Ave**
**Lake Success, NY 11042**

When was the debt incurred?    **10/27/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.6 02 | **Steven Hertz** | Last 4 digits of account number _____ | $67,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**17 Linden Lane Merrick**
**Merrick, NY 11566**

When was the debt incurred?    **10/31/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.6 03 | **Steven Napoli** | Last 4 digits of account number _____ | $50,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**66 Tintern Lane**
**Scarsdale, NY 10583**

When was the debt incurred?    **8/6/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.6 04 | **Steven Napoli** | Last 4 digits of account number | $67,000.00 |

Nonpriority Creditor's Name

**66 Tintern Lane**
**Scarsdale, NY 10583**
Number Street City State Zip Code

**When was the debt incurred?**    **10/23/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Sreet Holding LLC**

---

| 4.6 05 | **Steven Napoli** | Last 4 digits of account number | $52,800.00 |

Nonpriority Creditor's Name

**66 Tintern Lane**
**Scarsdale, NY 10583**
Number Street City State Zip Code

**When was the debt incurred?**    **2/23/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.6 06 | **Steven Napoli** | Last 4 digits of account number | $50,000.00 |

Nonpriority Creditor's Name

**66 Tintern Lane**
**Scarsdale, NY 10583**
Number Street City State Zip Code

**When was the debt incurred?**    **8/22/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

Debtor 1   **Michael P. D'Alessio** _____   Case number *(if know)*   **18-22552**

---

| 4.6 07 | | | |
|---|---|---|---|

**Steven Samuels**
Nonpriority Creditor's Name
**8 The Mews Westport**
**Westport, CT 06880**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **$50,000.00**

When was the debt incurred?   **1/21/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 43 Middle Pond Road Holding LLC**

---

| 4.6 08 | | | |
|---|---|---|---|

**Susan Kass**
Nonpriority Creditor's Name
**131 Hickory Kingdom Road**
**Bedford, NY 10506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **$50,000.00**

When was the debt incurred?   **4/14/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

---

| 4.6 09 | | | |
|---|---|---|---|

**Tamarack Country Club**
Nonpriority Creditor's Name
**55 Locust Road**
**Greenwich, CT 06831**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **$5,279.07**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Michael Paul Enterprises LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.6<br>10 | **Taylor Rice** | Last 4 digits of account number _____ | **$30,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**97 West Elder Avenue**
**Floral Park, NY 11001**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **4/30/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - Bluestone Capital Partners LLC**

---

| 4.6<br>11 | **TD Auto Finance** | Last 4 digits of account number _____ | **$40,287.96** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 16035**
**Lewiston, ME 04243**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **10/15/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Auto Lease - Bruckner Transport LLC**

---

| 4.6<br>12 | **TD Auto Finance** | Last 4 digits of account number _____ | **$20,287.42** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 16035**
**Lewiston, ME 04243**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **10/14/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Auto Lease - Bruckner Transport**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number (*if know*)   **18-22552**

---

| 4.6 13 | **The Debra Rein Exempt GST Trust,** | Last 4 digits of account number | | $67,000.00 |

Nonpriority Creditor's Name
**Debra Rein Trustee**
**12130 Norman Lane**
**Auburn, CA 95603**

When was the debt incurred?   **11/3/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.6 14 | **The Debra Rein Exempt GST Trust,** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name
**Debra Rein Trustee**
**12130 Norman Lane**
**Auburn, CA 95603**

When was the debt incurred?   **8/29/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.6 15 | **The Hyman Cohen Revocable Trust** | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name
**1875 Julian Lane**
**Attn: David Cohen**
**Merrick, NY 11566**

When was the debt incurred?   **8/6/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                      Case number (if know)   **18-22552**

---

| 4.6<br>16 | **The Hyman Cohen Revocable Trust** | Last 4 digits of account number _____ | **$52,800.00** |

Nonpriority Creditor's Name
**1875 Julian Lane**
**Attn: David Cohen**
**Merrick, NY 11566**

When was the debt incurred?   **3/6/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

☑ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.6<br>17 | **The Joshua Epstein 2009 Trust** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**c/o Ross Epstein**
**925 Monroe Lane**
**Hewlett Neck, NY 11598**

When was the debt incurred?   **8/10/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

☑ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.6<br>18 | **The Payroll Store Investments** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**Attn: Evan Steinbach**
**575 Underhill Blvd**
**Suite 205 Syosset, NY 11791**

When was the debt incurred?   **8/10/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

☑ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.6 19 | **The Payroll Store Investments** | Last 4 digits of account number | | $52,800.00 |

Nonpriority Creditor's Name
**Attn: Evan Steinbach**
**575 Underhill Blvd**
**Suite 205 Syosset, NY 11791**

When was the debt incurred?    **3/10/2015**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.6 20 | **The Westchester Bank** | Last 4 digits of account number    **7980** | | $263,453.00 |

Nonpriority Creditor's Name
**12 Water Street**
**White Plains, NY 10601**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - Magnolia Consulting LLC**

---

| 4.6 21 | **The Westchester Bank** | Last 4 digits of account number    **7410** | | $879,526.45 |

Nonpriority Creditor's Name
**12 Water Street**
**White Plains, NY 10601**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - Michael Paul Enterprises LLC**

---

Debtor 1   **Michael P. D'Alessio**                                            Case number (if know)   **18-22552**

---

**4.6 22**

| **Theodore Strange** | Last 4 digits of account number _____ | **$200,000.00** |

Nonpriority Creditor's Name
**48 Haywood Street**
**Staten Island, NY 10307**
Number Street City State Zlp Code

When was the debt incurred?   **8/11/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

**4.6 23**

| **Theodore Strange** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**48 Haywood Street**
**Staten Island, NY 10307**
Number Street City State Zlp Code

When was the debt incurred?   **3/31/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

**4.6 24**

| **Thomas Orrico** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**1840 Edison Ave**
**Bronx, NY 10461**
Number Street City State Zlp Code

When was the debt incurred?   **4/5/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.6 25 | **ThyssenKrupp Elevator Americas** | | Last 4 digits of account number _____ | **$207,446.58** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**519 8th Avenue**
**New York, NY 10018**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.6 26 | **Times Buildings PC** | | Last 4 digits of account number _____ | **$20,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**85-34 Grand Avenue**
**2nd Floor Elmhurst, NY 11373**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.6 27 | **Timothy Gold** | | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4 Rolling Hill Road**
**Old Westbury, NY 11568**
Number Street City State Zip Code

When was the debt incurred?   **7/20/2016**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.6 28 | **Tina Jebaily-Post** | | | | | Last 4 digits of account number | _____ | **$93,000.00** |

Nonpriority Creditor's Name

**152 Beach 139 Street**
**Belle Harbor, NY 11694**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **4/30/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.6 29 | **TLM Holdings LLC** | | | | | Last 4 digits of account number | _____ | **$150,000.00** |

Nonpriority Creditor's Name

**215 East 68th Street**
**Apt#17-Y New York, NY 10065**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **8/19/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.6 30 | **Todd Hazelkorn** | | | | | Last 4 digits of account number | _____ | **$50,000.00** |

Nonpriority Creditor's Name

**239 East 79th Street Apt#7N**
**New York, NY 10075**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **7/7/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 3 Sandpiper Court Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**

Case number (if know)  **18-22552**

---

| 4.6 31 | **Todd Hazelkorn** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name
**239 East 79th Street Apt#7N**
**New York, NY 10075**

When was the debt incurred?  **12/23/2016**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty - 43 Middle Pond Road Holding LLC**

---

| 4.6 32 | **Todd Hazelkorn** | Last 4 digits of account number _____ | $33,500.00 |

Nonpriority Creditor's Name
**239 East 79th Street Apt#7N**
**New York, NY 10075**

When was the debt incurred?  **10/31/2014**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.6 33 | **Todd Hazelkorn** | Last 4 digits of account number _____ | $52,800.00 |

Nonpriority Creditor's Name
**239 East 79th Street Apt#7N**
**New York, NY 10075**

When was the debt incurred?  **3/12/2015**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.6 34 | **Total Comfort Inc** | Last 4 digits of account number _____ | **$29,800.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**44 Kenosia Avenue Danbury**
**Danbury, CT 06810**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.6 35 | **Tuchman, Korngold, Weiss,** | Last 4 digits of account number _____ | **$2,500.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Liebman & Linde**
**6 East 45th Street**
**New York, NY 10017**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Legal fees - 163-165 East 62nd Street Associates LLC**

---

| 4.6 36 | **Twomey, Latham, Shea,** | Last 4 digits of account number _____ | **$5,741.50** |
|---|---|---|---|

Nonpriority Creditor's Name

**Kelley, Dubin & Quartararo LLP**
**33 West Second Street**
**P.O. Box 9398**
**Riverhead, NY 11901**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Legal fees - 41 Middle Pond Road, 43 Middle Pond Road & 45 Middle Pond Road Associates LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.6 37 | **United Overhead Door Corp** | Last 4 digits of account number | | $6,797.34 |

Nonpriority Creditor's Name

**21 A Saw Mill River Road**
**Yonkers, NY 10701**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.6 38 | **Unity Servicing LLC** | Last 4 digits of account number    **24** | | $555,000.00 |

Nonpriority Creditor's Name

**830 Third Avenue 5th Floor**
**New York, NY 10022**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 41 Middle Pond Road Associates LLC**

---

| 4.6 39 | **Unity Servicing LLC** | Last 4 digits of account number    **22** | | $687,500.00 |

Nonpriority Creditor's Name

**831 Third Avenue 5th Floor**
**New York, NY 10022**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 45 Middle Pond Road Associates LLC**

---

| Debtor 1 | **Michael P. D'Alessio** | | Case number (if know) | **18-22552** |

---

| 4.6 40 | **Unity Servicing LLC** | Last 4 digits of account number | **23** | **$200,000.00** |

Nonpriority Creditor's Name

**832 Third Avenue 5th Floor**
**New York, NY 10022**

Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 1232 Avenida de las Casas LLC**

---

| 4.6 41 | **Up Construction and Restoration Inc** | Last 4 digits of account number | | **$55,000.00** |

Nonpriority Creditor's Name

**396 Kent Avenue**
**Lidenhurst, NY 11757**

Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.6 42 | **Vail Associates Architects** | Last 4 digits of account number | | **$68,566.00** |

Nonpriority Creditor's Name

**59 West 94th Street - Suite GF**
**New York, NY 10025**

Number Street City State ZIp Code

When was the debt incurred?   **6/27/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - 163-165 East 62nd Street Associates LLC**

---

Debtor 1    **Michael P. D'Alessio**                                             Case number (if know)    **18-22552**

---

| 4.6 43 | **Vail Associates Architects** | Last 4 digits of account number | | $30,540.00 |

Nonpriority Creditor's Name
**59 West 94th Street - Suite GF**
**New York, NY 10025**          When was the debt incurred?     **7/20/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

☐ Debtor 1 and Debtor 2 only          ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**          **Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify    **Trade debt - 145-147 East 62nd Street Associates LLC**

---

| 4.6 44 | **Victoria Strange** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name
**48 Haywood Street**
**Staten Island, NY 10307**          When was the debt incurred?     **8/11/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

☐ Debtor 1 and Debtor 2 only          ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**          **Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.6 45 | **Virtual Services** | Last 4 digits of account number | | $34,514.86 |

Nonpriority Creditor's Name
**104 W. 40th Street - 10th Floor**
**New York, NY 10018**          When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

☐ Debtor 1 and Debtor 2 only          ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**          **Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

Debtor 1    **Michael P. D'Alessio**                                      Case number (if know)    **18-22552**

---

| 4.6 46 | **Vivian Cardia** | Last 4 digits of account number | _____ | **$93,000.00** |

Nonpriority Creditor's Name
**10402 Stonebridge Blvd**
**Boca Raton, FL 33498**

When was the debt incurred?    **5/7/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.6 47 | **Wayside Fence Co** | Last 4 digits of account number | _____ | **$2,232.08** |

Nonpriority Creditor's Name
**63 Third Avenue**
**Bayshore, NY 11706**

When was the debt incurred?    _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.6 48 | **Westminster Asset Management Corp** | Last 4 digits of account number | _____ | **$52,800.00** |

Nonpriority Creditor's Name
**2930 Bay Drive**
**Attn: Sheri Daniels**
**Merrick, NY 11566**

When was the debt incurred?    **2/27/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                   Case number (if know)    **18-22552**

---

| 4.6<br>49 | **William Bonomo** | Last 4 digits of account number _____ | $150,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**21 Sunset Blvd**
**Massapequa, NY 11758**

When was the debt incurred?    **8/8/2015**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only    ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**    Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.6<br>50 | **William Bonomo** | Last 4 digits of account number _____ | $50,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**21 Sunset Blvd**
**Massapequa, NY 11758**

When was the debt incurred?    **4/25/2017**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only    ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**    Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**

---

| 4.6<br>51 | **William Jebaily** | Last 4 digits of account number _____ | $100,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**81 Iron Mine Drive**
**Staten Island, NY 10304**

When was the debt incurred?    **4/30/2015**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only    ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**    Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number *(if know)*    **18-22552**

---

| 4.6 52 | **William Jebaily** | Last 4 digits of account number | _____ | **$186,000.00** |

Nonpriority Creditor's Name
**81 Iron Mine Drive**
**Staten Island, NY 10304**
Number Street City State Zip Code

When was the debt incurred?    **4/30/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.6 53 | **Window Fix Inc** | Last 4 digits of account number | _____ | **$32,000.00** |

Nonpriority Creditor's Name
**335-347  38th Street**
**Brooklyn, NY 11232**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.6 54 | **Yehuda Biber** | Last 4 digits of account number | _____ | **$100,000.00** |

Nonpriority Creditor's Name
**1016 Crestwood Road**
**Woodmere, NY 11598**
Number Street City State Zip Code

When was the debt incurred?    **8/5/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.6 55 | | |
|---|---|---|

**Yorkshire Stone Inc**                                Last 4 digits of account number _____                **$30,056.00**

Nonpriority Creditor's Name
**175 Marcus Blvd**                                    When was the debt incurred?    _____
**Hauppauge, NY 11788**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
■ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community             ☐ Student loans
debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.6 56 | | |
|---|---|---|

**Yoser & Elisheva Oratz**                             Last 4 digits of account number _____                **$100,000.00**

Nonpriority Creditor's Name
**201 Davis Ave**                                      When was the debt incurred?    **8/31/2015**
**White Plains, NY 10605**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
■ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community             ☐ Student loans
debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.6 57 | | |
|---|---|---|

**Yvonne Schettino**                                   Last 4 digits of account number _____                **$1,229,118.49**

Nonpriority Creditor's Name
**20 Scott Circle**                                    When was the debt incurred?    _____
**Purchase, NY 10577**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community             ☐ Student loans
debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify    **Promissory Note**

---

Debtor 1   **Michael P. D'Alessio**                                                                Case number (if know)    **18-22552**

---

| 4.6 58 | **Yvonne Schettino** | Last 4 digits of account number | $970,000.00 |

Nonpriority Creditor's Name
**20 Scott Circle**
**Purchase, NY 10577**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 1 Katsura Drive, Purchase, NY**

---

| 4.6 59 | **Zachary Stone** | Last 4 digits of account number | $50,000.00 |

Nonpriority Creditor's Name
**1 Upland Woods Circle #301**
**Norwood, MA 02062**
Number Street City State Zip Code

When was the debt incurred?   **11/18/2016**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Albanese & Albanese LLP**
**Attn: Michael McDermott**
**1050 Franklin Ave**
**Garden City, NY 11530**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.534** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Cooper Levenson P.A.**
**C/o Russell L. Lichtenstein**
**1125 Atlantic Ave, 3rd FL**
**Atlantic City, NJ 08401**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.393** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Cullen and Dykman LLP**
**100 Quentin Roosevelt Blvd**
**Garden City, NY 11530**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.267** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Elliot Phillips Esq**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.349** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

---

Official Form 106 E/F                        Schedule E/F: Creditors Who Have Unsecured Claims                        Page 221 of 228

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Michael P. D'Alessio**                                              Case number (if know)    **18-22552**

**40 Daniel Street**
**PO Box 9000**
**Farmingdale, NY 11735**

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Emmet Marvin & Martin LLP** | Line **4.621** of (Check one): |
| **120 Broadway** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **New York, NY 10271** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Jaspan Schlesinger LLP** | Line **4.518** of (Check one): |
| **Attn: Jeffrey H. Schwartz** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **300 Garden City Plaza** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Garden City, NY 11530** | |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Kye Law Group P.C.** | Line **4.486** of (Check one): |
| **201 Old County Road** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 120** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Melville, NY 11747** | |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Kye Law Group P.C.** | Line **4.487** of (Check one): |
| **201 Old County Road** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 120** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Melville, NY 11747** | |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Kye Law Group P.C.** | Line **4.488** of (Check one): |
| **201 Old County Road** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 120** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Melville, NY 11747** | |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Kye Law Group P.C.** | Line **4.490** of (Check one): |
| **201 Old County Road** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 120** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Melville, NY 11747** | |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Law Of Judd R. Spray** | Line **4.74** of (Check one): |
| **450 Seventh Ave, 33rd Fl** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **New York, NY 10123** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Law Of Judd R. Spray** | Line **4.275** of (Check one): |
| **450 Seventh Ave, 33rd Fl** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **New York, NY 10123** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Law Of Judd R. Spray** | Line **4.276** of (Check one): |
| **450 Seventh Ave, 33rd Fl** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **New York, NY 10123** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Law Of Judd R. Spray** | Line **4.277** of (Check one): |
| **450 Seventh Ave, 33rd Fl** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **New York, NY 10123** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if know)* | **18-22552** |

---

Name and Address
**Meyer Suozzi English & Klein P**
**1180 Ave of Americas**
**Suite 1920**
**New York, NY 10036**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.92** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **7309**

---

Name and Address
**Meyer Suozzi English & Klein P**
**1180 Ave of Americas**
**Suite 1920**
**New York, NY 10036**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.93** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **6168**

---

Name and Address
**Rosenfeld & Kaplan LLP**
**1180 Ave of the Americas**
**Suite 1920**
**New York, NY 10036**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.53** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Rosenfeld & Kaplan LLP**
**1180 Ave of the Americas**
**Suite 1920**
**New York, NY 10036**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.54** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Rosenfeld & Kaplan LLP**
**1180 Ave of the Americas**
**Suite 1920**
**New York, NY 10036**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.55** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Rosenfeld & Kaplan LLP**
**1180 Ave of the Americas**
**Suite 1920**
**New York, NY 10036**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.56** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Rosenfeld & Kaplan LLP**
**1180 Ave of the Americas**
**Suite 1920**
**New York, NY 10036**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Rosenfeld & Kaplan LLP**
**1180 Ave of the Americas**
**Suite 1920**
**New York, NY 10036**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.58** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Rosenfeld & Kaplan LLP**
**1180 Ave of the Americas**
**Suite 1920**
**New York, NY 10036**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.59** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Rosenfeld & Kaplan LLP**
**1180 Ave of the Americas**
**Suite 1920**
**New York, NY 10036**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.60** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Michael P. D'Alessio**                                        Case number (if know)   **18-22552**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.61** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.89** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.191** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.198** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.209** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.210** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.211** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.212** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.251** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.291** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.325** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.333** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.334** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.335** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.336** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.343** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.344** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.345** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.346** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.347** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.348** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | |
| **New York, NY 10036** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.388** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | |
| **New York, NY 10036** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.389** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | |
| **New York, NY 10036** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.390** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | |
| **New York, NY 10036** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.391** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | |
| **New York, NY 10036** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.470** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | |
| **New York, NY 10036** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.475** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | |
| **New York, NY 10036** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.476** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | |
| **New York, NY 10036** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.477** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | |
| **New York, NY 10036** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.502** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | |
| **New York, NY 10036** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | |
| Last 4 digits of account number | |

---

Debtor 1  **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.506** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10036** | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.509** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10036** | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.510** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10036** | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.511** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10036** | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.559** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10036** | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.560** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10036** | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.590** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10036** | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Schwartz Sladkus Reich Greenbe** | Line **4.409** of (Check one): |
| **rg & Atlas LLP** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **270 Madison Ave, 9th Fl** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Schwartz Sladkus Reich Greenbe** | Line **4.410** of (Check one): |
| **rg & Atlas LLP** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **270 Madison Ave, 9th Fl** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Schwartz Sladkus Reich Greenbe** | Line **4.501** of (Check one): |
| **rg & Atlas LLP** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **270 Madison Ave, 9th Fl** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Michael P. D'Alessio**                                       Case number (if know)    **18-22552**

---

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each
    type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 7,200.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 7,200.00 |

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 163,733,051.02 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 163,733,051.02 |

**Fill in this information to identify your case:**

| Debtor 1 | Michael P. D'Alessio | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number | 18-22552 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 **GS Mark LLC**<br>**1201 Hays Street**<br>**Tallahassee, FL 32301** | **Apartment (FL)** |
| 2.2 **Townhouse Compnay II LLC**<br>**9 West 57th St.**<br>**New York, NY 10019** | **Apartment** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Michael P. D'Alessio** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number | **18-22552** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 **1232 Avenida de las Casas LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.640___<br>☐ Schedule G<br>**Unity Servicing LLC** |
| 3.2 **145-147 East 62nd Street**<br>**Associates LLC  12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.589___<br>☐ Schedule G<br>**SS&C Mortgage Service** |
| 3.3 **145-147 East 62nd Street**<br>**Associates LLC  12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.643___<br>☐ Schedule G<br>**Vail Associates Architects** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

⬛ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4 **145-147 East 62nd Street Holding LLC  12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.55___<br>☐ Schedule G _____<br>**Attis Properties Inc** |
| 3.5 **145-147 East 62nd Street Holding LLC  12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.209___<br>☐ Schedule G _____<br>**Ellen Goldstein Living Trust 11/30/10, E** |
| 3.6 **145-147 East 62nd Street Holding LLC  12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.251___<br>☐ Schedule G _____<br>**Glen Feller** |
| 3.7 **145-147 East 62nd Street Holding LLC  12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.319___<br>☐ Schedule G _____<br>**John Pantanelli** |
| 3.8 **145-147 East 62nd Street Holding LLC  12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.333___<br>☐ Schedule G _____<br>**Joshua & Angie Brown** |
| 3.9 **145-147 East 62nd Street Holding LLC  12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.379___<br>☐ Schedule G _____<br>**Macquesten Construction** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.10  **145-147 East 62nd Street Holding LLC  12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.388**
☐ Schedule G _____
**Marilyn Shendell**

3.11  **145-147 East 62nd Street Holding LLC  12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.413**
☐ Schedule G _____
**Melvin & Karen Adler**

3.12  **145-147 East 62nd Street Holding LLC  12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.440**
☐ Schedule G _____
**Neil Greenberg**

3.13  **145-147 East 62nd Street Holding LLC  12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.516**
☐ Schedule G _____
**Robert Rosen**

3.14  **145-147 East 62nd Street Holding LLC  12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.559**
☐ Schedule G _____
**Sanley Company**

3.15  **15 Circle Rd - MBI LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.216**
☐ Schedule G _____
**Fairfield County Bank**

3.16  **15 Circle Rd - MBI LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.217**
☐ Schedule G _____
**Fairfield County Bank**

Debtor 1    **Michael P. D'Alessio**                                      Case number *(if known)*    **18-22552**

---

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.17    **15 Circle Rd - MBI LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.546___
☐ Schedule G _____
**RVB Construction Inc**

---

3.18    **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.47___
☐ Schedule G _____
**Antonia Polcini**

---

3.19    **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.57___
☐ Schedule G _____
**Attis Properties Inc**

---

3.20    **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.75___
☐ Schedule G _____
**Barry Blitstein**

---

3.21    **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.99___
☐ Schedule G _____
**Bruce Azus**

---

3.22    **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.107___
☐ Schedule G _____
**Carl Bonomo**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| | **Additional Page to List More Codebtors** |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| | | Check all schedules that apply: |

3.23    **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.124**
☐ Schedule G _____
**Charles Barovian**

3.24    **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.135**
☐ Schedule G _____
**Clifford & Gail Bassett**

3.25    **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.140**
☐ Schedule G _____
**Costello & Goldan LLC**

3.26    **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.166**
☐ Schedule G _____
**David S. Cohen**

3.27    **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.176**
☐ Schedule G _____
**Diamond Enterprises LLC**

3.28    **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.253**
☐ Schedule G _____
**Glenn Messinger**

3.29    **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.271**
☐ Schedule G _____
**Harrilyn Dolman**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.30  **15-17 Circle Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.334___<br>☐ Schedule G _____<br>**Joshua & Angie Brown** |
| 3.31  **15-17 Circle Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.443___<br>☐ Schedule G _____<br>**Neil Ptashnik** |
| 3.32  **15-17 Circle Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.475___<br>☐ Schedule G _____<br>**Philip Goldstein Living Trust 11/30/10** |
| 3.33  **15-17 Circle Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.478___<br>☐ Schedule G _____<br>**Philip Iervolino** |
| 3.34  **15-17 Circle Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.541___<br>☐ Schedule G _____<br>**Ross Weissman** |
| 3.35  **15-17 Circle Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.553___<br>☐ Schedule G _____<br>**Salvatore Como** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

---

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.36    **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.557___
☐ Schedule G _____
**Samantha West**

---

3.37    **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.560___
☐ Schedule G _____
**Sanley Company**

---

3.38    **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.608___
☐ Schedule G _____
**Susan Kass**

---

3.39    **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.624___
☐ Schedule G _____
**Thomas Orrico**

---

3.40    **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.650___
☐ Schedule G _____
**William Bonomo**

---

3.41    **163-165 East 62nd Street**
**Associates LLC 12 Water St**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.120___
☐ Schedule G _____
**Celtic Services NYC Inc**

---

3.42    **163-165 East 62nd Street**
**Associates LLC 12 Water St**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.138___
☐ Schedule G _____
**Consolidated Scaffold & Bridge Corp**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |

---

███ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.43 **163-165 East 62nd Street Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.184___<br>☐ Schedule G _____<br>**Dominick R. Pilla Associates PC** |
| 3.44 **163-165 East 62nd Street Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.196___<br>☐ Schedule G _____<br>**Dynaire Corporation** |
| 3.45 **163-165 East 62nd Street Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.243___<br>☐ Schedule G _____<br>**GeoLand Corp** |
| 3.46 **163-165 East 62nd Street Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.401___<br>☐ Schedule G _____<br>**Masters Exterminating & Pest Control Inc** |
| 3.47 **163-165 East 62nd Street Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.500___<br>☐ Schedule G _____<br>**Regional Testing Corp** |
| 3.48 **163-165 East 62nd Street Associates LLC 12 Water St Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.545___<br>☐ Schedule G _____<br>**RVB Construction Inc** |

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |

---

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.49 | **163-165 East 62nd Street**
**Associates LLC 12 Water St**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.586___
☐ Schedule G _____
**SLC Construction Inc**

---

3.50 | **163-165 East 62nd Street**
**Associates LLC 12 Water St**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.625___
☐ Schedule G _____
**ThyssenKrupp Elevator Americas**

---

3.51 | **163-165 East 62nd Street**
**Associates LLC 12 Water St**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.635___
☐ Schedule G _____
**Tuchman, Korngold, Weiss,**

---

3.52 | **163-165 East 62nd Street**
**Associates LLC 12 Water St**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.642___
☐ Schedule G _____
**Vail Associates Architects**

---

3.53 | **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.2___
☐ Schedule G _____
**1516 Realty Group LLC**

---

3.54 | **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.6___
☐ Schedule G _____
**Adam Fields**

---

3.55 | **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.20___
☐ Schedule G _____
**Allan Miller**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | | | Case number *(if known)* | **18-22552** |
|---|---|---|---|---|---|

---

███ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.56 **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>**Allstate Sprinkler Corp** |
| 3.57 **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.36___<br>☐ Schedule G _____<br>**Andrew West** |
| 3.58 **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.39___<br>☐ Schedule G _____<br>**Anita Gupta** |
| 3.59 **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.42___<br>☐ Schedule G _____<br>**Anthony Bastone** |
| 3.60 **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.43___<br>☐ Schedule G _____<br>**Anthony Sr Bonomo** |
| 3.61 **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.45___<br>☐ Schedule G _____<br>**Anthony, Jr. Bonomo** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.62   **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.48**<br>☐ Schedule G _____<br>**Antonio Zaino** |
| 3.63   **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.50**<br>☐ Schedule G _____<br>**Arnold Waldman** |
| 3.64   **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.53**<br>☐ Schedule G _____<br>**Attis Properties Inc** |
| 3.65   **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.71**<br>☐ Schedule G _____<br>**Barbara J. Fiederlein Trust for David, D** |
| 3.66   **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.76**<br>☐ Schedule G _____<br>**Barry Blitstein** |
| 3.67   **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.77**<br>☐ Schedule G _____<br>**Barry Drucker** |
| 3.68   **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.78**<br>☐ Schedule G _____<br>**Barry Ipp** |

Debtor 1   **Michael P. D'Alessio**                                    Case number *(if known)*   **18-22552**

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.69   **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.97___
☐ Schedule G _____
**Bruce Azus**

---

3.70   **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.102___
☐ Schedule G _____
**Canzone Contracting Corp**

---

3.71   **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.108___
☐ Schedule G _____
**Carl Bonomo**

---

3.72   **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.109___
☐ Schedule G _____
**Carmine Lippolis**

---

3.73   **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.112___
☐ Schedule G _____
**Carol Merkel**

---

3.74   **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.121___
☐ Schedule G _____
**Chantal Pick**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

▌**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.75 **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.125__<br>☐ Schedule G _____<br>**Charles Barovian** |
| 3.76 **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.134__<br>☐ Schedule G _____<br>**Clifford & Gail Bassett** |
| 3.77 **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.136__<br>☐ Schedule G _____<br>**Cohen Children Trust** |
| 3.78 **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.137__<br>☐ Schedule G _____<br>**Conrad Strohl** |
| 3.79 **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.142__<br>☐ Schedule G _____<br>**Cy Blanco** |
| 3.80 **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.143__<br>☐ Schedule G _____<br>**Cynthia Petretti** |
| 3.81 **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.147__<br>☐ Schedule G _____<br>**Daniel Rifkin** |

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |

▉ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.82 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.150___
☐ Schedule G _____
**Darren Kay**

3.83 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.154___
☐ Schedule G _____
**David & Susan Diamond**

3.84 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.158___
☐ Schedule G _____
**David Bauer**

3.85 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.161___
☐ Schedule G _____
**David Katz**

3.86 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.162___
☐ Schedule G _____
**David Levy**

3.87 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.167___
☐ Schedule G _____
**David S. Cohen**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
| --- | --- | --- | --- |

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- |

3.88 **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.170**___
☐ Schedule G _____
**David Tesser**

3.89 **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.174**___
☐ Schedule G _____
**Dennis Korchinski**

3.90 **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.177**___
☐ Schedule G _____
**Diamond Enterprises LLC**

3.91 **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.182**___
☐ Schedule G _____
**Dodd Farber**

3.92 **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.187**___
☐ Schedule G _____
**Donald Konrad**

3.93 **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.191**___
☐ Schedule G _____
**Douglas Scibelli**

3.94 **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.192**___
☐ Schedule G _____
**Dov Kesselman**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
| --- | --- | --- | --- |

▉    **Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- | --- |

3.95    **163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.201**
☐ Schedule G _____
**Ed Tesser**

---

3.96    **163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.204**
☐ Schedule G _____
**Elizabeth Armstrong**

---

3.97    **163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.213**
☐ Schedule G _____
**Erin Diamond**

---

3.98    **163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.220**
☐ Schedule G _____
**Fallon Rose LLC**

---

3.99    **163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.221**
☐ Schedule G _____
**Federlein Family 2012 Gift Trust, Barbar**

---

3.10
0    **163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.235**
☐ Schedule G _____
**Friedricks Associates LTD**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

---

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.10<br>1 | **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.245**<br>☐ Schedule G _____<br>**Gerald Levy** |
| 3.10<br>2 | **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.254**<br>☐ Schedule G _____<br>**Glenn Messinger** |
| 3.10<br>3 | **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.258**<br>☐ Schedule G _____<br>**Golden Touch Investments, LLC** |
| 3.10<br>4 | **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.264**<br>☐ Schedule G _____<br>**Grant & Fox LLC** |
| 3.10<br>5 | **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.268**<br>☐ Schedule G _____<br>**Gregory Calabro** |
| 3.10<br>6 | **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.272**<br>☐ Schedule G _____<br>**Harrilyn Dolman** |
| 3.10<br>7 | **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.273**<br>☐ Schedule G _____<br>**Harvey Stevens** |

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.108 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.276__<br>☐ Schedule G _____<br>**Herminio Torres** |
| 3.109 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.278__<br>☐ Schedule G _____<br>**Hewlett Trading Co. LLC** |
| 3.110 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.281__<br>☐ Schedule G _____<br>**Integrated Electronic Solutions Inc** |
| 3.111 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.288__<br>☐ Schedule G _____<br>**Jack Perlman** |
| 3.112 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.289__<br>☐ Schedule G _____<br>**Jaclyn Bonomo** |
| 3.113 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.291__<br>☐ Schedule G _____<br>**Jacqueline Martinez** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.11 4
**163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.294__
☐ Schedule G _____
**Jason Griffith**

---

3.11 5
**163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.299__
☐ Schedule G _____
**Jeffrey Mortman**

---

3.11 6
**163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.301__
☐ Schedule G _____
**Jeffrey Pinsky**

---

3.11 7
**163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.306__
☐ Schedule G _____
**Jerry Pinsky**

---

3.11 8
**163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.312__
☐ Schedule G _____
**John Bonito**

---

3.11 9
**163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.315__
☐ Schedule G _____
**John Ernenwein**

---

3.12 0
**163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.324__
☐ Schedule G _____
**Jon Hansburg**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

| ▮ | **Additional Page to List More Codebtors** | |
|---|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.12<br>1 | **163-165 East 62nd Street Holding LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.325__<br>☐ Schedule G _____<br>**Joseph Breda** |
| 3.12<br>2 | **163-165 East 62nd Street Holding LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.330__<br>☐ Schedule G _____<br>**Joseph Dinoia** |
| 3.12<br>3 | **163-165 East 62nd Street Holding LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.332__<br>☐ Schedule G _____<br>**Josh Manson** |
| 3.12<br>4 | **163-165 East 62nd Street Holding LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.335__<br>☐ Schedule G _____<br>**Joshua & Angie Brown** |
| 3.12<br>5 | **163-165 East 62nd Street Holding LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.337__<br>☐ Schedule G _____<br>**Judah Hammer** |
| 3.12<br>6 | **163-165 East 62nd Street Holding LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.339__<br>☐ Schedule G _____<br>**Julianne Bonomo** |

Debtor 1   **Michael P. D'Alessio**                                          Case number *(if known)*   **18-22552**

---

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.127 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.345__<br>☐ Schedule G _____<br>**Keith Hummel** |
| 3.128 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.351__<br>☐ Schedule G _____<br>**Kurt Voellmicke** |
| 3.129 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.356__<br>☐ Schedule G _____<br>**Lawrence & Fara Tesser** |
| 3.130 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.357__<br>☐ Schedule G _____<br>**Lawrence Dolin** |
| 3.131 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.365__<br>☐ Schedule G _____<br>**Lillian Fazio** |
| 3.132 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.372__<br>☐ Schedule G _____<br>**Lisa West** |
| 3.133 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.376__<br>☐ Schedule G _____<br>**Luis Flores** |

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
| --- | --- |
| | Check all schedules that apply: |

| 3.13 4 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.377___ <br> ☐ Schedule G _____ <br> **Luise Barrack** |
| 3.13 5 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.380___ <br> ☐ Schedule G _____ <br> **MAF Realty Ventures LLC** |
| 3.13 6 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.385___ <br> ☐ Schedule G _____ <br> **Maria Pedersen** |
| 3.13 7 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.389___ <br> ☐ Schedule G _____ <br> **Marilyn Shendell** |
| 3.13 8 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.396___ <br> ☐ Schedule G _____ <br> **Mark Engel** |
| 3.13 9 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.400___ <br> ☐ Schedule G _____ <br> **Mary Middelton** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.14 0 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.404**___<br>☐ Schedule G _____<br>**Matthew Engel** |
| 3.14 1 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.416**___<br>☐ Schedule G _____<br>**Michael & Virginia Salvemini** |
| 3.14 2 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.417**___<br>☐ Schedule G _____<br>**Michael Burden** |
| 3.14 3 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.422**___<br>☐ Schedule G _____<br>**Michael Eigner** |
| 3.14 4 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.424**___<br>☐ Schedule G _____<br>**Michael Kesselman** |
| 3.14 5 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.429**___<br>☐ Schedule G _____<br>**Michael Shenker** |
| 3.14 6 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.433**___<br>☐ Schedule G _____<br>**Michele DeFranco** |

Debtor 1   **Michael P. D'Alessio**                                                              Case number *(if known)*   **18-22552**

| | |
|---|---|
| ██ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.14 7   **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.434**_
☐ Schedule G _____
**Monica Spier as Trustee of the Monica**

---

3.14 8   **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.437**_
☐ Schedule G _____
**Nadia Nedelcheva**

---

3.14 9   **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.438**_
☐ Schedule G _____
**Nathan & Pearl Halegua**

---

3.15 0   **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.441**_
☐ Schedule G _____
**Neil Levy**

---

3.15 1   **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.444**_
☐ Schedule G _____
**Neil Ptashnik**

---

3.15 2   **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _**4.447**_
☐ Schedule G _____
**Nellie Giblaint**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.15
3

**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.453**___
☐ Schedule G _____
**Nicholas Guerriero**

---

3.15
4

**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.454**___
☐ Schedule G _____
**P&R Family LLC**

---

3.15
5

**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.457**___
☐ Schedule G _____
**Paul Bunt**

---

3.15
6

**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.458**___
☐ Schedule G _____
**PCJ Investments LLC**

---

3.15
7

**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.462**___
☐ Schedule G _____
**Pensco Trust Company FBO Howard Rosen**

---

3.15
8

**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.464**___
☐ Schedule G _____
**Pensco Trust Company FBO James Wacht**

---

3.15
9

**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.465**___
☐ Schedule G _____
**Peter Dreyfuss**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.16 0 | **163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.467___
☐ Schedule G _____
**Peter Rosenthal**

---

3.16 1 | **163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.471___
☐ Schedule G _____
**Philip Fiederlein**

---

3.16 2 | **163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.476___
☐ Schedule G _____
**Philip Goldstein Living Trust 11/30/10**

---

3.16 3 | **163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.479___
☐ Schedule G _____
**Philip Malakoff**

---

3.16 4 | **163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.482___
☐ Schedule G _____
**Phyllis C. Cohen Irrevocable Trust,**

---

3.16 5 | **163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.495___
☐ Schedule G _____
**Ram Gupta**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.16<br>6 | **163-165 East 62nd Street Holding LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.501**<br>☐ Schedule G _____<br>**Rejis Realty LLC** |
| 3.16<br>7 | **163-165 East 62nd Street Holding LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.502**<br>☐ Schedule G _____<br>**Rella Fogliano** |
| 3.16<br>8 | **163-165 East 62nd Street Holding LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.503**<br>☐ Schedule G _____<br>**Richard Giliotti** |
| 3.16<br>9 | **163-165 East 62nd Street Holding LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.506**<br>☐ Schedule G _____<br>**RNG WEA LLC** |
| 3.17<br>0 | **163-165 East 62nd Street Holding LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.509**<br>☐ Schedule G _____<br>**Robert Cicero** |
| 3.17<br>1 | **163-165 East 62nd Street Holding LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.512**<br>☐ Schedule G _____<br>**Robert Feldman** |
| 3.17<br>2 | **163-165 East 62nd Street Holding LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.513**<br>☐ Schedule G _____<br>**Robert Hochman** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

---

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

| 3.17 3 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.517__<br>☐ Schedule G _____<br>**Robert Rosen** |
|---|---|---|
| 3.17 4 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.518__<br>☐ Schedule G _____<br>**Robert Rosenthal** |
| 3.17 5 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.523__<br>☐ Schedule G _____<br>**Rochelle Kesselman** |
| 3.17 6 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.524__<br>☐ Schedule G _____<br>**Roger Colonna** |
| 3.17 7 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.525__<br>☐ Schedule G _____<br>**Roger Schneier** |
| 3.17 8 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.531__<br>☐ Schedule G _____<br>**Ronald Garfunkel** |

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.179 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.536**<br>☐ Schedule G _____<br>**Ross Epstein** |
| 3.180 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.538**<br>☐ Schedule G _____<br>**Ross Goldenberg** |
| 3.181 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.542**<br>☐ Schedule G _____<br>**Ross Weissman** |
| 3.182 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.561**<br>☐ Schedule G _____<br>**Saulyco LLC** |
| 3.183 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.564**<br>☐ Schedule G _____<br>**Scott DeCarolis** |
| 3.184 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.573**<br>☐ Schedule G _____<br>**Shoshana Abramoff** |
| 3.185 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.585**<br>☐ Schedule G _____<br>**Six Six Holdings 62nd St LLC** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| ▮ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.18<br>6 | **163-165 East 62nd Street Holdi<br>ng LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.592___<br>☐ Schedule G _____<br>**Stephen Nardoni** |
| 3.18<br>7 | **163-165 East 62nd Street Holdi<br>ng LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.593___<br>☐ Schedule G _____<br>**Stephen Wolinetz** |
| 3.18<br>8 | **163-165 East 62nd Street Holdi<br>ng LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.603___<br>☐ Schedule G _____<br>**Steven Napoli** |
| 3.18<br>9 | **163-165 East 62nd Street Holdi<br>ng LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.615___<br>☐ Schedule G _____<br>**The Hyman Cohen Revocable Trust** |
| 3.19<br>0 | **163-165 East 62nd Street Holdi<br>ng LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.617___<br>☐ Schedule G _____<br>**The Joshua Epstein 2009 Trust** |
| 3.19<br>1 | **163-165 East 62nd Street Holdi<br>ng LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.618___<br>☐ Schedule G _____<br>**The Payroll Store Investments** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.19<br>2 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.627**<br>☐ Schedule G _____<br>**Timothy Gold** |
| 3.19<br>3 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.629**<br>☐ Schedule G _____<br>**TLM Holdings LLC** |
| 3.19<br>4 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.649**<br>☐ Schedule G _____<br>**William Bonomo** |
| 3.19<br>5 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.651**<br>☐ Schedule G _____<br>**William Jebaily** |
| 3.19<br>6 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.654**<br>☐ Schedule G _____<br>**Yehuda Biber** |
| 3.19<br>7 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.656**<br>☐ Schedule G _____<br>**Yoser & Elisheva Oratz** |
| 3.19<br>8 | **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.659**<br>☐ Schedule G _____<br>**Zachary Stone** |

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.199 | **17 Circle Rd - MBI LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.37__<br>☐ Schedule G _____<br>**Angelo Spray Foam Corp** |
| 3.200 | **17 Circle Rd - MBI LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.144__<br>☐ Schedule G _____<br>**Daimler Construction LLC** |
| 3.201 | **17 Circle Rd - MBI LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.200__<br>☐ Schedule G _____<br>**Eastern Metal Works Inc** |
| 3.202 | **17 Circle Rd - MBI LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.218__<br>☐ Schedule G _____<br>**Fairfield County Bank** |
| 3.203 | **17 Circle Rd - MBI LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.219__<br>☐ Schedule G _____<br>**Fairfield County Bank** |
| 3.204 | **17 Circle Rd - MBI LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.450__<br>☐ Schedule G _____<br>**New Plumbing & Heating Corp** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.20<br>5 | **17 Circle Rd - MBI LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.456**___<br>☐ Schedule G _____<br>**P.S. Electrical Contracting Corp** |
| 3.20<br>6 | **17 Circle Rd - MBI LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.527**___<br>☐ Schedule G _____<br>**Rogliano Construction** |
| 3.20<br>7 | **17 Circle Rd - MBI LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.546**___<br>☐ Schedule G _____<br>**RVB Construction Inc** |
| 3.20<br>8 | **17 Circle Rd - MBI LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.634**___<br>☐ Schedule G _____<br>**Total Comfort Inc** |
| 3.20<br>9 | **17 Circle Rd - MBI LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.637**___<br>☐ Schedule G _____<br>**United Overhead Door Corp** |
| 3.21<br>0 | **184 East 64th Street**<br>**Associates LLC 12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.105**___<br>☐ Schedule G _____<br>**Carefree Air & Water Management Inc** |
| 3.21<br>1 | **184 East 64th Street**<br>**Associates LLC 12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.145**___<br>☐ Schedule G _____<br>**Daimler Construction LLC** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.21 **184 East 64th Street**<br>2 **Associates LLC 12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.229**___<br>☐ Schedule G _____<br>**Fort Cica** |
| 3.21 **184 East 64th Street**<br>3 **Associates LLC 12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.369**___<br>☐ Schedule G _____<br>**Lippolis Electric Inc** |
| 3.21 **184 East 64th Street**<br>4 **Associates LLC 12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.448**___<br>☐ Schedule G _____<br>**New Plumbing & Heating Corp** |
| 3.21 **184 East 64th Street**<br>5 **Associates LLC 12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.487**___<br>☐ Schedule G _____<br>**Preferred Bank** |
| 3.21 **184 East 64th Street**<br>6 **Associates LLC 12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.544**___<br>☐ Schedule G _____<br>**Rufo A. Arias Corp** |
| 3.21 **184 East 64th Street Holding**<br>7 **LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.1**___<br>☐ Schedule G _____<br>**1516 Realty Group LLC** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

---

| ■ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.218 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.4**<br>☐ Schedule G _____<br>**Adam Cohen** |
| 3.219 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.7**<br>☐ Schedule G _____<br>**Adam Fields** |
| 3.220 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.28**<br>☐ Schedule G _____<br>**Alyse Lefton** |
| 3.221 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.40**<br>☐ Schedule G _____<br>**Anita Gupta** |
| 3.222 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.44**<br>☐ Schedule G _____<br>**Anthony Sr Bonomo** |
| 3.223 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.46**<br>☐ Schedule G _____<br>**Anthony, Jr. Bonomo** |
| 3.224 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.49**<br>☐ Schedule G _____<br>**Arlene Blatt** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
| --- | --- | --- | --- |

| | **Additional Page to List More Codebtors** |
| --- | --- |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
| --- | --- |

3.22
5

**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.51____
☐ Schedule G _____
**Arnold Waldman**

---

3.22
6

**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.72____
☐ Schedule G _____
**Barbara J. Fiederlein Trust for David, D**

---

3.22
7

**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.82____
☐ Schedule G _____
**Beverly Hazelkorn**

---

3.22
8

**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.88____
☐ Schedule G _____
**BMG Consulting Group LLC**

---

3.22
9

**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.96____
☐ Schedule G _____
**Bruce Azus**

---

3.23
0

**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.113____
☐ Schedule G _____
**Carol Merkel**

---

Schedule H: Your Codebtors
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
| --- | --- |
| 3.23<br>1 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.122**___<br>☐ Schedule G _____<br>**Chantal Pick** |
| 3.23<br>2 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.148**___<br>☐ Schedule G _____<br>**Daniel Rifkin** |
| 3.23<br>3 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.152**___<br>☐ Schedule G _____<br>**David & Rita Levy** |
| 3.23<br>4 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.171**___<br>☐ Schedule G _____<br>**David Tesser** |
| 3.23<br>5 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.178**___<br>☐ Schedule G _____<br>**Diamond Enterprises LLC** |
| 3.23<br>6 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.198**___<br>☐ Schedule G _____<br>**East 64th Street Realty Partners LLC** |
| 3.23<br>7 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___**4.222**___<br>☐ Schedule G _____<br>**Federlein Family 2012 Gift Trust, Barbar** |

---

Debtor 1  **Michael P. D'Alessio**

Case number *(if known)*  **18-22552**

| | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.23<br>8 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** |
| 3.23<br>9 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** |
| 3.24<br>0 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** |
| 3.24<br>1 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** |
| 3.24<br>2 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** |
| 3.24<br>3 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** |

3.238
☐ Schedule D, line _____
■ Schedule E/F, line __4.227__
☐ Schedule G _____
**Fiederlein Family LLC**

3.239
☐ Schedule D, line _____
■ Schedule E/F, line __4.236__
☐ Schedule G _____
**Frima Edelstein**

3.240
☐ Schedule D, line _____
■ Schedule E/F, line __4.240__
☐ Schedule G _____
**Gamor Company LLC**

3.241
☐ Schedule D, line _____
■ Schedule E/F, line __4.247__
☐ Schedule G _____
**Gerald Levy**

3.242
☐ Schedule D, line _____
■ Schedule E/F, line __4.269__
☐ Schedule G _____
**Gregory Calabro**

3.243
☐ Schedule D, line _____
■ Schedule E/F, line __4.290__
☐ Schedule G _____
**Jaclyn Bonomo**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.24<br>4 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.295___<br>☐ Schedule G<br>**Jason Griffith** |
| 3.24<br>5 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.314___<br>☐ Schedule G<br>**John Cannon** |
| 3.24<br>6 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.316___<br>☐ Schedule G<br>**John Ernenwein** |
| 3.24<br>7 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.329___<br>☐ Schedule G<br>**Joseph Dinoia** |
| 3.24<br>8 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.340___<br>☐ Schedule G<br>**Julianne Bonomo** |
| 3.24<br>9 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.358___<br>☐ Schedule G<br>**Lawrence Dolin** |
| 3.25<br>0 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.373___<br>☐ Schedule G<br>**Lisa West** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|

3.25
1
**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.392___
☐ Schedule G _____
**Marilyn Yukelson**

---

3.25
2
**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.397___
☐ Schedule G _____
**Mark Engel**

---

3.25
3
**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.405___
☐ Schedule G _____
**Matthew Engel**

---

3.25
4
**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.409___
☐ Schedule G _____
**Mautner-Glick Corp Profit Sharing Plan**

---

3.25
5
**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.425___
☐ Schedule G _____
**Michael Kesselman**

---

3.25
6
**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.428___
☐ Schedule G _____
**Michael Rothschild**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1   **Michael P. D'Alessio**

Case number *(if known)*   **18-22552**

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.25<br>7 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.439**___<br>☐ Schedule G _____<br>**Nathan & Pearl Halegua** |
| 3.25<br>8 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.463**___<br>☐ Schedule G _____<br>**Pensco Trust Company FBO Howard Rosen** |
| 3.25<br>9 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.472**___<br>☐ Schedule G _____<br>**Philip Fiederlein** |
| 3.26<br>0 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.496**___<br>☐ Schedule G _____<br>**Ram Gupta** |
| 3.26<br>1 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.519**___<br>☐ Schedule G _____<br>**Robert Rosenthal** |
| 3.26<br>2 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.526**___<br>☐ Schedule G _____<br>**Roger Schneier** |
| 3.26<br>3 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.532**___<br>☐ Schedule G _____<br>**Ronald Garfunkel** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.26<br>4 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.537___<br>☐ Schedule G _____<br>**Ross Epstein** |
| 3.26<br>5 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.549___<br>☐ Schedule G _____<br>**S.T.V. Realty, LLC** |
| 3.26<br>6 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.562___<br>☐ Schedule G _____<br>**Saulyco LLC** |
| 3.26<br>7 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.563___<br>☐ Schedule G _____<br>**Scott & Ella Chick** |
| 3.26<br>8 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.569___<br>☐ Schedule G _____<br>**Scott Silberman** |
| 3.26<br>9 | **184 East 64th Street Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.574___<br>☐ Schedule G _____<br>**Sierra Real Estate LLC** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.27<br>0 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.598**<br>☐ Schedule G _____<br>**Steven Engel** |
| 3.27<br>1 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.628**<br>☐ Schedule G _____<br>**Tina Jebaily-Post** |
| 3.27<br>2 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.646**<br>☐ Schedule G _____<br>**Vivian Cardia** |
| 3.27<br>3 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.652**<br>☐ Schedule G _____<br>**William Jebaily** |
| 3.27<br>4 | **227 E 67th Street Associates**<br>**LLC  12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.370**<br>☐ Schedule G _____<br>**Lippolis Electric Inc** |
| 3.27<br>5 | **227 E 67th Street Associates**<br>**LLC  12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.486**<br>☐ Schedule G _____<br>**Preferred Bank** |
| 3.27<br>6 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.5**<br>☐ Schedule G _____<br>**Adam Cohen** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

---

| ■ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.27
7
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.8___
☐ Schedule G _____
**Adam Fields**

---

3.27
8
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.16___
☐ Schedule G _____
**Alan Snider, Trustee of the Alan Snider**

---

3.27
9
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.21___
☐ Schedule G _____
**Allan Miller**

---

3.28
0
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.29___
☐ Schedule G _____
**Alyse Lefton**

---

3.28
1
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.41___
☐ Schedule G _____
**Anita Gupta**

---

3.28
2
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.52___
☐ Schedule G _____
**Arnold Waldman**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.28<br>3 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.60**___<br>☐ Schedule G _____<br>**Attis Properties Inc** |
| 3.28<br>4 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.80**___<br>☐ Schedule G _____<br>**Beverly Griffith** |
| 3.28<br>5 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.84**___<br>☐ Schedule G _____<br>**Beverly Hazelkorn** |
| 3.28<br>6 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.89**___<br>☐ Schedule G _____<br>**Bonni Stanley** |
| 3.28<br>7 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.94**___<br>☐ Schedule G _____<br>**Bruce Azus** |
| 3.28<br>8 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.114**___<br>☐ Schedule G _____<br>**Carol Merkel** |
| 3.28<br>9 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.117**___<br>☐ Schedule G _____<br>**Caroline Graves** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

---

| ▉ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.29
0

**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.129**___
☐ Schedule G _____
**Chris Canzone**

---

3.29
1

**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.159**___
☐ Schedule G _____
**David Cohen**

---

3.29
2

**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.163**___
☐ Schedule G _____
**David Levy**

---

3.29
3

**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.164**___
☐ Schedule G _____
**David Miller**

---

3.29
4

**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.169**___
☐ Schedule G _____
**David Samuels**

---

3.29
5

**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.179**___
☐ Schedule G _____
**Diamond Enterprises LLC**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.29
6

**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.195**
☐ Schedule G _____
**Dynaire Corporation**

3.29
7

**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.197**
☐ Schedule G _____
**EAA Investments**

3.29
8

**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.205**
☐ Schedule G _____
**Elizabeth Armstrong**

3.29
9

**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.206**
☐ Schedule G _____
**Elizabeth Canzone**

3.30
0

**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.210**
☐ Schedule G _____
**Ellen Goldstein Living Trust 11/30/10, E**

3.30
1

**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.228**
☐ Schedule G _____
**Fiederlein Family LLC**

3.30
2

**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.233**
☐ Schedule G _____
**Frank Canzone**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.30 3
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.234___
☐ Schedule G _____
**Frank Delucia**

---

3.30 4
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.248___
☐ Schedule G _____
**Gerald Levy**

---

3.30 5
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.259___
☐ Schedule G _____
**Golden Touch Investments, LLC**

---

3.30 6
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.274___
☐ Schedule G _____
**Herbert Ash**

---

3.30 7
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.283___
☐ Schedule G _____
**Ira Gordon**

---

3.30 8
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.292___
☐ Schedule G _____
**James Slattery**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

---

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.30<br>9 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.296**<br>☐ Schedule G _____<br>**Jason Griffith** |
| 3.31<br>0 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.297**<br>☐ Schedule G _____<br>**Jason Lieberman** |
| 3.31<br>1 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.300**<br>☐ Schedule G _____<br>**Jeffrey Mortman** |
| 3.31<br>2 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.307**<br>☐ Schedule G _____<br>**Jerry Pinsky** |
| 3.31<br>3 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.317**<br>☐ Schedule G _____<br>**John Ernenwein** |
| 3.31<br>4 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.331**<br>☐ Schedule G _____<br>**Joseph Raab** |
| 3.31<br>5 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.346**<br>☐ Schedule G _____<br>**Keith Hummel** |

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|---|
| 3.31 6 | **227 E 67th Street Holding LLC** <br> **12 Water Street** <br> **Suite 204** <br> **White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line _____ **4.359** <br> ☐ Schedule G _____ <br> **Lawrence Dolin** |
| 3.31 7 | **227 E 67th Street Holding LLC** <br> **12 Water Street** <br> **Suite 204** <br> **White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line _____ **4.366** <br> ☐ Schedule G _____ <br> **Lillian Fazio** |
| 3.31 8 | **227 E 67th Street Holding LLC** <br> **12 Water Street** <br> **Suite 204** <br> **White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line _____ **4.374** <br> ☐ Schedule G _____ <br> **Lisa West** |
| 3.31 9 | **227 E 67th Street Holding LLC** <br> **12 Water Street** <br> **Suite 204** <br> **White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line _____ **4.381** <br> ☐ Schedule G _____ <br> **Marc Engel** |
| 3.32 0 | **227 E 67th Street Holding LLC** <br> **12 Water Street** <br> **Suite 204** <br> **White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line _____ **4.390** <br> ☐ Schedule G _____ <br> **Marilyn Shendell** |
| 3.32 1 | **227 E 67th Street Holding LLC** <br> **12 Water Street** <br> **Suite 204** <br> **White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line _____ **4.398** <br> ☐ Schedule G _____ <br> **Mark Engel** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |

◼ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.32<br>2 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>◼ Schedule E/F, line ___**4.406**___<br>☐ Schedule G _____<br>**Matthew Engel** |
| 3.32<br>3 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>◼ Schedule E/F, line ___**4.408**___<br>☐ Schedule G _____<br>**Matthew Levy** |
| 3.32<br>4 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>◼ Schedule E/F, line ___**4.410**___<br>☐ Schedule G _____<br>**Mautner-Glick Corp Profit Sharing Plan** |
| 3.32<br>5 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>◼ Schedule E/F, line ___**4.427**___<br>☐ Schedule G _____<br>**Michael Klarman** |
| 3.32<br>6 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>◼ Schedule E/F, line ___**4.430**___<br>☐ Schedule G _____<br>**Michael Strauss** |
| 3.32<br>7 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>◼ Schedule E/F, line ___**4.431**___<br>☐ Schedule G _____<br>**Michael Wurf** |
| 3.32<br>8 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>◼ Schedule E/F, line ___**4.435**___<br>☐ Schedule G _____<br>**Monica Spier as Trustee of the Monica** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

|  | **Additional Page to List More Codebtors** |  |
|---|---|---|
|  | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.32<br>9 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.442**___<br>☐ Schedule G _____<br>**Neil Levy** |

| 3.33<br>0 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.473**___<br>☐ Schedule G _____<br>**Philip Fiederlein** |

| 3.33<br>1 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.477**___<br>☐ Schedule G _____<br>**Philip Goldstein Living Trust 11/30/10** |

| 3.33<br>2 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.497**___<br>☐ Schedule G _____<br>**Ram Gupta** |

| 3.33<br>3 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.499**___<br>☐ Schedule G _____<br>**Rebecca Levy** |

| 3.33<br>4 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.505**___<br>☐ Schedule G _____<br>**Rita Levy** |

Debtor 1  **Michael P. D'Alessio**                                      Case number *(if known)*  **18-22552**

---

|  | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

| | | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

| 3.33 5 | **227 E 67th Street Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.510** ☐ Schedule G _____ **Robert Cicero** |
| 3.33 6 | **227 E 67th Street Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.534** ☐ Schedule G _____ **Ronald Marchand** |
| 3.33 7 | **227 E 67th Street Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.539** ☐ Schedule G _____ **Ross Goldenberg** |
| 3.33 8 | **227 E 67th Street Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.550** ☐ Schedule G _____ **S.T.V. Realty, LLC** |
| 3.33 9 | **227 E 67th Street Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.570** ☐ Schedule G _____ **Scott Silberman** |
| 3.34 0 | **227 E 67th Street Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.571** ☐ Schedule G _____ **Sheldon Mann** |
| 3.34 1 | **227 E 67th Street Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.572** ☐ Schedule G _____ **Sheri Daniels** |

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| ■ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.34<br>2 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.590**___<br>☐ Schedule G _____<br>**Stacy Gendels** |
| 3.34<br>3 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.599**___<br>☐ Schedule G _____<br>**Steven Engel** |
| 3.34<br>4 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.601**___<br>☐ Schedule G _____<br>**Steven Gutenplan** |
| 3.34<br>5 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.602**___<br>☐ Schedule G _____<br>**Steven Hertz** |
| 3.34<br>6 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.604**___<br>☐ Schedule G _____<br>**Steven Napoli** |
| 3.34<br>7 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.613**___<br>☐ Schedule G _____<br>**The Debra Rein Exempt GST Trust,** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.348 **227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line **4.632**
☐ Schedule G _____
**Todd Hazelkorn**

---

3.349 **2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line **4.22**
☐ Schedule G _____
**Allan Miller**

---

3.350 **2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line **4.59**
☐ Schedule G _____
**Attis Properties Inc**

---

3.351 **2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line **4.62**
☐ Schedule G _____
**B.A.T. Man LLC**

---

3.352 **2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line **4.63**
☐ Schedule G _____
**B.E. Kopaskie**

---

3.353 **2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line **4.116**
☐ Schedule G _____
**Carol Scibelli**

---

3.354 **2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line **4.130**
☐ Schedule G _____
**Christine Phillips**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.35 5    **2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.156**
☐ Schedule G _____
**David & Susan Diamond**

---

3.35 6    **2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.165**
☐ Schedule G _____
**David Miller**

---

3.35 7    **2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.173**
☐ Schedule G _____
**Denise Zollo**

---

3.35 8    **2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.180**
☐ Schedule G _____
**Diamond Enterprises LLC**

---

3.35 9    **2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.188**
☐ Schedule G _____
**Donato Ciaccia**

---

3.36 0    **2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.208**
☐ Schedule G _____
**Elizabeth Strange**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.36<br>1 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.212__<br>☐ Schedule G _____<br>**Ellen Goldstein Living Trust 11/30/10, E** |
| 3.36<br>2 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.214__<br>☐ Schedule G _____<br>**Erin Diamond** |
| 3.36<br>3 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.231__<br>☐ Schedule G _____<br>**Francis Carbone** |
| 3.36<br>4 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.238__<br>☐ Schedule G _____<br>**Gabriel Carbone** |
| 3.36<br>5 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.242__<br>☐ Schedule G _____<br>**Gene Greenfest** |
| 3.36<br>6 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.277__<br>☐ Schedule G _____<br>**Herminio Torres** |
| 3.36<br>7 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.302__<br>☐ Schedule G _____<br>**Jeffrey Rosenthal** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.36
8

**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.305**___
☐ Schedule G _____
**Jennifer Chervin**

---

3.36
9

**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.311**___
☐ Schedule G _____
**John & Catherine Strange Irrevocable**

---

3.37
0

**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.321**___
☐ Schedule G _____
**John Quattrochi**

---

3.37
1

**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.322**___
☐ Schedule G _____
**John Strange**

---

3.37
2

**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.336**___
☐ Schedule G _____
**Joshua & Angie Brown**

---

3.37
3

**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.341**___
☐ Schedule G _____
**Karen Greenbaum**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number *(if known)*    **18-22552**

---

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.37<br>4 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.342**<br>☐ Schedule G _____<br>**Karen Greenbaum** |
| 3.37<br>5 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.347**<br>☐ Schedule G _____<br>**Keith Hummel** |
| 3.37<br>6 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.350**<br>☐ Schedule G _____<br>**Kuldeepak Acharya** |
| 3.37<br>7 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.353**<br>☐ Schedule G _____<br>**Lance Kuba** |
| 3.37<br>8 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.378**<br>☐ Schedule G _____<br>**Luise Barrack** |
| 3.37<br>9 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.384**<br>☐ Schedule G _____<br>**Marc Strange** |
| 3.38<br>0 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.386**<br>☐ Schedule G _____<br>**Marianne Tesler** |

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.38
1
**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.421___
☐ Schedule G _____
**Michael Cirenza**

3.38
2
**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.480___
☐ Schedule G _____
**Philip Malakoff**

3.38
3
**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.507___
☐ Schedule G _____
**Robert Blanda**

3.38
4
**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.511___
☐ Schedule G _____
**Robert Cicero**

3.38
5
**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.514___
☐ Schedule G _____
**Robert Palestra**

3.38
6
**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.521___
☐ Schedule G _____
**Robert Rosenthal**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| ■ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- |
| 3.38<br>7 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.552**<br>☐ Schedule G _____<br>**Salvatore Barone** |
| 3.38<br>8 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.566**<br>☐ Schedule G _____<br>**Scott Levine** |
| 3.38<br>9 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.591**<br>☐ Schedule G _____<br>**Stephanie Milo** |
| 3.39<br>0 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.606**<br>☐ Schedule G _____<br>**Steven Napoli** |
| 3.39<br>1 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.614**<br>☐ Schedule G _____<br>**The Debra Rein Exempt GST Trust,** |
| 3.39<br>2 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.622**<br>☐ Schedule G _____<br>**Theodore Strange** |
| 3.39<br>3 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.644**<br>☐ Schedule G _____<br>**Victoria Strange** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

 **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.39 **3 Sandpiper Court Holding LLC**
4    **12 Water Street**
   **Suite 204**
   **White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.27**___
☐ Schedule G _____
**Alyse Lefton**

3.39 **3 Sandpiper Court Holding LLC**
5    **12 Water Street**
   **Suite 204**
   **White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.38**___
☐ Schedule G _____
**Anita Gupta**

3.39 **3 Sandpiper Court Holding LLC**
6    **12 Water Street**
   **Suite 204**
   **White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.54**___
☐ Schedule G _____
**Attis Properties Inc**

3.39 **3 Sandpiper Court Holding LLC**
7    **12 Water Street**
   **Suite 204**
   **White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.83**___
☐ Schedule G _____
**Beverly Hazelkorn**

3.39 **3 Sandpiper Court Holding LLC**
8    **12 Water Street**
   **Suite 204**
   **White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.98**___
☐ Schedule G _____
**Bruce Azus**

3.39 **3 Sandpiper Court Holding LLC**
9    **12 Water Street**
   **Suite 204**
   **White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.111**___
☐ Schedule G _____
**Carol Merkel**

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.40<br>0 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.153**<br>☐ Schedule G _____<br>**David & Rita Levy** |
| 3.40<br>1 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.225**<br>☐ Schedule G _____<br>**Fiederlein Family LLC** |
| 3.40<br>2 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.246**<br>☐ Schedule G _____<br>**Gerald Levy** |
| 3.40<br>3 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.343**<br>☐ Schedule G _____<br>**Keith Hummel** |
| 3.40<br>4 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.363**<br>☐ Schedule G _____<br>**Leonard Shendell** |
| 3.40<br>5 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.382**<br>☐ Schedule G _____<br>**Marc Engel** |
| 3.40<br>6 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line    **4.395**<br>☐ Schedule G _____<br>**Mark Engel** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.40<br>7 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.403**___<br>☐ Schedule G _____<br>**Matthew Engel** |
|---|---|---|

| 3.40<br>8 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.494**___<br>☐ Schedule G _____<br>**Ram Gupta** |
|---|---|---|

| 3.40<br>9 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.568**___<br>☐ Schedule G _____<br>**Scott Silberman** |
|---|---|---|

| 3.41<br>0 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.597**___<br>☐ Schedule G _____<br>**Steven Engel** |
|---|---|---|

| 3.41<br>1 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.630**___<br>☐ Schedule G _____<br>**Todd Hazelkorn** |
|---|---|---|

| 3.41<br>2 | **3 Sandpiper Court LLC**<br>**12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.185**___<br>☐ Schedule G _____<br>**Dominick R. Pilla Associates PC** |
|---|---|---|

| Debtor 1 | **Michael P. D'Alessio** | | | Case number *(if known)* | **18-22552** |

---

█ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.41<br>3 | **3 Sandpiper Court LLC**<br>**12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.303___<br>☐ Schedule G _____<br>**Jeffrey T. Butler, P.E. P.C.** |
| 3.41<br>4 | **3 Sandpiper Court LLC**<br>**12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.326___<br>☐ Schedule G _____<br>**Joseph Crocco Architect PC** |
| 3.41<br>5 | **3 Sandpiper Court LLC**<br>**12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.483___<br>☐ Schedule G _____<br>**Pilot Real Estate Group** |
| 3.41<br>6 | **3 Sandpiper Court LLC**<br>**12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.587___<br>☐ Schedule G _____<br>**Squires, Holden Weisenbacher** |
| 3.41<br>7 | **3100 Tremont Associates Inc**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.575___<br>☐ Schedule G _____<br>**Signature Bank** |
| 3.41<br>8 | **3100 Tremont Associates Inc**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.576___<br>☐ Schedule G _____<br>**Signature Bank** |
| 3.41<br>9 | **3100 Tremont Associates LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Meyer Suozzi English & Klein P.C.** |

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

 **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.42<br>0 | **3200 Tremont Associates Inc**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.577**____<br>☐ Schedule G _____<br>**Signature Bank** |
| 3.42<br>1 | **3200 Tremont Associates Inc**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.578**____<br>☐ Schedule G _____<br>**Signature Bank** |
| 3.42<br>2 | **3219 Tremont Corp.**<br>**12 Water Steet**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Meyer Suozzi, English & Klein P.C.** |
| 3.42<br>3 | **3219 Tremont Corp.**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.579**____<br>☐ Schedule G _____<br>**Signature Bank** |
| 3.42<br>4 | **3219 Tremont Corp.**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.580**____<br>☐ Schedule G _____<br>**Signature Bank** |
| 3.42<br>5 | **3225 East Tremont Associates**<br>**LLC  12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.582**____<br>☐ Schedule G _____<br>**Signature Bank** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

▋ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.42
6
**3225 East Tremont Associates
LLC  12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.581**___
☐ Schedule G _____
**Signature Bank**

---

3.42
7
**3225 East Tremont Associates LLC
12 Water Street
Suite 24
White Plains, NY 10601**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G _____
**Meyer Suozzi, English & Klein P.C.**

---

3.42
8
**323 East 53rd Associates LLC
12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.14**___
☐ Schedule G _____
**AirSeal Insulation Systems**

---

3.42
9
**323 East 53rd Associates LLC
12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.15**___
☐ Schedule G _____
**AirSeal Insulation Systems**

---

3.43
0
**323 East 53rd Associates LLC
12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**All Star Security & Communications Inc**

---

3.43
1
**323 East 53rd Associates LLC
12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.23**___
☐ Schedule G _____
**Allstate Sprinkler Corp**

---

3.43
2
**323 East 53rd Associates LLC
12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.30**___
☐ Schedule G _____
**Alyse Lefton**

---

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.43
3
**323 East 53rd Associates LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.104**___
☐ Schedule G _____
**Carefree Air & Water Management Inc**

---

3.43
4
**323 East 53rd Associates LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.3**___
☐ Schedule G _____
**323 E 53rd Street Lender LLC**

---

3.43
5
**323 East 53rd Associates LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.139**___
☐ Schedule G _____
**Consolidated Scaffold & Bridge Corp**

---

3.43
6
**323 East 53rd Associates LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.146**___
☐ Schedule G _____
**Daimler Construction LLC**

---

3.43
7
**323 East 53rd Associates LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.186**___
☐ Schedule G _____
**Dominick R. Pilla Associates PC**

---

3.43
8
**323 East 53rd Associates LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.286**___
☐ Schedule G _____
**Irwin Associates Inc**

---

| Debtor 1   **Michael P. D'Alessio** | Case number *(if known)*   **18-22552** |
|---|---|

| ▮ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.439   **323 East 53rd Associates LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.287**<br>☐ Schedule G   _____<br>**J.S.K. Construction Corp** |
| 3.440   **323 East 53rd Associates LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.368**<br>☐ Schedule G   _____<br>**Lippolis Electric Inc** |
| 3.441   **323 East 53rd Associates LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.449**<br>☐ Schedule G   _____<br>**New Plumbing & Heating Corp** |
| 3.442   **323 East 53rd Associates LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.547**<br>☐ Schedule G   _____<br>**S.R. Interiors, Inc** |
| 3.443   **323 East 53rd Associates LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.626**<br>☐ Schedule G   _____<br>**Times Buildings PC** |
| 3.444   **323 East 53rd Associates LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.641**<br>☐ Schedule G   _____<br>**Up Construction and Restoration Inc** |
| 3.445   **323 East 53rd Associates LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.645**<br>☐ Schedule G   _____<br>**Virtual Services** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

---

 **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.44 6  **323 East 53rd Associates LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.653___
☐ Schedule G _____
**Window Fix Inc**

---

3.44 7  **323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.9___
☐ Schedule G _____
**Adam Fields**

---

3.44 8  **323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.73___
☐ Schedule G _____
**Barbara J. Fiederlein Trust for David, D**

---

3.44 9  **323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.81___
☐ Schedule G _____
**Beverly Griffith**

---

3.45 0  **323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.95___
☐ Schedule G _____
**Bruce Azus**

---

3.45 1  **323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.115___
☐ Schedule G _____
**Carol Merkel**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.45 2  **323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.118**
☐ Schedule G _____
**Caroline Graves**

---

3.45 3  **323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.123**
☐ Schedule G _____
**Chantal Pick**

---

3.45 4  **323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.151**
☐ Schedule G _____
**Darren Kay**

---

3.45 5  **323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.155**
☐ Schedule G _____
**David & Susan Diamond**

---

3.45 6  **323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.157**
☐ Schedule G _____
**David Azus**

---

3.45 7  **323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.160**
☐ Schedule G _____
**David Cohen**

---

3.45 8  **323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.190**
☐ Schedule G _____
**Douglas & Diane Simon**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |

| Additional Page to List More Codebtors |
|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.45<br>9 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.203**___<br>☐ Schedule G _____<br>**Elizabeth Armstrong** |
| 3.46<br>0 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.207**___<br>☐ Schedule G _____<br>**Elizabeth Canzone** |
| 3.46<br>1 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.211**___<br>☐ Schedule G _____<br>**Ellen Goldstein Living Trust 11/30/10, E** |
| 3.46<br>2 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.223**___<br>☐ Schedule G _____<br>**Federlein Family 2012 Gift Trust, Barbar** |
| 3.46<br>3 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.249**___<br>☐ Schedule G _____<br>**Gerald Levy** |
| 3.46<br>4 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.252**___<br>☐ Schedule G _____<br>**Glen Irwin** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.46<br>5 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.260**___<br>☐ Schedule G _____<br>**Golden Touch Investments, LLC** |
| 3.46<br>6 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.270**___<br>☐ Schedule G _____<br>**Gregory Calabro** |
| 3.46<br>7 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.282**___<br>☐ Schedule G _____<br>**Integrated Electronic Solutions Inc** |
| 3.46<br>8 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.284**___<br>☐ Schedule G _____<br>**Ira Gordon** |
| 3.46<br>9 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.298**___<br>☐ Schedule G _____<br>**Jason Lieberman** |
| 3.47<br>0 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.318**___<br>☐ Schedule G _____<br>**John Ernenwein** |
| 3.47<br>1 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.323**___<br>☐ Schedule G _____<br>**Joint Venture MBP, LLC** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.47<br>2 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.338**__<br>☐ Schedule G _____<br>**Judah Hammer** |
| 3.47<br>3 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.360**__<br>☐ Schedule G _____<br>**Lawrence Dolin** |
| 3.47<br>4 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.375**__<br>☐ Schedule G _____<br>**Lisa West** |
| 3.47<br>5 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.383**__<br>☐ Schedule G _____<br>**Marc Engel** |
| 3.47<br>6 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.391**__<br>☐ Schedule G _____<br>**Marilyn Shendell** |
| 3.47<br>7 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.399**__<br>☐ Schedule G _____<br>**Mark Engel** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.47<br>8 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.407**<br>☐ Schedule G _____<br>**Matthew Engel** |
| 3.47<br>9 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.412**<br>☐ Schedule G _____<br>**Meir Milgraum** |
| 3.48<br>0 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.420**<br>☐ Schedule G _____<br>**Michael Callari** |
| 3.48<br>1 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.426**<br>☐ Schedule G _____<br>**Michael Kesselman** |
| 3.48<br>2 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.432**<br>☐ Schedule G _____<br>**Michael Wurf** |
| 3.48<br>3 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.455**<br>☐ Schedule G _____<br>**P&R Family LLC** |
| 3.48<br>4 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.459**<br>☐ Schedule G _____<br>**PCJ Investments LLC** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.48 5
**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.460___
☐ Schedule G _____
**Pearl Halegua Family Trust**

3.48 6
**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.461___
☐ Schedule G _____
**Pearl Halegua Family Trust**

3.48 7
**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.466___
☐ Schedule G _____
**Peter Dreyfuss**

3.48 8
**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.468___
☐ Schedule G _____
**Peter Rosenthal**

3.48 9
**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.474___
☐ Schedule G _____
**Philip Fiederlein**

3.49 0
**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.498___
☐ Schedule G _____
**Ram Gupta**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| ■ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.49<br>1 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.504**___<br>☐ Schedule G _____<br>**Richard Giliotti** |
| 3.49<br>2 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.520**___<br>☐ Schedule G _____<br>**Robert Rosenthal** |
| 3.49<br>3 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.533**___<br>☐ Schedule G _____<br>**Ronald Garfunkel** |
| 3.49<br>4 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.540**___<br>☐ Schedule G _____<br>**Ross Goldenberg** |
| 3.49<br>5 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.551**___<br>☐ Schedule G _____<br>**S.T.V. Realty, LLC** |
| 3.49<br>6 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.565**___<br>☐ Schedule G _____<br>**Scott DeCarolis** |
| 3.49<br>7 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.595**___<br>☐ Schedule G _____<br>**Steven & Lvana Alesio** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| | **Additional Page to List More Codebtors** | |
| --- | --- | --- |
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

| 3.498 | **323 East 53rd Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.600__ ☐ Schedule G _____ **Steven Engel** |
| 3.499 | **323 East 53rd Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.605__ ☐ Schedule G _____ **Steven Napoli** |
| 3.500 | **323 East 53rd Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.616__ ☐ Schedule G _____ **The Hyman Cohen Revocable Trust** |
| 3.501 | **323 East 53rd Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.619__ ☐ Schedule G _____ **The Payroll Store Investments** |
| 3.502 | **323 East 53rd Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.633__ ☐ Schedule G _____ **Todd Hazelkorn** |
| 3.503 | **323 East 53rd Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.648__ ☐ Schedule G _____ **Westminster Asset Management Corp** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

☐ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.50 4 | **3600 Tremont Associates Inc**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.583__<br>☐ Schedule G _____<br>**Signature Bank** |
| 3.50 5 | **3600 Tremont Associates Inc**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.584__<br>☐ Schedule G _____<br>**Signature Bank** |
| 3.50 6 | **39 Middle Pond Road**<br>**Associates LLC  12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.488__<br>☐ Schedule G _____<br>**Preferred Bank** |
| 3.50 7 | **41 Middle Pond Road Associates**<br>**LLC  12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.119__<br>☐ Schedule G _____<br>**Case's Creek** |
| 3.50 8 | **41-45 MPR Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.61__<br>☐ Schedule G _____<br>**Attis Ventures LLC** |
| 3.50 9 | **41-45 MPR Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.110__<br>☐ Schedule G _____<br>**Carol Merkel** |
| 3.51 0 | **41-45 MPR Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.181__<br>☐ Schedule G _____<br>**Diane Rosenberg** |

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.51<br>1 | **41-45 MPR Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _____**4.361**<br>☐ Schedule G _____<br>**LDSP LLC Attn: Phil Healy** |
| 3.51<br>2 | **41Middle Pond Road Associates**<br>**LLC  12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _____**4.304**<br>☐ Schedule G _____<br>**Jeffrey T. Butler, P.E. P.C.** |
| 3.51<br>3 | **41Middle Pond Road Associates**<br>**LLC  12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _____**4.327**<br>☐ Schedule G _____<br>**Joseph Crocco Architect PC** |
| 3.51<br>4 | **41Middle Pond Road Associates**<br>**LLC  12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _____**4.371**<br>☐ Schedule G _____<br>**Lippolis Electric Inc** |
| 3.51<br>5 | **41Middle Pond Road Associates**<br>**LLC  12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _____**4.492**<br>☐ Schedule G _____<br>**R. W. Behan Contracting Inc** |
| 3.51<br>6 | **41Middle Pond Road Associates**<br>**LLC  12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _____**4.588**<br>☐ Schedule G _____<br>**Squires, Holden Weisenbacher** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

---

3.51
7

**41Middle Pond Road Associates
LLC  12 Water St
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.636___
☐ Schedule G _____
**Twomey, Latham, Shea,**

---

3.51
8

**41Middle Pond Road Associates
LLC  12 Water St
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.638___
☐ Schedule G _____
**Unity Servicing LLC**

---

3.51
9

**43 Middle Pond Road Associates
LLC  12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.304___
☐ Schedule G _____
**Jeffrey T. Butler, P.E. P.C.**

---

3.52
0

**43 Middle Pond Road Associates
LLC  12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.327___
☐ Schedule G _____
**Joseph Crocco Architect PC**

---

3.52
1

**43 Middle Pond Road Associates
LLC  12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.371___
☐ Schedule G _____
**Lippolis Electric Inc**

---

3.52
2

**43 Middle Pond Road Associates
LLC  12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.411___
☐ Schedule G _____
**Maxim Capital Group**

---

3.52
3

**43 Middle Pond Road Associates
LLC  12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.588___
☐ Schedule G _____
**Squires, Holden Weisenbacher**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.52<br>4 | **43 Middle Pond Road Associates**<br>**LLC  12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.636___<br>☐ Schedule G _____<br>**Twomey, Latham, Shea,** |
| 3.52<br>5 | **43 Middle Pond Road Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.19___<br>☐ Schedule G _____<br>**Allan Miller** |
| 3.52<br>6 | **43 Middle Pond Road Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>**Alyse Lefton** |
| 3.52<br>7 | **43 Middle Pond Road Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.74___<br>☐ Schedule G _____<br>**Barbara Vega** |
| 3.52<br>8 | **43 Middle Pond Road Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.119___<br>☐ Schedule G _____<br>**Case's Creek** |
| 3.52<br>9 | **43 Middle Pond Road Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.168___<br>☐ Schedule G _____<br>**David Samuels** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor 1    **Michael P. D'Alessio**                                           Case number *(if known)*    **18-22552**

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.53<br>0 | **43 Middle Pond Road Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.226**<br>☐ Schedule G _____<br>**Fiederlein Family LLC** |
| 3.53<br>1 | **43 Middle Pond Road Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.244**<br>☐ Schedule G _____<br>**Gerald Dolman** |
| 3.53<br>2 | **43 Middle Pond Road Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.275**<br>☐ Schedule G _____<br>**Herminio Torres** |
| 3.53<br>3 | **43 Middle Pond Road Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.344**<br>☐ Schedule G _____<br>**Keith Hummel** |
| 3.53<br>4 | **43 Middle Pond Road Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.364**<br>☐ Schedule G _____<br>**Lillian Fazio** |
| 3.53<br>5 | **43 Middle Pond Road Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.394**<br>☐ Schedule G _____<br>**Mark Engel** |
| 3.53<br>6 | **43 Middle Pond Road Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.402**<br>☐ Schedule G _____<br>**Matthew Engel** |

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

 **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.53 7   **43 Middle Pond Road Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.419**
☐ Schedule G _____
**Michael Callari**

---

3.53 8   **43 Middle Pond Road Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.452**
☐ Schedule G _____
**Nicholas Guerriero**

---

3.53 9   **43 Middle Pond Road Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.548**
☐ Schedule G _____
**S.T.V. Realty, LLC**

---

3.54 0   **43 Middle Pond Road Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.558**
☐ Schedule G _____
**Samantha West**

---

3.54 1   **43 Middle Pond Road Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.596**
☐ Schedule G _____
**Steven Engel**

---

3.54 2   **43 Middle Pond Road Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.607**
☐ Schedule G _____
**Steven Samuels**

Debtor 1  **Michael P. D'Alessio**                                      Case number *(if known)*  **18-22552**

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.54<br>3 | **43 Middle Pond Road Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.631__<br>☐ Schedule G _____<br>**Todd Hazelkorn** |
| 3.54<br>4 | **45 Middle Pond Road Associates**<br>**LLC  12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.119__<br>☐ Schedule G _____<br>**Case's Creek** |
| 3.54<br>5 | **45 Middle Pond Road Associates**<br>**LLC  12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.304__<br>☐ Schedule G _____<br>**Jeffrey T. Butler, P.E. P.C.** |
| 3.54<br>6 | **45 Middle Pond Road Associates**<br>**LLC  12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.327__<br>☐ Schedule G _____<br>**Joseph Crocco Architect PC** |
| 3.54<br>7 | **45 Middle Pond Road Associates**<br>**LLC  12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.371__<br>☐ Schedule G _____<br>**Lippolis Electric Inc** |
| 3.54<br>8 | **45 Middle Pond Road Associates**<br>**LLC  12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.493__<br>☐ Schedule G _____<br>**R. W. Behan Contracting Inc** |
| 3.54<br>9 | **45 Middle Pond Road Associates**<br>**LLC  12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.588__<br>☐ Schedule G _____<br>**Squires, Holden Weisenbacher** |

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.55 0  **45 Middle Pond Road Associates LLC  12 Water Street**
Suite 204
White Plains, NY 10601

☐ Schedule D, line _____
■ Schedule E/F, line ___4.636___
☐ Schedule G _____
**Twomey, Latham, Shea,**

3.55 1  **45 Middle Pond Road Associates LLC  12 Water Street**
Suite 204
White Plains, NY 10601

☐ Schedule D, line _____
■ Schedule E/F, line ___4.639___
☐ Schedule G _____
**Unity Servicing LLC**

3.55 2  **937 Post Road Holding LLC**
12 Water Street
Suite 204
White Plains, NY 10601

☐ Schedule D, line _____
■ Schedule E/F, line ___4.320___
☐ Schedule G _____
**John Pantanelli**

3.55 3  **American Dream Realty LLC**
12 Water Street
Suite 204
White Plains, NY 10601

☐ Schedule D, line _____
■ Schedule E/F, line ___4.65___
☐ Schedule G _____
**Bank of America**

3.55 4  **Aspen Management Group LLC**
12 Water Street
Suite 204
White Plains, NY 10601

☐ Schedule D, line _____
■ Schedule E/F, line ___4.66___
☐ Schedule G _____
**Bank of America**

3.55 5  **Bluestone 163-165 LLC**
12 Water Street
Suite 204
White Plains, NY 10601

☐ Schedule D, line _____
■ Schedule E/F, line ___4.58___
☐ Schedule G _____
**Attis Properties Inc**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

---

| ■ | **Additional Page to List More Codebtors** |

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|

| 3.55 6 | **Bluestone 163-165 LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.85** ☐ Schedule G _____ **Bianca D'Alessio** |

| 3.55 7 | **Bluestone 163-165 LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.183** ☐ Schedule G _____ **Domenick Schettino** |

| 3.55 8 | **Bluestone 163-165 LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.349** ☐ Schedule G _____ **KMT Group** |

| 3.55 9 | **Bluestone 163-165 LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.445** ☐ Schedule G _____ **Neil Ptashnik** |

| 3.56 0 | **Bluestone 163-165 LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.470** ☐ Schedule G _____ **Phil Healy** |

| 3.56 1 | **Bluestone 163-165 LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.528** ☐ Schedule G _____ **Ronald & Irene D'Alessio** |

| 3.56 2 | **Bluestone 163-165 LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.554** ☐ Schedule G _____ **Salvatore Como** |

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.56<br>3 | **Bluestone 184 LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.262__<br>☐ Schedule G _____<br>**Golden Touch Investments, LLC** |
| 3.56<br>4 | **Bluestone 53 LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.261__<br>☐ Schedule G _____<br>**Golden Touch Investments, LLC** |
| 3.56<br>5 | **Bluestone 67 LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.555__<br>☐ Schedule G _____<br>**Salvatore Como** |
| 3.56<br>6 | **Bluestone Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.423__<br>☐ Schedule G _____<br>**Michael Finamore** |
| 3.56<br>7 | **Bluestone Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.469__<br>☐ Schedule G _____<br>**Peter Rosenthal** |
| 3.56<br>8 | **Bluestone Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.522__<br>☐ Schedule G _____<br>**Robert Rosenthal** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

---

| | **Additional Page to List More Codebtors** | |

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.56<br>9 | **Bluestone Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.529**___<br>☐ Schedule G _____<br>**Ronald & Irene D'Alessio** |
| 3.57<br>0 | **Bluestone Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.556**___<br>☐ Schedule G _____<br>**Salvatore Como** |
| 3.57<br>1 | **Bluestone Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.610**___<br>☐ Schedule G _____<br>**Taylor Rice** |
| 3.57<br>2 | **Bruckner East LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.489**___<br>☐ Schedule G _____<br>**Preferred Bank** |
| 3.57<br>3 | **Bruckner Transport LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.611**___<br>☐ Schedule G _____<br>**TD Auto Finance** |
| 3.57<br>4 | **Bruckner Transport LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.612**___<br>☐ Schedule G _____<br>**TD Auto Finance** |
| 3.57<br>5 | **D'Alessio Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.67**___<br>☐ Schedule G _____<br>**Bank of America** |

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.57 6 **D'Alessio Enterprises LLC**
12 Water Street
Suite 204
White Plains, NY 10601

☐ Schedule D, line _____
■ Schedule E/F, line __4.68__
☐ Schedule G _____
**Bank of America**

---

3.57 7 **Katsura Consulting Group LLC**
12 Water Street
Suite 204
White Plains, NY 10601

☐ Schedule D, line _____
■ Schedule E/F, line __4.490__
☐ Schedule G _____
**Preferred Bank**

---

3.57 8 **Katsura Consulting Group LLC**
12 Water Street
Suite 201
White Plains, NY 10601

☐ Schedule D, line _____
■ Schedule E/F, line __4.658__
☐ Schedule G _____
**Yvonne Schettino**

---

3.57 9 **Magnolia Consulting LLC**
12 Water Street
Suite 204
White Plains, NY 10601

☐ Schedule D, line _____
■ Schedule E/F, line __4.620__
☐ Schedule G _____
**The Westchester Bank**

---

3.58 0 **Michael Paul Enterprises LLC**
12 Water Street
Suite 204
White Plains, NY 10601

☐ Schedule D, line _____
■ Schedule E/F, line __4.18__
☐ Schedule G _____
**All Star Security & Communications Inc**

---

3.58 1 **Michael Paul Enterprises LLC**
12 Water Street
Suite 204
White Plains, NY 10601

☐ Schedule D, line _____
■ Schedule E/F, line __4.23__
☐ Schedule G _____
**Allstate Sprinkler Corp**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number (if known) | **18-22552** |

| | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.58
2

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.24**
☐ Schedule G _____
**Allstate Sprinkler Corp**

3.58
3

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.25**
☐ Schedule G _____
**Ally**

3.58
4

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.69**
☐ Schedule G _____
**Bank of America**

3.58
5

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.86**
☐ Schedule G _____
**Blackman Plumbing**

3.58
6

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.87**
☐ Schedule G _____
**Blue Tarp Financial Inc**

3.58
7

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.90**
☐ Schedule G _____
**Boston Road Equipment Rental**

3.58
8

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.91**
☐ Schedule G _____
**Braga Hardwood Flooring Inc**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

⬛ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.58
9
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.93___
☐ Schedule G _____
**Bridgehampton National Bank**

---

3.59
0
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.100___
☐ Schedule G _____
**Cancos Tile and Stone**

---

3.59
1
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.101___
☐ Schedule G _____
**Cancos Tile and Stone**

---

3.59
2
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.103___
☐ Schedule G _____
**Capital Industries Corp**

---

3.59
3
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.104___
☐ Schedule G _____
**Carefree Air & Water Management Inc**

---

3.59
4
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.105___
☐ Schedule G _____
**Carefree Air & Water Management Inc**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.59<br>5 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line _____ **4.106**<br>☐ Schedule G _____<br>**Carefree Air & Water Management Inc** |
| 3.59<br>6 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line _____ **4.119**<br>☐ Schedule G _____<br>**Case's Creek** |
| 3.59<br>7 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line _____ **4.120**<br>☐ Schedule G _____<br>**Celtic Services NYC Inc** |
| 3.59<br>8 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line _____ **4.132**<br>☐ Schedule G _____<br>**City Ironsmith Corp** |
| 3.59<br>9 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line _____ **4.133**<br>☐ Schedule G _____<br>**City Ironsmith Corp** |
| 3.60<br>0 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line _____ **4.139**<br>☐ Schedule G _____<br>**Consolidated Scaffold & Bridge Corp** |
| 3.60<br>1 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line _____ **4.144**<br>☐ Schedule G _____<br>**Daimler Construction LLC** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| ██ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

---

3.60
2
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.145**
☐ Schedule G _____
**Daimler Construction LLC**

---

3.60
3
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.146**
☐ Schedule G _____
**Daimler Construction LLC**

---

3.60
4
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.149**
☐ Schedule G _____
**Danisi Energy Company**

---

3.60
5
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.172**
☐ Schedule G _____
**Decorama Building & Plumbing Supply Inc**

---

3.60
6
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.175**
☐ Schedule G _____
**Despatch of Southampton M & S LLC**

---

3.60
7
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.184**
☐ Schedule G _____
**Dominick R. Pilla Associates PC**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.608 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.185**<br>☐ Schedule G _____<br>**Dominick R. Pilla Associates PC** |
| 3.609 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.186**<br>☐ Schedule G _____<br>**Dominick R. Pilla Associates PC** |
| 3.610 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.196**<br>☐ Schedule G _____<br>**Dynaire Corporation** |
| 3.611 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.199**<br>☐ Schedule G _____<br>**East End Country Kitchens Cabinets Inc** |
| 3.612 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.200**<br>☐ Schedule G _____<br>**Eastern Metal Works Inc** |
| 3.613 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.202**<br>☐ Schedule G _____<br>**Edge & Corner Tile & Marble** |
| 3.614 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.215**<br>☐ Schedule G _____<br>**Erwin & Bielinski, PLLC** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.61<br>5 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.224___<br>☐ Schedule G _____<br>**Feldman Lumber** |
| 3.61<br>6 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.229___<br>☐ Schedule G _____<br>**Fort Cica** |
| 3.61<br>7 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.230___<br>☐ Schedule G _____<br>**Fort Cica** |
| 3.61<br>8 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.237___<br>☐ Schedule G _____<br>**Gabor M. Szakal Consulting Engineers, P.** |
| 3.61<br>9 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.239___<br>☐ Schedule G _____<br>**Gabriel E. Senor, P.C.** |
| 3.62<br>0 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.241___<br>☐ Schedule G _____<br>**GC Warehouse LLC** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.62<br>1 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.243**___<br>☐ Schedule G _____<br>**GeoLand Corp** |
| 3.62<br>2 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.255**___<br>☐ Schedule G _____<br>**GM Financial Leasing** |
| 3.62<br>3 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.256**___<br>☐ Schedule G _____<br>**GM Financial Leasing** |
| 3.62<br>4 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.257**___<br>☐ Schedule G _____<br>**GM Financial Leasing** |
| 3.62<br>5 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.267**___<br>☐ Schedule G _____<br>**Greater Hudson Bank** |
| 3.62<br>6 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.279**___<br>☐ Schedule G _____<br>**Hilti Inc** |
| 3.62<br>7 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.280**___<br>☐ Schedule G _____<br>**Infiniti Financial Services** |

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |

---

 **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

| 3.62 8 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.287__<br>☐ Schedule G _____<br>**J.S.K. Construction Corp** |

| 3.62 9 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.293__<br>☐ Schedule G _____<br>**Janovic** |

| 3.63 0 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.303__<br>☐ Schedule G _____<br>**Jeffrey T. Butler, P.E. P.C.** |

| 3.63 1 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.309__<br>☐ Schedule G _____<br>**Jilco Window Corp** |

| 3.63 2 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.328__<br>☐ Schedule G _____<br>**Joseph Crocco Architect PC** |

| 3.63 3 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.362__<br>☐ Schedule G _____<br>**Leiberts Royal Green** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.634 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.367**<br>☐ Schedule G _____<br>**Lippolis Electric Inc** |
| 3.635 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.368**<br>☐ Schedule G _____<br>**Lippolis Electric Inc** |
| 3.636 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.369**<br>☐ Schedule G _____<br>**Lippolis Electric Inc** |
| 3.637 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.370**<br>☐ Schedule G _____<br>**Lippolis Electric Inc** |
| 3.638 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.371**<br>☐ Schedule G _____<br>**Lippolis Electric Inc** |
| 3.639 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.401**<br>☐ Schedule G _____<br>**Masters Exterminating & Pest Control Inc** |
| 3.640 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.414**<br>☐ Schedule G _____<br>**Mercedes Benz Financial Svc** |

Debtor 1    **Michael P. D'Alessio**                                    Case number *(if known)*    **18-22552**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.64
1
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.415___
☐ Schedule G _____
**Mercedes Benz Financial Svc**

---

3.64
2
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.436___
☐ Schedule G _____
**Mr. John Inc**

---

3.64
3
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.448___
☐ Schedule G _____
**New Plumbing & Heating Corp**

---

3.64
4
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.449___
☐ Schedule G _____
**New Plumbing & Heating Corp**

---

3.64
5
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.450___
☐ Schedule G _____
**New Plumbing & Heating Corp**

---

3.64
6
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.451___
☐ Schedule G _____
**NFR/SO**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.64<br>7 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.456__<br>☐ Schedule G _____<br>**P.S. Electrical Contracting Corp** |
|---|---|---|
| 3.64<br>8 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.484__<br>☐ Schedule G _____<br>**Planet Waste Services Inc** |
| 3.64<br>9 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.485__<br>☐ Schedule G _____<br>**Ponce DeLeon Bank** |
| 3.65<br>0 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.491__<br>☐ Schedule G _____<br>**Pro Glass Solutions Corp** |
| 3.65<br>1 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.492__<br>☐ Schedule G _____<br>**R. W. Behan Contracting Inc** |
| 3.65<br>2 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.493__<br>☐ Schedule G _____<br>**R. W. Behan Contracting Inc** |
| 3.65<br>3 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.500__<br>☐ Schedule G _____<br>**Regional Testing Corp** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.65<br>4 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.527**___<br>☐ Schedule G _____<br>**Rogliano Construction** |
|---|---|---|

| 3.65<br>5 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.544**___<br>☐ Schedule G _____<br>**Rufo A. Arias Corp** |

| 3.65<br>6 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.545**___<br>☐ Schedule G _____<br>**RVB Construction Inc** |

| 3.65<br>7 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.546**___<br>☐ Schedule G _____<br>**RVB Construction Inc** |

| 3.65<br>8 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.547**___<br>☐ Schedule G _____<br>**S.R. Interiors, Inc** |

| 3.65<br>9 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.586**___<br>☐ Schedule G _____<br>**SLC Construction Inc** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

---

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

| | |
|---|---|
| 3.66<br>0 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** |

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.587**
☐ Schedule G _____
**Squires, Holden Weisenbacher**

---

| | |
|---|---|
| 3.66<br>1 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** |

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.588**
☐ Schedule G _____
**Squires, Holden Weisenbacher**

---

| | |
|---|---|
| 3.66<br>2 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** |

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.594**
☐ Schedule G _____
**Sterling National Bank**

---

| | |
|---|---|
| 3.66<br>3 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** |

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.609**
☐ Schedule G _____
**Tamarack Country Club**

---

| | |
|---|---|
| 3.66<br>4 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** |

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.621**
☐ Schedule G _____
**The Westchester Bank**

---

| | |
|---|---|
| 3.66<br>5 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** |

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.625**
☐ Schedule G _____
**ThyssenKrupp Elevator Americas**

---

| | |
|---|---|
| 3.66<br>6 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** |

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.626**
☐ Schedule G _____
**Times Buildings PC**

---

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.66 7 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.634___<br>☐ Schedule G _____<br>**Total Comfort Inc** |
| 3.66 8 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.635___<br>☐ Schedule G _____<br>**Tuchman, Korngold, Weiss,** |
| 3.66 9 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.636___<br>☐ Schedule G _____<br>**Twomey, Latham, Shea,** |
| 3.67 0 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.637___<br>☐ Schedule G _____<br>**United Overhead Door Corp** |
| 3.67 1 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.641___<br>☐ Schedule G _____<br>**Up Construction and Restoration Inc** |
| 3.67 2 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.642___<br>☐ Schedule G _____<br>**Vail Associates Architects** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |

---

3.67<br>3

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.643**
☐ Schedule G _____
**Vail Associates Architects**

---

3.67<br>4

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.645**
☐ Schedule G _____
**Virtual Services**

---

3.67<br>5

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.647**
☐ Schedule G _____
**Wayside Fence Co**

---

3.67<br>6

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.653**
☐ Schedule G _____
**Window Fix Inc**

---

3.67<br>7

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.655**
☐ Schedule G _____
**Yorkshire Stone Inc**

---

3.67<br>8

**Purchase Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.56**
☐ Schedule G _____
**Attis Properties Inc**

---

3.67<br>9

**Purchase Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.79**
☐ Schedule G _____
**Barry Ipp**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.68<br>0 | **Purchase Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.189**___<br>☐ Schedule G _____<br>**Donato Ciaccia** |
|---|---|---|

| 3.68<br>1 | **Purchase Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.232**___<br>☐ Schedule G _____<br>**Francis Carbone** |
|---|---|---|

| 3.68<br>2 | **Purchase Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.250**___<br>☐ Schedule G _____<br>**Gianbattista Davi** |
|---|---|---|

| 3.68<br>3 | **Purchase Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.265**___<br>☐ Schedule G _____<br>**Grazia DeFranco** |
|---|---|---|

| 3.68<br>4 | **Purchase Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.310**___<br>☐ Schedule G _____<br>**Joanna Blum** |
|---|---|---|

| 3.68<br>5 | **Purchase Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.348**___<br>☐ Schedule G _____<br>**Keith Hummel** |
|---|---|---|

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.68<br>6 **Purchase Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.352**___<br>☐ Schedule G _____<br>**Kurt Voellmicke**

3.68<br>7 **Purchase Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.354**___<br>☐ Schedule G _____<br>**Lance Kuba**

3.68<br>8 **Purchase Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.355**___<br>☐ Schedule G _____<br>**Laurie Waters**

3.68<br>9 **Purchase Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.387**___<br>☐ Schedule G _____<br>**Marianne Tesler**

3.69<br>0 **Purchase Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.418**___<br>☐ Schedule G _____<br>**Michael Burden**

3.69<br>1 **Purchase Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.446**___<br>☐ Schedule G _____<br>**Neil Ptashnik**

3.69<br>2 **Purchase Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.481**___<br>☐ Schedule G _____<br>**Philippe Tesler**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.69<br>3 | **Purchase Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _____ **4.508**<br>☐ Schedule G _____<br>**Robert Blanda** |
| 3.69<br>4 | **Purchase Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _____ **4.515**<br>☐ Schedule G _____<br>**Robert Palestra** |
| 3.69<br>5 | **Purchase Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _____ **4.543**<br>☐ Schedule G _____<br>**Ross Weissman** |
| 3.69<br>6 | **Purchase Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _____ **4.567**<br>☐ Schedule G _____<br>**Scott Levine** |
| 3.69<br>7 | **Purchase Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _____ **4.623**<br>☐ Schedule G _____<br>**Theodore Strange** |
| 3.69<br>8 | **Schurz 9 LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _____ **4.266**<br>☐ Schedule G _____<br>**Greater Hudson Bank** |

Debtor 1   **Michael P. D'Alessio**                                                    Case number *(if known)*   **18-22552**

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.69<br>9 | **Schurz Avenue Development LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.92___<br>☐ Schedule G _____<br>**Bridgehampton National Bank** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Michael P. D'Alessio** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (If known) | **18-22552** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | General contractor | |
| | **Employer's name** | Michael Paul Enterprises LLC | |
| | **Employer's address** | 12 Water Street<br>Suite 204<br>White Plains, NY 10601 | |
| | **How long employed there?** | | |

### Part 2:     Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

Debtor 1    **Michael P. D'Alessio**     Case number *(if known)*   **18-22552**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ................................................. | 4. | $ 0.00 | $ N/A |
| 5. **List all payroll deductions:** |  |  |  |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions. Specify:** _____ | 5h.+ | $ 0.00 | + $ N/A |
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |
| 8. **List all other income regularly received:** |  |  |  |
| 8a. **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. **Other monthly income. Specify:** _____ | 8h.+ | $ 0.00 | + $ N/A |
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |
| 10. **Calculate monthly income.** Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + | $ N/A = $ 0.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____     11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies     12. $ 0.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: | **Debtor expects to earn income from future development activities** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Michael P. D'Alessio** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (If known) | **18-22552** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents names.

    ■ Yes.  Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 22 | ■ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

    4. $ _____ **5,666.00**

    **If not included in line 4:**

    | | | |
    |---|---|---|
    | 4a. | Real estate taxes | 4a. $ _____ **0.00** |
    | 4b. | Property, homeowner's, or renter's insurance | 4b. $ _____ **0.00** |
    | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ _____ **0.00** |
    | 4d. | Homeowner's association or condominium dues | 4d. $ _____ **0.00** |

5.  **Additional mortgage payments for your residence,** such as home equity loans

    5. $ _____ **0.00**

Debtor 1    **Michael P. D'Alessio**                                            Case number (if known)    **18-22552**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.    Electricity, heat, natural gas | 6a. $ | 360.00 |
| | 6b.    Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d.    Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 800.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 250.00 |
| 10. | **Personal care products and services** | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | |
| | Do not include car payments. | 12. $ | 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.    Life insurance | 15a. $ | 0.00 |
| | 15b.    Health insurance | 15b. $ | 0.00 |
| | 15c.    Vehicle insurance | 15c. $ | 0.00 |
| | 15d.    Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.    Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b.    Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.    Other. Specify: | 17c. $ | 0.00 |
| | 17d.    Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as** | | |
| | **deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 3,600.00 |
| 19. | **Other payments you make to support others who do not live with you.** | $ | 0.00 |
| | Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a.    Mortgages on other property | 20a. $ | 0.00 |
| | 20b.    Real estate taxes | 20b. $ | 0.00 |
| | 20c.    Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.    Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.    Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |
| | | | |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 10,926.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 10,926.00 |
| | | | |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 0.00 |
| | 23b.  Copy your monthly expenses from line 22c above. | 23b. -$ | 10,926.00 |
| | | | |
| | 23c.  Subtract your monthly expenses from your monthly income. | | |
| | The result is your *monthly net income*. | 23c. $ | -10,926.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.         Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael P. D'Alessio** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number | **18-22552** | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | |
|---|---|
| X **/s/ Michael P. D'Alessio** | X _____ |
| **Michael P. D'Alessio** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date **May 30, 2018** | Date _____ |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael P. D'Alessio** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number | 18-22552 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **1 Katsura Drive**<br>**Purchase, NY 10577** | From-To:<br>**02/2015 - 10/2017** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $31,200.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1   **Michael P. D'Alessio**                                  Case number *(if known)*   **18-22552**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| For last calendar year:<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $124,800.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| For the calendar year before that:<br>(January 1 to December 31, 2016 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $124,800.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐  No.
    ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| For last calendar year:<br>(January 1 to December 31, 2017 ) | K1 Income | $408,627.00 | | |
| For the calendar year before that:<br>(January 1 to December 31, 2016 ) | K1 Income | $614,096.00 | | |

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ☐  No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

    ☐  No.   Go to line 7.
    ☐  Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

    ■  Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐  No.   Go to line 7.
    ■  Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor 1    **Michael P. D'Alessio**                                                  Case number *(if known)*    **18-22552**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Throgs Neck Debt LLC c/o Bluestone Group 225 Broadway, 32nd Fl. New York, NY 10007** | 3/1, 3/23, 3/28, 4/1. | $1,869,960.47 | $1,265,857.73 | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☐ No
   ■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Carolyn D'Alessio 21 D'Alessio Court Scarsdale, NY 10583** | **04/01/2017 - 04/01/2018** | **$43,200.00** | **$10,800.00** | **Child support** |
| **Yvonne Schettino - D'Alessio 20 Scott Circle Purchase, NY 10577** | **12/18/17** | **$0.00** | **$0.00** | **Divorce Judgement- Transfer of debtor's interest in 3200 Tremont Associates Inc and 3600 Tremont Associates Inc** |
| **Yvonne Schettino - D'Alessio 20 Scott Circle Purchase, NY 10577** | **12/18/17** | **$191,150.00** | **$408,850.00** | **Debtor caused Scott Consultants II LLC to convey proceeds of sale of real property located at 20 Scott Circle, Purchase, NY. Divorce Judgement** |
| **Yvonne Schettino - D'Alessio 20 Scott Circle Purchase, NY 10577** | **12/18/17** | **$0.00** | **$970,000.00** | **Debtor caused Katsura Consulting Group LLC to convey mortgage for $970,000 to Yvonne to secure debtors obligation to pay 40% net proceeds of sale of Katsura. Divorce Judgement** |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

Debtor 1    **Michael P. D'Alessio**                                          Case number *(if known)*    **18-22552**

---

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Rella Fogliano, Marilyn Shendell, Attis Properties Inc, Glen Feller, Joshua Brown, Angie Brown, Philip Goldstein, Ellen Goldstein & Sanley Company<br>v.<br>145-147 East 62nd Street Holding LLC, 145-147 East 62nd Street Associates LLC, Michael P. D'Alessio, Anthony Carbone, Michael Paul Enterprises LLC and FCP 145 Holding LLC<br>53635/2018** | | **Supreme Court, Weschester County<br>111 Dr. Martin Luther King Jr. Blvd.<br>White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Rella Fogliano, Joseph Breda, Marilyn Shendell & Attis Properties Inc, RNG WEA LLC, Jacqueline Martinez, Douglas Scibelli, Joshua Brown, Angie Brown, Philip Goldstein, Ellen Goldstein, Robert Cicero, Keith Hummel & Philip Healy<br>v.<br>163-165 East 62nd Street Holding LLC & Bluestone 163-165 LLC, Michael Paul D'Alessio, Michael Paul Enterprises LLC and 163-165 East 62nd Associates LLC,<br>53540/2018** | | **Supreme Court, Westchester County<br>111 Dr. Martin Luther King Jr. Blvd.<br>White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **East 64th Street Realty Partners LLV<br>v.<br>184 East 64th Street Holding LLC & Bluestone 184 LLC, Michael Paul D'Alessio, Michael Paul Enterprises LLC and 184 East 64th Associates LLC<br>53547/2018** | | **Supreme Court, Westchester County<br>111 Dr. Martin Luther King Jr. Blvd.<br>White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    **Michael P. D'Alessio**                                    Case number *(if known)*    18-22552

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Stacey Gendels, Bonni Stanley, Marilyn Shendell, Attis Properties Inc, Philip Goldstein, Ellen Goldstein Robert Cicero & Keith Hummel**<br>**v.**<br>**227 E 67th Street Holding LLC & Bluestone 67 LLC, Michael Paul D'Alessio, Michael Paul Enterprises LLC and 227 East 67th Associates LLC**<br>**53520/2018** | | **Supreme Court, Westchester County**<br>**111 Dr. Martin Luther King Jr. Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Ronald Marchand Jr.**<br>**v.**<br>**227 E. 67th Street Holding LLC, Michael P. D'Alessio**<br>**613617/2017** | | **Supreme Court, New York County**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **The Mautner-Glick Profit Corp. Sharing Plans, Individually and Deivatively on Behalf of 184 East 64th Street Holding LLC and 227 East 67th Holding LLC**<br>**v.**<br>**Michael Paul D'Alessio, Michael Paul Enterprises, 184 East 64th Street Holding LLC, 184 East 64th Street Associates LLC, Bluestone 184 LLC, 227 East 67th Street Holding LLC and 227 East 67th Street Associates LLC**<br>**651184/2018** | | **Supreme Court, New York County**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **BNB Bank, as successor-in-interest to Bridgehampton National Bank**<br>**v.**<br>**Michael Paul Enterprises LLC and Michael D'Alessio**<br>**604688/2018** | | **Supreme Court, County of Suffolk**<br>**1 Court Street**<br>**Riverhead, NY 11901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **KMT Group LLC**<br>**v.**<br>**Bluestone 163-165 LLC and Michael P. D'Alessio**<br>**604933/2018** | | **Supreme Court, County of Suffolk**<br>**1 Court Street**<br>**Riverhead, NY 11901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Lawrence L. Moulton and Margaret J. Moulton**<br>**v.**<br>**Michael D'Alessio and Four Seasons Sotheby's International Realty** | Breach of real estate purchase agreement | **Superior Court Windham Unit Vermont**<br>**7 Court Street**<br>**Newfane, VT 05345** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1   **Michael P. D'Alessio**                                                          Case number *(if known)*   **18-22552**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **The Westchester Bank**<br>**v.**<br>**Michael P. D'Alessio A/K/A Michael**<br>**P. Dalessio and Michael Paul**<br>**Enterprises LLC**<br>**53400/2018** | | **Supreme Court,**<br>**Westchester County**<br>**111 Dr. Martin Luther King**<br>**Jr. Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Herminio Torres and Barbara Vega**<br>**v.**<br>**Michael P. D'Alessio, Michael Paul**<br>**Enterprises LLC, 163-165 East**<br>**62nd Street Holding LLC, 163-165**<br>**East 62nd Street Associates LLC,**<br>**Bluestone 163-165 LLC, 43 Middle**<br>**Pond Road LLC, 43 Middle Pond**<br>**Road Holding LLC**<br>**651423/2018** | | **Supreme Court, New York**<br>**County**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Attis Prperties Inc, Keith Hummel &**<br>**Philip Healy**<br>**v.**<br>**41-45 MPR Holding LLC, 41 Middle**<br>**Pond Road Associates LLC, 43**<br>**Middle Pond Road Associates LLC,**<br>**45 Middle Pond Road Associates**<br>**LLC, Michael Paul D'Alessio,**<br>**Michael Paul Enterprises LLC &**<br>**3700 Tremont Associates Inc**<br>**54513/2018** | | **Supreme Court,**<br>**Westchester County**<br>**111 Dr. Martin Luther King**<br>**Jr. Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Marilyn Shendell, Attis Properties**<br>**Inc & Keith Hummel**<br>**v.**<br>**3 Sandpiper Court Holding LLC, 3**<br>**Sandpiper Court LLC, Michael Paul**<br>**D'Alessio, Michael Paul**<br>**Enterprises LLC & Bluestone**<br>**Sandpiper LLC**<br>**54501/2018** | | **Supreme Court,**<br>**Westchester County**<br>**111 Dr. Martin Luther King**<br>**Jr. Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Planned Security Services Inc**<br>**v.**<br>**Michael Paul D'Alessio, Michael**<br>**Paul Enterprises LLC, 336 East 54**<br>**Street Associates LLC, 336 East 54**<br>**Street Associates Holding LLC**<br>**Docket No.: ESX-L-2709-17** | **Breach of contract**<br>**for services**<br>**rendered and**<br>**disputed by**<br>**Michael Paul**<br>**D'Alessio** | **Supreme Court Essex**<br>**County**<br>**50 W Market St**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Attis Properties Inc, Joshua**<br>**Brown, Angie Brown, Philip**<br>**Goldstein, Ellen Goldstein &**<br>**Sanley Company**<br>**vs.**<br>**15-17 Circle Holding LLC, 15 Circle**<br>**Rd-MBI LLC, 17 Circle Rd-MBI LLC,**<br>**Michael P. D'Alessio, William**<br>**Orrico, Michael Paul Enterprises**<br>**LLC & MBI Partners LLC**<br>**54583/2018** | | **Supreme Court, County of**<br>**Westchester**<br>**111 Dr. Martin Luther King**<br>**Jr. Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1   **Michael P. D'Alessio**                                          Case number *(if known)*   **18-22552**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Marina District Development Company, LLC d/b/a Borgata Hotel Casino & Spa**<br>**Vs. Michael P. D'Alessio**<br>**ATL-L-531-18** | | **Superior Court NJ, Atlantic County**<br>**1201 Bacharach Blvd.**<br>**Atlantic City, NJ 08401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Preferred Bank**<br>**vs.**<br>**184 East 64th Street Associates LLC, W Financial Fund LP, North American Mortgage Company, Carefree Air & Water Management, Inc., City Ironsmith Corporation, Michael D'Alessio and John Does One through John Does Ten**<br>**850122-2018** | | **Supreme Court, County of New York**<br>**60 Centre Street**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Preferred Bank**<br>**vs.**<br>**227 E 67th Street Associates LLC, Maxim Credit Group LLC, Michael D'Alessio and John Does One through John Does Ten**<br>**850123-2018** | | **Supreme Court, County of New York**<br>**60 Centre Street**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Ponce Bank, formerly known as Ponce De Leon Federal Bank**<br>**v.**<br>**Michael Paul Enterprises LLC & Michael P. D'Alessio**<br>**Index: 56085/2018** | | **Supreme Court, County of Westchester**<br>**111 Dr. Martin Luther King Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Preferred Bank**<br>**v.**<br>**39 Middle Pond Road Associates LLC, Michael P. D'Alessio and John Does One through John Does Ten**<br>**Index No.: 608873/2018** | Foreclosure | **Supreme Court, County of Suffork**<br>**1 Court Street**<br>**Riverhead, NY 11901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☐ No
■ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| **The Westchester Bank**<br>**12 Water Street**<br>**White Plains, NY 10601** | Last 4 digits of account number: __3474__ | 03/07/2018 | $773.54 |

Debtor 1    **Michael P. D'Alessio**                                    Case number (*if known*)    **18-22552**

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| **The Westchester Bank**<br>**12 Water Street**<br>**White Plains, NY 10601** | Last 4 digits of account number: __**3417**__ | 03/07/2018 | $515.36 |
| **The Westchester Bank**<br>**12 Water Street**<br>**White Plains, NY 10601** | Last 4 digits of account number: __**3508**__ | 03/07/2018 | $491.77 |
| **The Westchester Bank**<br>**12 Water Street**<br>**White Plains, NY 10601** | Last 4 digits of account number: __**261**__ | 03/07/2018 | $941.91 |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

<h3>Part 5:    List Certain Gifts and Contributions</h3>

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

<h3>Part 6:    List Certain Losses</h3>

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

<h3>Part 7:    List Certain Payments or Transfers</h3>

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page **8**

Debtor 1    **Michael P. D'Alessio**                                                    Case number *(if known)*    **18-22552**

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Irene & Ronald D'Alessio<br>55 North Broadway<br>Apt. 2-9<br>White Plains, NY 10601**<br><br>**Parents** | **Membership Interest in Magnolia Consulting LLC** | **$200,000.00 - Paid down from Promissory Note** | **05/05/2017** |
| **Ronald D'Alessio<br>4 Wendover Road<br>Eastchester, NY 10709**<br><br>**Brother** | **Membership Interest in Schurz Avenue Development LLC** | **50,000.00** | **3/27/18** |
| **Ronald D'Alessio<br>4 Wendover Road<br>Eastchester, NY 10709**<br><br>**Brother** | **Membership Interest in Schurz 9 LLC** | **50,000.00** | **3/27/18** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1     **Michael P. D'Alessio**                                    Case number *(if known)*     **18-22552**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Bank of America**<br>**1107 Third Avenue**<br>**New York, NY 10065** | **XXXX-0758** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **04/04/2018** | **$106,544.94** |
| **Sun Trust**<br>**4899 N Federal Hwy**<br>**Boca Raton, FL 33431** | **XXXX-0000** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **04/04/2018** | **$15,018.41** |
| **Chase**<br>**1100 Third Avenue**<br>**New York, NY 10065** | **XXXX-2386** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **04/04/2018** | **$3,353.82** |
| **Citibank, N.A.**<br>**1078 Third Avenue**<br>**New York, NY 10065** | **XXXX-4388** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **04/04/2018** | **$44,467.94** |
| **TD Ameritrade Clearing**<br>**P.O. Box 2226**<br>**Omaha, NE 68103** | **XXXX-1905** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **04/04/2018** | **$15,311.03** |
| **Iberia Bank**<br>**1180 N Federal Hwy**<br>**Boca Raton, FL 33432** | **XXXX-8156** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **04/04/2018** | **$14,003.49** |
| **The Westchester Bank**<br>**12 Water Street**<br>**White Plains, NY 10601** | **XXXX-6718** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **02/15/2018** | **$20.79** |
| **Floridian Community Bank**<br>**140 N. Federal Hwy**<br>**Boca Raton, FL 33432** | **XXXX-0461** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **4/03/18** | **$14,852.55** |

Debtor 1    **Michael P. D'Alessio**                                                      Case number *(if known)*    **18-22552**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Paradise Bank**<br>**2420 N. Federal Hwy**<br>**Boca Raton, FL 33431** | **XXXX-5922** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/2/18** | **$9,999.04** |
| **TD Bank**<br>**1091 Third Avenue**<br>**New York, NY 10065** | **XXXX-0581** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2/02/18** | **$106,790.71** |
| **Suma Federal Credit Union**<br>**125 Corporate Blvd.**<br>**Yonkers, NY 10701** | **XXXX-502** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/11/18** | **$882.45** |
| **Santander Bank**<br>**1062 Third Ave.**<br>**New York, NY 10065** | **XXXX-1420** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/11/18** | **$3,359.92** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No

■ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **SunTrust**<br>**4899 N Federal Hwy**<br>**Boca Raton, FL 33431** | **Michael P. D'Alessio** | **Empty** | ☐ No<br>■ Yes |
| **Iberia Bank**<br>**1180 N Federal Hwy**<br>**Boca Raton, FL 33432** | **Michael P. D'Alessio** | **Empty** | ☐ No<br>■ Yes |
| **Floridian Community Bank**<br>**140 N. Federal Hwy**<br>**Boca Raton, FL 33432** | **Michael P. D'Alessio** | **Empty** | ☐ No<br>■ Yes |
| **Paradise Bank**<br>**2420 N. Federal Hwy**<br>**Boca Raton, FL 33431** | **Michael P. D'Alessio** | **Empty** | ☐ No<br>■ Yes |
| **TD Bank**<br>**1091 Third Avenue**<br>**New York, NY 10065** | **Michael P. D'Alessio** | **Empty** | ☐ No<br>■ Yes |

Debtor 1    **Michael P. D'Alessio**                                    Case number *(if known)*   **18-22552**

---

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**    Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

    ☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**


Debtor 1    Michael P. D'Alessio

Case number *(if known)*    18-22552

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **See attached.** | | **EIN:**<br><br>**From-To** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No

■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **The Westchester Bank**<br>**12 Water Street**<br>**White Plains, NY 10601** | |

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Michael P. D'Alessio**
_____
**Michael P. D'Alessio**
**Signature of Debtor 1**

_____
**Signature of Debtor 2**

Date    **May 30, 2018**
_____

Date    _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☐ No
■ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| | Name of Entity | Business Address | Nature Of Business | Accountant | Tax ID | Dates Existed | |
|---|---|---|---|---|---|---|---|
| 1 | 3100 Tremont Associates Inc | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 13-4100155 | Feb-00 | Current |
| 2 | 3200 Tremont Associates Inc | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 13-4002554 | Apr-98 | 12/18/2017 |
| 3 | 3219 Tremont Corp. | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 13-3790693 | May-94 | Current |
| 4 | 3600 Tremont Associates Inc | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 13-3988314 | Jan-98 | 12/18/2017 |
| 5 | 3700 Tremont Associates Inc | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 13-4055547 | Mar-99 | Current |
| 6 | Raymond Peters Holding Corp. | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 13-4146238 | Dec-00 | Current |
| 7 | Ski Ya Later Inc | 12 Water Street, Suite 204 White Plains, NY 10601 | | Anthony Capeci | 81-3268554 | Jul-16 | Current |
| 6 | 3 Sandpiper Court Holding LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-2870224 | Jun-16 | Current |
| 7 | 3 Sandpiper Court LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-2451138 | Mar-16 | Current |
| 8 | 5D Freestyle Circle Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-1889962 | Jun-17 | Current |
| 9 | 15 Circle Road - MBI LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-0838221 | Mar-18 | Current |
| 10 | 15-17 Circle Holding LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-0954873 | Mar-18 | Current |
| 11 | 17 Circle Road - MBI LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-0783360 | Mar-18 | Current |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12 | 28 Middle Pond Road Associates, LL | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-1679627 | Aug-14 | Current |
| 13 | 28 Middle Pond Road Holding, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-1695485 | Aug-14 | Current |
| 14 | 39 Middle Pond Road Associates, LL | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-1706117 | Aug-14 | Current |
| 15 | 39 Middle Pond Road Holding, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-1713018 | Aug-14 | Current |
| 16 | 39-43 Middle Pond Road Associates | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-2686786 | Sep-17 | Current |
| 17 | 39-43 Middle Pond Road Holding, L | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-2700165 | Sep-17 | Current |
| 18 | 41 Middle Pond Road Associates, LL | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-1206307 | Apr-17 | Current |
| 19 | 41-43 Middle Pond Road Holding LL | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-2753782 | Sep-17 | Current |
| 20 | 41-45 MPR Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-2801400 | Sep-17 | Current |
| 21 | 41-45 MPR Holding LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-2781431 | Sep-17 | Current |
| 22 | 43 Middle Pond Road Associates LL | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-3986005 | Sep-16 | Current |

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | 43 Middle Pond Road Holding LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-4430915 | Nov-16 | Current |
| 24 | 45 Middle Pond Road Associates LL | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-1702551 | May-17 | Current |
| 25 | 69 Little Neck Road Holding LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-2955274 | Jun-16 | Current |
| 26 | 69 Little Neck Road LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-2621018 | May-16 | Current |
| 27 | 145-147 East 62nd Street Associates | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Daniel Rifkin | 81-2985763 | Jun-16 | Current |
| 28 | 145-147 East 62nd Street Holding LL | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Daniel Rifkin | 81-2969585 | Jun-16 | Current |
| 29 | 161 - 167 East 62nd Street Associate | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-4483911 | Jul-15 | Current |
| 30 | 161 - 167 East 62nd Street Holding L | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-4505501 | Jul-15 | Current |
| 31 | 163 - 165 East 62nd Street Associate | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-4090042 | May-15 | Current |
| 32 | 163 - 165 East 62nd Street Holding L | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-4102688 | May-15 | Current |
| 33 | 167 East 62nd Street Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-4705138 | Dec-16 | Current |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 34 | 184 East 64th Street Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3709163 | Apr-15 | Current |
| 35 | 184 East 64th Street Holding LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3693516 | Apr-15 | Current |
| 36 | 225 East 81 Street Associates, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 46-2587863 | Apr-13 | Current |
| 37 | 227 E 67PH LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-4447505 | Nov-16 | Current |
| 38 | 227 E 67th Street Associates, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-1336728 | Jul-14 | Current |
| 39 | 227 E 67th Street Holding, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-1345591 | Jul-14 | Current |
| 40 | 230 E 63rd  Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 45-4967162 | Mar-12 | Current |
| 41 | 323 East 53rd Associates, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-2887974 | Jan-15 | Current |
| 42 | 323 East 53rd Holding, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-2867555 | Jan-15 | Current |
| 43 | 554 E 82nd Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 46-0961473 | Sep-12 | Current |
| 44 | 937 Post Road Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-5324495 | Feb-17 | Current |

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | 937 Post Road Holding LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-5378895 | Feb-17 | Current |
| 46 | 2299 W Silver Palm Associates, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3422290 | Mar-15 | Current |
| 47 | 2299 W Silver Palm Holding, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3387955 | Mar-15 | Current |
| 48 | 2627 Webster Ave Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-1620710 | May-17 | Current |
| 49 | 2627 Webster Ave Holdings LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-1652679 | May-17 | Current |
| 50 | 2667 N Ocean Boulevard I201 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-5100540 | Jan-17 | Current |
| 51 | 2667 N Ocean Boulevard I203 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-2860706 | Jun-16 | Current |
| 52 | 2667 N Ocean Boulevard I208 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-2892246 | Jun-16 | Current |
| 53 | 2701 N Ocean Boulevard E605 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-1752047 | Feb-16 | Current |
| 54 | 2707 N Ocean Boulevard D405 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-1486285 | Feb-16 | Current |
| 55 | 2800 Bruckner Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-2203690 | Jul-17 | Current |

| 56 | 2800 Bruckner Holding LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-2235428 | Jul-17 | Current |
| 57 | 3225 East Tremont Associates, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3434930 | Jan-15 | Current |
| 58 | 3225 East Tremont Holding, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3378415 | Mar-15 | Current |
| 59 | 4300 Purchase Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-2817737 | Sep-17 | Current |
| 60 | 3800 Tremont Assocaites LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-4277419 | Oct-16 | Current |
| 61 | A & G Realty Consultants, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3401308 | Mar-15 | Current |
| 62 | American Dream Realty, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate Cor | Anthony Capeci | 13-4131163 | Jan-00 | 1/15/2018 |
| 63 | Aspen Management Group, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Property Manag | Anthony Capeci | 20-5871111 | Nov-06 | 1/15/2018 |
| 64 | Beechwood 5 Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-4062152 | Oct-16 | Current |
| 65 | Bella Condo 830 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-0888986 | Mar-17 | Current |
| 66 | Blue Lilly 4 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-0950035 | Mar-17 | Current |

| 67 | Blue Maize 44 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-0889107 | Mar-17 | Current |
| 68 | Bluestone 28 Middle Pond , LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3333172 | Mar-15 | Current |
| 69 | Bluestone 41-45 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 83-3077192 | Sep-17 | Current |
| 70 | Bluestone 53, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-2939857 | Jan-15 | Current |
| 71 | Bluestone 54 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-1855907 | Sep-14 | Current |
| 72 | Bluestone 59 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-1867147 | Sep-14 | Current |
| 73 | Bluestone 67 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-1875834 | Sep-14 | Current |
| 74 | Bluestone 145 E 62 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-3611619 | Nov-17 | Current |
| 75 | Bluestone 145-147 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 812988784 | Jun-16 | Current |
| 76 | Bluestone 161 -167 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-4511638 | Jul-15 | Current |
| 77 | Bluestone 163 - 165 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-4114738 | May-15 | Current |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 78 | Bluestone 184 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3685913 | Apr-15 | Current |
| 79 | Bluestone 3225, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3342757 | May-18 | Current |
| 80 | Bluestone Boca, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3363890 | Mar-18 | Current |
| 81 | Bluestone Capital LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 61-1711382 | Apr-13 | Current |
| 82 | Bluestone Equity Partners LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-2935442 | Jun-16 | Current |
| 83 | Bluestone Little Neck LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-2945032 | Apr-18 | Current |
| 84 | Bluestone LRF LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3827557 | Apr-18 | Current |
| 85 | Bluestone Sandpiper LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-2919255 | Jun-16 | Current |
| 86 | Boulevard MBI Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-1257481 | Apr-18 | Current |
| 87 | Bruckner East LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 05-0572357 | May-03 | Current |
| 88 | Bruckner Transport LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | . | Anthony Capeci | 82-2547155 | Aug-17 | Current |

| 89 | CMF Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-2265800 | Jul-17 | Current |
| 90 | D'Alessio Enterprises LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | General Contra | Anthony Capeci | 13-4071609 | Jul-99 | Current |
| 91 | FCP 145 Holding LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Daniel Rifkin | 81-5116197 | Jul-18 | Current |
| 92 | Grand Post Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-1515653 | May-18 | Current |
| 93 | Halsey South Asociates, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 45-4967233 | Mar-18 | Current |
| 94 | Katsura Consulting Group LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-4494271 | Jul-15 | Current |
| 95 | Lee Post Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-1504063 | May-17 | Current |
| 96 | Lee Rd MBI Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-1261916 | Apr-18 | Current |
| 97 | Little Rest Farm LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3797527 | Apr-18 | Current |
| 98 | LRF Holding, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3823089 | Apr-18 | Current |
| 99 | LRF Services LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3805315 | Apr-18 | Current |

| 100 | Magnolia Consulting, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 46-5343880 | Mar-14 | 5/5/2017 |
|---|---|---|---|---|---|---|---|
| 101 | MBI Partners LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-5313930 | Feb-17 | Current |
| 102 | Meeting House Associates, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 46-4575534 | Jan-18 | Current |
| 103 | Meeting House Holdings, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 46-5077911 | Mar-18 | Current |
| 104 | Michael Paul Enterprises, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | General Contra | Anthony Capeci | 20-5871001 | Nov-06 | Current |
| 105 | Office Suites NYC, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 45-2548321 | Jun-18 | Current |
| 106 | Purchase Capital Partners LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-5345254 | Feb-17 | Current |
| 107 | RDR Park Drive LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-5146563 | Jan-18 | Current |
| 108 | RMD Racing Stable LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-4399080 | Jun-18 | Current |
| 109 | Rose Hill Holding,, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 20-0289206 | May-18 | Current |
| 110 | Saturn Equity Partners LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-2898178 | Jun-18 | Current |

| 111 | Schurz Avenue Development LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 33-1061379 | May-03 | 3/27/18 |
| 112 | Schurz 9, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-0922959 | | 3/27/18 |
| 113 | Scott Consultants LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-3779804 | Sep-16 | Current |
| 114 | Sky Meadow Farm LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-4146396 | Oct-18 | Current |
| 115 | The Water Mill Club, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 45-3177972 | Sep-18 | Current |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Michael P. D'Alessio** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number | 18-22552 | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

<table>
<tr><td colspan="3" style="background:black;color:white"><strong>Part 1:    List Your Creditors Who Have Secured Claims</strong></td></tr>
</table>

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Throgs Neck Debt LLC**<br><br>Description of property securing debt: **Stock certificates for 3100 Tremont Associates & 3219 Tremont Corp.** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:    List Your Unexpired Personal Property Leases</strong></td></tr>
</table>

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name: | |

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| Description of leased Property: | ☐ No |
| | ☐ Yes |

| Lessor's name: | |
| Description of leased Property: | ☐ No |
| | ☐ Yes |

| Lessor's name: | |
| Description of leased Property: | ☐ No |
| | ☐ Yes |

| Lessor's name: | |
| Description of leased Property: | ☐ No |
| | ☐ Yes |

| Lessor's name: | |
| Description of leased Property: | ☐ No |
| | ☐ Yes |

---

**Part 3:**    **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  **/s/ Michael P. D'Alessio**                           X _____
   **Michael P. D'Alessio**                                    Signature of Debtor 2
   Signature of Debtor 1

Date    **May 30, 2018**                                    Date _____

Official Form 108            **Statement of Intention for Individuals Filing Under Chapter 7**            page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re **Michael P. D'Alessio**            Case No.   **18-22552**

                               Debtor(s)          Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 125,000.00 |
| Prior to the filing of this statement I have received | $ | 125,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **N/A**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 30, 2018**                      **/s/ Sanford P. Rosen**
*Date*                                  **Sanford P. Rosen (SR-4966)**
                                         *Signature of Attorney*
                                         **Rosen & Associates, P.C.**
                                         **747 Third Avenue**
                                         **Floor 20**
                                         **New York, NY 10017-2803**
                                         **(212) 223-1100  Fax: (212) 223-1102**
                                         **srosen@rosenpc.com**
                                         *Name of law firm*

# United States Bankruptcy Court
## Southern District of New York

In re  **Michael P. D'Alessio**                                                      Case No.  **18-22552**
                                            Debtor(s)         Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **May 30, 2018**                          **/s/ Michael P. D'Alessio**
                                            **Michael P. D'Alessio**
                                            Signature of Debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy