UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                                    Chapter 7

MICHAEL P. D'ALESSIO, et al.,                                    Case No.: 18-22552 (RDD)
                                                                                          (Jointly Administered)
                                    Debtors.
---------------------------------------------------------------x

**ORDER PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE AUTHORIZING THE EXAMINATION
OF AND PRODUCTION OF DOCUMENTS BY
<u>AMERICAN DREAM REALTY LLC</u>**

Upon the application, dated February 4, 2019 (the "Application"), of Marianne T. O'Toole (the "Movant"), solely in her capacity as the Chapter 7 trustee of the jointly administered estates of Michael P. D'Alessio, et al. (collectively, the "Debtors")[1] for an order pursuant to Fed. R. Bankr. P. 2004 directing the production of documents by and oral examination of American Dream Realty LLC (the "Witness"), a purported real estate brokerage operated by Michael P. D'Alessio that apparently received commissions arising from the purchase and/or sale of numerous properties developed by the Debtors and/or their affiliates (the "Rule 2004 Topics"); and, after due deliberation, the Court having concluded that the Movant has established sufficient cause for the relief granted herein; and no additional notice being required except as specified herein; now, therefore, it is hereby ORDERED that:

1.      The Movant is authorized, pursuant to Fed. R. Bankr. P. 2004, to conduct an oral examination of the Witness regarding the Rule 2004 Topics.

---

[1] The Debtors are collectively defined as Michael P. D'Alessio, Michael Paul Enterprises LLC, 184 East 64th Street Holding LLC, 184 East 64th Street Associates LLC, Bluestone 184 LLC, Bluestone 67 LLC, 227 E 67th Street Associates LLC, 227 E 67th Street Holding LLC, 145-147 East 62nd Street Associates LLC, Bluestone 163 - 165 LLC, 163 - 165 East 62nd Street Associates LLC, 163 - 165 East 62nd Street Holding LLC, 145-147 East 62nd Street Holding LLC, 3 Sandpiper Court Holding LLC, 45 Middle Pond Road Associates LLC, 43 Middle Pond Road Associates LLC, 41 Middle Pond Road Associates LLC, 43 Middle Pond Road Holding LLC, 41-45 MPR Holding LLC, Bluestone Sandpiper LLC, 3 Sandpiper Court LLC, 15-17 Circle Holding LLC, MBI Partners LLC, 15 Circle RD-MBI LLC, and 17 Circle RD-MBI LLC.

2.      The Movant is authorized, pursuant to Fed. R. Bankr. P. 9016, to issue a subpoena for the production of documents (including electronically stored information) relevant to the Rule 2004 Topics and attendance for the foregoing examination (each, a "Rule 2004 Subpoena"), which documents shall include, but not be limited to the following for the period from January 1, 2012 through the filing date of each of the Debtor's petitions:

   a. Any and all documents relating to all commissions paid to the Witness from any source and the services rendered by the Witness in exchange, including, but not limited to, wire transfer confirmations, bank statements, cancelled checks, commission invoices, listing agreements, broker agreements, co-broker agreements, and exclusive right to sell agreements;

   b. The Witnesses' disposition of commissions and other income it received, including, but not limited to, wire transfer confirmations, bank statements, and cancelled checks;

   c. Federal and state tax returns, including all K-1s and work papers;

   d. General ledgers;

   e. Audits, compilations, and financial statements;

   f. QuickBooks records;

   g. Executed documents reflecting the transfer of any membership interest in the Witness; and

   h. Organizational documents.

3.      The Witness shall produce the documents (including electronically stored information) in its possession, custody or control referenced in the Rule 2004 Subpoena not later than twenty (20) days after the service of the Rule 2004 Subpoena, the Application and a copy of this Order, to be delivered to the Movant's counsel, LaMonica Herbst & Maniscalco, LLP, at 3305 Jerusalem Avenue, Suite 201, Wantagh, New York 11793.

4.      The Witness shall appear for the foregoing examination not later than thirty (30) days after the date of service of the Rule 2004 Subpoena, the Application and a copy of this Order at the offices of Movant's counsel, LaMonica Herbst & Maniscalco, LLP, at 3305 Jerusalem Avenue, Suite 201, Wantagh, New York 11793.

5.      The production and examination required hereby are subject to any applicable privilege; provided, that if production of a document required to be produced hereby is withheld on the basis of an asserted privilege, the Witness shall provide a proper privilege log to the Movant's counsel at the time of document production hereunder.

6.      The Witness shall, prior to conducting an electronic search utilizing search terms, meet and confer with the Movant's counsel to attempt to agree on appropriate search terms.

7.      All disputes concerning Rule 2004 Subpoenas, including objections thereto, that are not resolved by agreement of the parties may be raised only by letter brief to the Court not exceeding five pages, single spaced. The other party shall file a responsive letter brief within three business days, which shall not exceed five pages, single spaced. Copies of such letter briefs shall also be emailed to the Court's chambers.

8.      Service of a copy of this Order and the 2004 Subpoena by overnight mail upon the Witness shall be deemed good and proper service of this Order, the application and the Rule 2004 Subpoena.

9. The Movant and her counsel are authorized to do such things and expend such funds as may be reasonably necessary to effectuate the terms of this Order.

10. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: White Plains, New York
February 8, 2019

/s/Robert D. Drain
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE